Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:   (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: samuelpaz@msn.com

Co-Counsel for Dion Starr

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,<br>          Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, ET., AL,<br>          Defendants. | CASE NO. **CV O8-00508 GW (SHx)**<br><br>[Hon. Stephen J. Hillman]<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT LASD TO PRODUCE FURTHER RESPONSES TO REQUEST FOR DOCUMENTS AND THINGS, SET ONE**<br>**FILED CONCURRENTLY WITH JOINT STIPULATION OF THE PARTIES**<br><br>DATE:       August 25, 2008<br>TIME:        2:00 p.m.<br>CtRoom:   550, Roybal Building<br><br>Disc. Cut-off:   Dec 24, 2008<br>PreTrial:         March 5, 2009<br>Trial:              March 17, 2009 |

     **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

     **PLEASE TAKE NOTICE** that Plaintiff will move the Court on August 25, 2008,, at 2:00 p.m., in Courtroom 550, Roybal Building, of the United States

District Court Central District of California, located at 255 E. Temple Street, Los Angeles, California, for an order to compel Defendant Los Angeles Sheriff Department, to serve further responses and documents in response to Plaintiff's First Request for Documents and Things. .

    This motion will be based upon the Notice herein and upon the Joint Stipulation of the Parties filed concurrently herewith.

    This motion will also be based on the file and records herein, and on such other documentary and oral evidence as may be presented at the time of the hearing.

    This motion is made following the conference of counsel pursuant to Local Rule 37-1, including numerous letter, conferences, further responses to the request in an effort to resolve this conflict.

DATED: August 4, 2008        Respectfully Submitted,

**SONIA MERCADO AND ASSOCIATES**

/S/ Sonia M. Mercado

By_____
Sonia M. Mercado, Co-Counsel for Plaintiff