UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DION STARR,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA, IN HIS INDIVIDUAL CAPACITY, DEPUTY MAYBET BUGARIN, DOE FEMALE DEPUTY RODRIGUEZ, DOE MALE DEPUTY RODRIGUEZ, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV08-00508 GW (SHx)<br><br>**JUDGMENT ON ORDER GRANTING SHERIFF LEE BACA'S MOTION TO DISMISS AND MOTION TO STRIKE THIRD AMENDED COMPLAINT**<br><br>**Date:  January 8, 2009**<br>**Time:  8:30 a.m.**<br>**Dept.:  10**<br><br>Trial Date:           June 16, 2009 |
|---|---|

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

   Defendant SHERIFF LEE BACA's Motion to Dismiss and Motion to Strike Plaintiff's Third Amended Complaint came on regularly for hearing on January 8, 2009 at 8:30 a.m. in Courtroom "10" of the above-entitled Court, and the issue before the Court having been duly heard and considered, no just reason for delay of entry of judgment having been found, and a decision having been duly rendered, IT IS SO ORDERED AND ADJUDGED that:

1    (1) The Court's ruling on SHERIFF LEE BACA's Motion to Dismiss and Motion to Strike plaintiff's Third Amended Complaint shall constitute a final judgment as to SHERIFF BACA pursuant to Rule 54(b) of the *Federal Rules of Civil Procedure*, whereas:

    (2) Plaintiff DION STARR shall take nothing against defendant SHERIFF LEE BACA; and

    (3) Defendant SHERIFF LEE BACA shall have judgment against plaintiff DION STARR.

DATED:  January 14, 2009

_____
The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE