Sonia Mercado, SBN 117060
SONIA MERCADO & ASSOCIATES
5701 W. Slauson Avenue, Suite 202
Culver City, California 90230
Tel: 310.410.2981
soniamer2002@yahoo.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR | CASE NUMBER |
| | CV08-00508 GW (SHx) |
| PLAINTIFF/PETITIONER, | |
| v. | **REQUEST TO PROCEED** |
| SHERIFF LEE BACA, et al., | **IN FORMA PAUPERIS WITH** |
| DEFENDANT(S). | **DECLARATION IN SUPPORT** |

I, <u>DION STARR</u>                                    , declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes   ☐No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. <u>King Ray 99¢ Store & More, 7018 S. Western Avenue, Los Angeles, California 90048. I work 30hrs a week @$8.50/hr. My monthly income is appoximately $1100.00 gross.</u>

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐Yes   ☑No
    b. Rent payments, interest or dividends?   ☐Yes   ☑No
    c. Pensions, annuities or life insurance payments?   ☐Yes   ☑No
    d. Gifts or inheritances?   ☐Yes   ☑No
    e. Any other income (other than listed above)?   ☐Yes   ☑No
    f. Loans?   ☐Yes   ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

_____

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

3. Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.) ☐Yes   ☑No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes   ☑No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? <u>April 2004</u>   _____

   Approximately how much income did your last tax return reflect? <u>$27,000.00</u> _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   <u>Moena Starr, Daughter 16 yrs., $200/month</u> _____

   _____


I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | Los Angeles |
|:---:|:---:|
| State | County (or City) |

I, <u>DION STARR</u>_____, declare under penalty of perjury that the foregoing is true and correct.

<u>2-11-09</u>
Date

_____
Plaintiff/Petitioner (Signature)

Name/Address of Attorney or Pro Per

Sonia M. Mercado, SBN 117069

SONIA MERCADO & ASSOCIATES

5701 W. Slauson Avenue, Suite 202, Culver City, California 90230

Telephone 310.410.2981

☐ FPD    ☐ Apptd    ☐ CJA    ☐ Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DION STARR | CASE NUMBER: CV08-00508 GW (SHx) |
|---|---|
| PLAINTIFF(S), | |
| v.<br>SHERIFF LEE BACA, et al., | **Motion and Affidavit for Leave to Appeal In Forma Pauperis:**   ☐ **28 U.S.C. 753(f)** |
| DEFENDANT(S). | ☐ **28 U.S.C. 1915** |

The undersigned _____ DION STARR _____, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1.  I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a.  Judgment On Order Granting Sheriff Lee Baca's Motion    to Dismiss and Motion to Strike Third Amended Complaint.

   b.  _____

   c.  _____

2.  Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a.  Are you presently employed? [X] Yes   [ ] No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. King Ray 99 ¢ Store and More, 7018 S. Western Avenue, Los Angeles, California 90048. I work 30 hrs. week @$8.50/hr. Monthly is approximately, $1100.00 gross.

   b.  Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?  [ ] Yes   [X] No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   _____          _____

   _____          _____

   _____          _____

c. Are you presently employed in prison?  ☐ Yes  [X] No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_____

d. Do you own any cash or do you have money in a checking or savings account? [ ] Yes  [X] No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

_____

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  None _____

_____

f. In what year did you last file an income tax return?  ____ April 2004 for Tax year 2003. _____

_____

g. Approximately how much income did your last tax return reflect? $27,000.00 _____

h. List the persons who are dependent upon you for support and state your relationship to those persons.

Moena Starr, daughter, 16 yrs old, $200.00/month. _____

_____

i. State monthly expenses, itemizing the major items.  Support for Daughter $200.00. $400.00 for rent. $55.00 for cell $59.00 for internet service. Food $150.00. _____

_____

_____
                                                          *Signature of Party*

I declare under penalty of perjury that the foregoing is true and correct.

February 11, 2009 _____                    _____
               *Date*                                                      *Signature of Attorney*
                                                          *(Disregard if filed in propria persona)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DION STARR | CASE NUMBER: |
|---|---|
| | CV08-00508 GW (SHx) |
| PLAINTIFF(S). | |
| v. | |
| SHERIFF LEE BACA, et al., | **ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS:** |
| | ☐ **28 U.S.C. 753(f)** |
| DEFENDANT(S). | ☐ **28 U.S.C. 1915** |

The Court, having reviewed the Motion for Leave to Appeal In Forma Pauperis and Affidavit thereto, hereby ORDERS: *(The check mark in the appropriate box indicates the Order made.)*

☐ **The court has considered the motion and the motion is DENIED.** The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

_____          _____
            *Date*                                 *United States District Judge*

☐ **The Court has considered the motion and the motion is GRANTED.** It appears to the Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifies that the proposed appeal is not frivolous, that it presents a substantial question. The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor.

    ☐ A transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 753 (f). The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be made available. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915(c) and 753(f).

The Clerk is directed to serve copies of this Order upon the parties appearing in this cause.

_____          _____
            *Date*                                 *United States District Judge*

A-18 ORDER (02/08)          ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS