Name: Sonia Mercado SBN 117060
Address: 5701 W. Slauson Avenue, Suite 202
City, State, Zip: Culver City, California 90230
Phone: 310.410.2981
Fax: 310.410.2957
E-Mail: soniamer2002@yahoo.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DION STARR | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV08-00508 GW (SHx) |
| v. | |
| SHERIFF LEE BACA, et al., | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ DION STARR _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Granting Defendant's Motion to Dismiss

☒ Judgment (specify):
  A FRCP 12(b)(6) dismissal of Sheriff Baca

☒ Other (specify):
  Order certifying Order as an appealable final judgment.

Imposed or Filed on __1/14/2009__. Entered on the docket in this action on 1/14/2009

A copy of said judgment or order is attached hereto.

02/13/2009                        /s/ Sonia M. Mercado
Date                              Signature
                                  ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

Case 2:08-cv-00508-GW-SH Document 70 Filed 01/14/2009 Page 1 of 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DION STARR, | CASE NO. CV08-00508 GW (SHx) |
|---|---|
| Plaintiff, | **JUDGMENT ON ORDER GRANTING SHERIFF LEE BACA'S MOTION TO DISMISS AND MOTION TO STRIKE THIRD AMENDED COMPLAINT** |
| v. | |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA, IN HIS INDIVIDUAL CAPACITY, DEPUTY MAYBET BUGARIN, DOE FEMALE DEPUTY RODRIGUEZ, DOE MALE DEPUTY RODRIGUEZ, AND DOES 1 THROUGH 10, INCLUSIVE, | **Date:** January 8, 2009<br>**Time:** 8:30 a.m.<br>**Dept.:** 10<br><br>Trial Date: June 16, 2009 |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

    Defendant SHERIFF LEE BACA's Motion to Dismiss and Motion to Strike Plaintiff's Third Amended Complaint came on regularly for hearing on January 8, 2009 at 8:30 a.m. in Courtroom "10" of the above-entitled Court, and the issue before the Court having been duly heard and considered, no just reason for delay of entry of judgment having been found, and a decision having been duly rendered, IT IS SO ORDERED AND ADJUDGED that:

010809 MTD TAC Proposed Judgment.doc

1     (1) The Court's ruling on SHERIFF LEE BACA's Motion to Dismiss and Motion to Strike plaintiff's Third Amended Complaint shall constitute a final judgment as to SHERIFF BACA pursuant to Rule 54(b) of the *Federal Rules of Civil Procedure*, whereas:

     (2) Plaintiff DION STARR shall take nothing against defendant SHERIFF LEE BACA; and

     (3) Defendant SHERIFF LEE BACA shall have judgment against plaintiff DION STARR.

DATED: January 14, 2009

_____
The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DION STARR,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA, IN HIS INDIVIDUAL CAPACITY, DEPUTY MAYBET BUGARIN, DOE FEMALE DEPUTY RODRIGUEZ, DOE MALE DEPUTY RODRIGUEZ, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV08-00508 GW (SHx)<br><br>**ORDER GRANTING DEFENDANT SHERIFF LEE BACA'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S THIRD AMENDED COMPLAINT AND ISSUING RULE 54(b) CERTIFICATION**<br><br>Date: January 8, 2009<br>Time: 8:30 a.m.<br>Dept.: 10<br><br>Trial Date:     June 16, 2009 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

    Defendant SHERIFF LEE BACA's Motion to Dismiss and Motion to Strike Plaintiff's Third Amended Complaint came on regularly for hearing on January 8, 2009 at 8:30 a.m. in Courtroom "10" of the above-entitled Court.

    After full consideration of the moving and supporting papers, the opposing papers, and the oral argument of counsel, for reasons stated in the Court's "Tentative Ruling" and stated on the record at the hearing, the Court finds that

010809 Motion to Dismiss TAC Order.doc

1  plaintiff's Third Amended Complaint fails to state a claim against SHERIFF LEE
2  BACA in his individual capacity and grants defendant SHERIFF LEE BACA's
3  Motion to Dismiss and Motion to Strike Plaintiff's Third Amended Complaint as to
4  SHERIFF LEE BACA, with prejudice.
5     Because of plaintiff's repeated failure to cure deficiencies by amendments
6  previously allowed, SHERIFF LEE BACA's Motion to Dismiss and Motion to
7  Strike is granted without leave to amend.
8     IT IS ORDERED that moving defendant's motion shall be granted in its
9  entirety and judgment shall be entered forthwith as requested in said motion in favor
10 of SHERIFF LEE BACA and against plaintiff DION STARR. Accordingly,
11 defendant SHERIFF LEE BACA shall be dismissed from the instant cause of action
12 with prejudice.
13
14     IT IS SO ORDERED.
15
16     The Court finds no just reason for delay in appealing this Order and hereby
17 Certifies this Order as an appealable final judgment under Rule 54(b) of the *Federal*
18 *Rules of Civil Procedure.*
19
20
21                                          _/s/ George H. Wu_
22 DATED: January 14, 2009        The Honorable George H. Wu
23                                  UNITED STATES DISTRICT JUDGE
24
25
26
27
28

010809 Motion to Dismiss TAC Order.doc         -2-

Case 2:08-cv-00508-GW-SH   Document 75   Filed 02/13/09   Page 6 of 6