Form 6. Civil Appeals Docketing Statement | USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Central | JUDGE: George Wu |
|---|---|---|

**TITLE IN FULL:**

Dion Starr v. County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Leroy Baca, in his Individual Capacity, Deputy Maybet Bugarin, Deputy Jose Garivay, Sgt. Michael Inge, Lt. Alfred Gonzalez, Capt. John Clark, and Does 1 through 10, Inclusive

**DISTRICT:** Central     **JUDGE:** George Wu

**DISTRICT COURT NUMBER:** CV08-00508

**DATE NOTICE OF APPEAL FILED:** 2/13/2009

**IS THIS A CROSS-APPEAL?** ☐ YES

**IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):**

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**
SEE ATTACHMENT 1

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
SEE ATTACHMENT 1

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**
NONE

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☒ **Possibility of settlement**

☐ **Likelihood that intervening precedent will control outcome of appeal**

☒ **Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)**
  Likelihood of Motion to Expedite Appeal.

☐ **Any other information relevant to the inclusion of this case in the Mediation Program**

☐ **Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.**

**ATTACHMENT 1 TO CIVIL APPEALS DOCKETING STATEMENT**

**BRIEF DESCRIPTION OF ACTION A**
**ND RESULT BELOW:**

Claims: 1) Violation of §1983; 2) Policy, custom or practice causing Constitutional Violations; and 3) Failure to Train, Supervise causing Constitutional violations. Deputies were deliberately indifferent to their 8th Amendment duty for providing reasonable security and allowed violent inmates into Plaintiff's cell who stabbed Plaintiff 23 times; and then Dep. Bugarin used excessive force and subsequently deprived Plaintiff of medical care and treatment. Sheriff Baca is sued in his individual capacity for failure to take corrective actions to prevent ongoing unconstitutional violations, or acquiescing thereto, which unconstitutional actions were the moving force of the unconstitutional conduct resulting in harm to Plaintiff. The Court dismissed Sheriff Baca and entered a final judgment in his favor. The Court ordered that there was no just cause for delay and certified the order for appeal.

**PRINCIPAL ISSUE PROPOSED TO BE RAISED ON APPEAL:**

Whether Plaintiff failed to allege an adequate short and plain statement of the claim as to Sheriff Baca to satisfy the requirements of Fed.R.Civ.Pro 8(a)(2) to give Sheriff Baca notice of the claim against him for supervisor liability (for ongoing unconstitutional violations which were the moving force of the unconstitutional conduct causing Plaintiff harm). Whether at the pleading stage, the District Court erred in granting Sheriff Baca's motion pursuant to Fed.R.Civ.Pro 12(b)(6), erred in concluding that Plaintiff did not "allege facts to support his claim for supervisor liability against Sheriff Baca," and erred in dismissing Sheriff Baca, and entered final judgment in his favor.

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION<br><br>☐ DIVERSITY<br><br>☐ OTHER (SPECIFY) | ☒ FINAL DECISION OF DISTRICT COURT<br><br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☒ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br>FRCP 12(b)(6) dismissal and final judgment<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL / JURISDICTION<br>☐ DISMISSAL / MERITS<br>☐ SUMMARY JUDGMENT<br>☒ JUDGMENT / COURT DECISION<br>☐ JUDGMENT / JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☐ DAMAGES:<br>SOUGHT $____<br>AWARDED $____<br>☐ INJUNCTIONS:<br>☐ PRELIMINARY<br>☐ PERMANENT<br>☐ GRANTED<br>☐ DENIED<br><br>☐ ATTORNEY FEES:<br>SOUGHT $____<br>AWARDED $____<br>☐ PENDING<br><br>☐ COSTS: $____ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED ( SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_Sonia M Mercado_
Signature

_2/13/2009_
Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: SONIA MERCADO SBN 117060

FIRM: SONIA MERCADO & ASSOCIATES

ADDRESS: 5701 W. Slauson Avenue, Suite 202 Culver City, California 90230

E-MAIL: soniamer2002@yahoo.com

TELEPHONE: 310.410.2981

FAX: 310.410.2957

\* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
\* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*

Effective 7/1/2000

A-11a (10/00)   CIVIL APPEALS DOCKETING STATEMENT   Page 1 of 2

1
2
3
4
5
6
7
8
9
10            **UNITED STATES DISTRICT COURT**

11    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 12  DION STARR, | CASE NO. CV08-00508 GW (SHx) |
| 13        Plaintiff, | **JUDGMENT ON ORDER GRANTING SHERIFF LEE BACA'S MOTION TO DISMISS AND** |
| 14        v. | **MOTION TO STRIKE THIRD AMENDED COMPLAINT** |
| 15  COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S | |
| 16  DEPARTMENT, SHERIFF LEROY BACA, IN HIS INDIVIDUAL | **Date:  January 8, 2009** **Time:  8:30 a.m.** |
| 17  CAPACITY, DEPUTY MAYBET BUGARIN, DOE FEMALE DEPUTY | **Dept.:  10** |
| 18  RODRIGUEZ, DOE MALE DEPUTY RODRIGUEZ, AND DOES 1 | Trial Date:              June 16, 2009 |
| 19  THROUGH 10, INCLUSIVE, | |
| 20        Defendants. | |

