Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:   (310) 410-2981
Facsimile:    (310) 410-2957
E-mail: samuelpaz@msn.com

Co-Counsel for Dion Starr

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,<br>    Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, ET., AL,<br>    Defendants. | CASE NO. **CV O8-00508 GW (SHx)**<br>[Hon. Stephen J. Hillman]<br>**PLAINTIFF'S NOTICE MOTION REGARDING PLAINTIFF'S NECESSITY TO EXCEED TEN (10) DEPOSITIONS**<br>**[Filed Concurrently Withjoint Stipulation of the Parties Regarding Plaintiff's Necessity to Exceed Ten (10) Depositions; and Proposed Order]**<br>Date:  April 13, 2008<br>Time:  2:00 p.m.<br>Courtroom: 550 (Roybal Building)<br>Case filed:  1/20/2009<br>Disc Cut-off:  6/1/2009<br>Mtn Cut-off:  7/20/2009<br>Trial:  9/8/2009 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

  **PLEASE TAKE NOTICE** that Plaintiff will move the Court on April 13, 2009, at 2:00 p.m., in Courtroom 550, Roybal Building, of the United States

District Court Central District of California, located at 255 E. Temple Street, Los Angeles, California, for an order for leave to take more than 10 depositions in this matter.

    This Motion is based upon this Notice and upon the Joint Stipulation of the Parties filed concurrently herewith and upon the file and records herein, and on such other documentary and oral evidence as may be presented at the time of the hearing.

    This motion is filed following the unsuccessful meeting of counsel pursuant to Local Rule 7-3.

    A copy of the present scheduling order is attached hereto in compliance with Local Rule 37-2.1

DATED: March 13, 2009        Respectfully Submitted,

                                **SONIA MERCADO AND ASSOCIATES**

                                /S/ Sonia M. Mercado

By_____
Sonia M. Mercado, Co-Counsel for Plaintiff