Thomas C. Hurrell, State Bar No. 119876
E-Mail:thurrell@hurrellcantrall.com
Lisa Martinelli, State Bar No. 109562
E-Mail:lmartinelli@hurrellcantrall.com
**HURRELL CANTRALL LLP**
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and SHERIFF LEE BACA (sued and served as Sheriff Leroy Baca, in his individual and official capacity)

Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:  (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: samuelpaz@msn.com
E-mail: soniamer2002@yahoo.com

Co-Counsel for Dion Starr

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, et al.,<br><br>    Defendants. | **CASE NO. CV 08-00508 GW(SHx)**<br><br>**[HON. GEORGE WU]**<br><br>**JOINT STIPULATION TO EXPAND THE SCHEDULING ORDER**<br><br>**[PROPOSED] ORDER**<br><br>Discovery Cut Off: June 6, 2009<br>Trial:              September 8, 2009 |

Page 1

THE PARTIES hereto, through their respective attorneys of record that GOOD CAUSE existing therefore, request that the Court issue an order to expand the scheduling order.

County defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and all Defendants are represented by Lisa Martinelli, of HURRELL & CANTRALL LLP.

Plaintiff DION STARR is represented by Sonia Mercado and Associates and Law Offices of R. Samuel Paz.

1. The present Scheduling Order entered on March 3, 2009, 2009, is as follows:
   Fact Discovery Cut-off: June 6, 2009;
   Expert Discovery Cut-off: June 22, 2009;
   Motion Hearing cut-off: July 20, 2009;
   Pretrial Conference: August 20, 2009, at 8:30 a.m.; and,
   Jury Trial: September 8, 2009 at 9:00 a.m.
2. The parties hereby stipulate to expand the present scheduling Order as follows:
   Fact Discovery Cut-off: September 8, 2009;
   Expert Discovery Cut-off: October 6, 2009;
   Motion Hearing cut-off: November 2, 2009;
   Pretrial Conference: November 19, 2009, at 8:30 a.m.; and,
   Jury Trial: December 8, 2009, at 9:00 a.m.

**GOOD CAUSE EXISTS TO CONTINUE THE SCHEDULING ORDER.**

3. Presently, due to unforeseen delays in discovery matters, the complexity of discovery, the time delays regarding responses, meeting of counsels in efforts to resolve pending and ongoing discovery disputes, including ongoing hearings on discovery matters, the parties have not been able to finish discovery, nor can this discovery process be promptly finished by the present fact discovery deadline of June 6, 2009.

4.  This inability to complete discovery is related to Defendant Los Angeles County Sheriff's Departments' prior filing of a Motion for Reconsideration, the District Court review thereof, and pending resolution of this and other pending discovery matters.

5.  As a result, the parties jointly agree that an expansion of the pending scheduling order by 90 days in consideration of the above and of pending commitments during the summer period, this request is reasonable.

6.  As the Court may know, the effective result of the filing of the recently heard Motion for Review, and subsequent hearing thereon on April 27, 2009, the discovery process has been delayed.

7.  In the interest of full and complete discovery of all relevant evidence, and yet to comply with the current pre-trial and trial dates, and pending unresolved discovery issues the parties opine that it is necessary to continue the present scheduling order as follows:

- Fact Discovery Cut-off: September 8, 2009;
- Expert Discovery Cut-off: October 6, 2009;
- Motion Hearing cut-off: November 2, 2009;
- Pretrial Conference: November 19, 2009, at 8:30 a.m.; and,
- Jury Trial: December 8, 2009, at 9:00 a.m.

**IT IS SO STIPULATED REQUESTED.**

Dated: April 29, 2009    **LAW OFFICES OF R. SAMUEL PAZ**
                                                         **SONIA MERCADO & ASSOCIATES**

/S/ Sonia M. Mercado
_____
Sonia M. Mercado, Esq., Attorneys for Plaintiff

Dated: April 29, 2009    **HURRELL CANTRALL LLP**

/S/ Lisa Martinelli
_____
Lisa Martinelli, Esq., Attorneys for All Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28