UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,<br>           Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ET., AL,<br>           Defendants. | CASE NO. **CV O8-00508 GW (SHx)**<br>[Honorable District Judge George Wu]<br><br>[Proposed] **ORDER EXPANDING THE SCHEDULING ORDER.** |

Having considered the Joint Stipulation of all the parties hereto and finding good cause exist to expand the present scheduling order, it is hereby ordered that the Scheduling Order shall be as follows:

• Fact Discovery Cut-off is: September 8, 2009;

• Expert Discovery Cut-off is: October 6, 2009;

• Motion Hearing cut-off: November 2, 2009;

• Pretrial Conference: November 19, 2009, at 8:30 a.m.; and,

• Jury Trial: December 8, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED _____

_____
Honorable George H. Wu, United States
Judge, Central District of California