R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 W. Slauson Avenue, Suite 202
Culver City, California 90230
Telephone: 310.410.2981  Facsimile: 310.410.2957
Samuelpaz@msn.com

Sonia M. Mercado (SBN: 117069)
**SONIA MERCADO & ASSOCIATES**
5701 W. Slauson Avenue, Suite 202
Culver City, California 90230
Telephone: 310.410.2981  Facsimile: 310.410.2957
Soniamer2002@yahoo.com

Attorneys for Plaintiff,
Dion Starr

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY MAYBET BUGARIN,<br>　　　　Defendants. | CASE NO. **CV 08-00508 GW (SHx)**<br><br>[Hon. George H. Wu]<br><br>REQUEST TO ENTER DEFAULT OF LOS ANGELES COUNTY SHERIFF'S DEPARTMENT |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, Dion Starr hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, on the ground that said Defendant has failed to Answer the Third Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Defendant had appeared in this action and was represented by its counsel, Lisa Martinelli, and were served the Court's Order granting Plaintiff leave to file a Third Amended Complaint on November 6, 2008,

1 | which was filed and served on LOS ANGELES COUNTY SHERIFF'S
2 | DEPARTMENT through their counsel on December 1, 2008, and by statutory
3 | mandates the Answer or response was due December 11, 2008.
4 |     The above stated facts are set forth in the accompanying declaration of Sonia
5 | M. Mercado, filed herewith.

Dated: July 1, 2009

Respectfully submitted,
**SONIA MERCADO & ASSOCIATES**
**LAW OFFICES OF R. SAMUEL PAZ**

    /S/ Sonia M. Mercado
By: _____
Sonia M. Mercado, Co-Counsel for Plaintiff