Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:  (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: samuelpaz@msn.com

Co-Counsel for Dion Starr

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,<br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, ET., AL,<br>　　　　　　Defendants. | CASE NO. **CV O8-00508 GW (SHx)**<br><br>[Hon. Stephen J. Hillman]<br><br>**PLAINTIFF'S NOTICE MOTION AND MOTION TO COMPEL DEFENDANT COLA TO PRODUCE FURTHER RESPONSES TO REQUEST FOR DOCUMENTS AND THINGS, SET THREE**<br><br>**[FILED CONCURRENTLY WITH JOINT STIPULATION OF THE PARTIES]**<br><br>DATE:　　August 11, 2009<br>TIME:　　2:00 p.m.<br>CtRoom:　550, Roybal Building<br><br>Disc. Cut-off:　9/8/09<br>PreTrial:　　11/19/09<br>Trial:　　　　12/8/09 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff will move the Court on January 26, 2008, at 2:00 p.m., in Courtroom 550, Roybal Building, of the United States

District Court Central District of California, located at 255 E. Temple Street, Los Angeles, California, for an order to compel Defendant County of Los Angeles, to serve further responses and documents in response to Plaintiff's Request for Documents and Things, Set 3.

    This Motion is based upon this Notice and upon the Joint Stipulation of the Parties filed concurrently herewith and upon the file and records herein, and on such other documentary and oral evidence as may be presented at the time of the hearing.

    <u>As a caveat, the Joint Stipulation is very long</u>, as the Points and Authority and facts were repeated as to each separate request in compliance with Local Rule 37, and as ordered by the Court's on August 5, 2008, (regarding joint stipulations) that there be no "incorporations by reference."

    The parties met and conferred pursuant to Local Rule 37, and were able to resolve some disputes, but not those submitted herein for judicial determination.

    A copy of the present scheduling order is attached hereto in compliance with Local Rule 37-2.1

DATED: July 16, 2009            Respectfully Submitted,

                                        **SONIA MERCADO AND ASSOCIATES**

                                          /S/ Sonia M. Mercado

                                        By_____
                                        Sonia M. Mercado, Co-Counsel for Plaintiff