## DECLARATION OF SONIA M. MERCADO

I am an attorney duly licensed to practice law in the State of California and before the United States Central District Court in Los Angeles. I am co-counsel for Plaintiff with Mr. R. Samuel Paz. If called as a witness in this matter, I would competently testify as follows:

1. **NOTICE OF EX PARTE NOTIFICATION AND COMPLIANCE WITH** Central District of California Local Rule 7-19.1. On August 24, 2009, prior to 12:00 noon, I telephoned Lisa Martinelli and advised her that Plaintiff would file an ex parte application to stay this action in order to avoid duplication of trials, motions and other pending scheduling order deadlines. I asked her to join our ex parte application for a stay.

2. Ms. Martinelli advised me that she could not stipulate to such a request, and that her client would oppose this ex parte application.

3. Pursuant to L.R. 7-9, the contact information for defendant's counsel is as follows:

Lisa Martinelli, Esq.
HURRELL CANTRALL, LLP
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Tel: 213-420-2000

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and of my personal knowledge.

Dated: August 25, 2009     By:  /S/ Sonia M. Mercado
                                _____
                                Sonia M. Mercado