1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DION STARR,

             Plaintiff,

        v.

COUNTY OF LOS ANGELES, LOS
ANGELES COUNTY SHERIFF'S
DEPARTMENT, SHERIFF LEE
BACA IN HIS INDIVIDUAL
CAPACITY, ET., AL,

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. **CV 08-00508 GW (SHx)**

[Hon. George H. Wu]

**[PROPOSED] ORDER RE
PLAINTIFF'S  EX PARTE
APPLICATION TO STAY THIS
ACTION PENDING
DETERMINATION OF PENDING
APPEAL**

     Having considered the Plaintiff's Ex Parte Application to either grant an order

to stay this action ex parte, or alternatively for an order to shorten time to be heard

on a motion to stay this action and finding good cause therefore:

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Application to stay this action

is granted until resolution of the pending Ninth Circuit Court of Appeals case

number 09-55233, regarding Sheriff Baca, and until further order of this court.

Alternatively, **IT IS HEREBY ORDERED** that Plaintiff's ex parte application to

shorten time to be heard on a motion to stay this action shall be heard on August 31,

2009, at 8:30 a.m.

Dated: _____        _____

                                     Hon. George H. Wu, Central District Judge