21
22   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

23         Defendant SHERIFF LEE BACA's Motion to Dismiss and Motion to Strike

24   Plaintiff's Third Amended Complaint came on regularly for hearing on January 8,

25   2009 at 8:30 a.m. in Courtroom "10" of the above-entitled Court, and the issue

26   before the Court having been duly heard and considered, no just reason for delay of

27   entry of judgment having been found, and a decision having been duly rendered, IT

28   IS SO ORDERED AND ADJUDGED that:

010809 MTD TAC Proposed Judgment.doc

1        (1) The Court's ruling on SHERIFF LEE BACA's Motion to Dismiss and

2    Motion to Strike plaintiff's Third Amended Complaint shall constitute a final

3    judgment as to SHERIFF BACA pursuant to Rule 54(b) of the *Federal Rules of*

4    *Civil Procedure*, whereas:

5        (2) Plaintiff DION STARR shall take nothing against defendant SHERIFF

6    LEE BACA; and

7        (3) Defendant SHERIFF LEE BACA shall have judgment against plaintiff

8    DION STARR.

9

10

11

12    DATED:  January 14, 2009

                           The Honorable George H. Wu

13                               UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12  DION STARR,                          CASE NO. CV08-00508 GW (SHx)

13              Plaintiff,               **ORDER GRANTING DEFENDANT
                                         SHERIFF LEE BACA'S MOTION**
14        v.                             **TO DISMISS AND MOTION TO
                                         STRIKE PLAINTIFF'S THIRD**
15  COUNTY OF LOS ANGELES, LOS           **AMENDED COMPLAINT AND**
    ANGELES COUNTY SHERIFF'S             **ISSUING RULE 54(b)**
16  DEPARTMENT, SHERIFF LEROY            **CERTIFICATION**
    BACA, IN HIS INDIVIDUAL
17  CAPACITY, DEPUTY MAYBET              **Date:  January 8, 2009**
    BUGARIN, DOE FEMALE DEPUTY           **Time:  8:30 a.m.**
18  RODRIGUEZ, DOE MALE DEPUTY           **Dept.:  10**
    RODRIGUEZ, AND DOES 1
19  THROUGH 10, INCLUSIVE,               Trial Date:        June 16, 2009

20              Defendants.

21

22  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

23        Defendant SHERIFF LEE BACA's Motion to Dismiss and Motion to Strike

24  Plaintiff's Third Amended Complaint came on regularly for hearing on January 8,

25  2009 at 8:30 a.m. in Courtroom "10" of the above-entitled Court.

26        After full consideration of the moving and supporting papers, the opposing

27  papers, and the oral argument of counsel, for reasons stated in the Court's

28  "Tentative Ruling" and stated on the record at the hearing, the Court finds that

1  plaintiff's Third Amended Complaint fails to state a claim against SHERIFF LEE

2  BACA in his individual capacity and grants defendant SHERIFF LEE BACA's

3  Motion to Dismiss and Motion to Strike Plaintiff's Third Amended Complaint as to

4  SHERIFF LEE BACA, with prejudice.

5       Because of plaintiff's repeated failure to cure deficiencies by amendments

6  previously allowed, SHERIFF LEE BACA's Motion to Dismiss and Motion to

7  Strike is granted without leave to amend.

8       IT IS ORDERED that moving defendant's motion shall be granted in its

9  entirety and judgment shall be entered forthwith as requested in said motion in favor

10  of SHERIFF LEE BACA and against plaintiff DION STARR. Accordingly,

11  defendant SHERIFF LEE BACA shall be dismissed from the instant cause of action

12  with prejudice.

13

14       IT IS SO ORDERED.

15

16       The Court finds no just reason for delay in appealing this Order and hereby

17  Certifies this Order as an appealable final judgment under Rule 54(b) of the *Federal*

18  *Rules of Civil Procedure*.

19

20

21

22  DATED:  January 14, 2009        The Honorable George H. Wu

23                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

010809 Motion to Dismiss TAC Order.doc              -2-

Notice of Appeal

To A Court of Appeals

From a Judgment Or Order

Of A District Court

United States District Court for the

Central District of California

File Number CV08-00508 GW (Shx)

## REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, the following parties and their respected counsel

are as follows:

Plaintiff Dion Starr
Counsel: Sonia Mercado, Esq.
Sonia Mercado & Associates
5701 W. Slauson Avenue, Suite 202
Culver City, California 90230
Tel: 310.410.2981 Fax: 310.410.2957
E-mail: soniamer2002@yahoo.com

Counsel: R. Samuel Paz, Esq.
Law Offices of R. Samuel Paz
5701 W. Slauson Avenue, Suite 202
Culver City, California 90230
Tel: 310.410.2981 Fax: 310.410.2957
E-mail: samuelpaz@msn.com

Defendants County of Los Angeles,
Los Angeles County Sheriff's
Department, Sheriff Leroy Baca, in his
Individual Capacity, Deputy Maybet
Bugarin.

Counsel: Lisa Martinelli, Esq.
Counsel: Miriam Kaloustian, Esq.
Hurrell Cantrall, LLP
660 South Figueroa Street, 21 Floor
Los Angeles, California 90017
Tel: 213.426.2000 Fax: 213.426.2020
E-mail:
imartinelli@hurrellcantrall.com
E-mail:
mkaloustian@hurrellcantral.com