1  R. Samuel Paz (SBN: 62373)
   **LAW OFFICES OF R. SAMUEL PAZ**
2  Sonia M. Mercado (SBN: 117069)
   **SONIA MERCADO & ASSOCIATES**
3  5701 West Slauson Ave., Suite 202
   Culver City, CA 90230
4  Telephone:  (310) 410-2981
   Facsimile:   (310) 410-2957
5
   Attorneys for Plaintiff Dion Starr
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 DION STARR,                    )   CASE NO. **CV O8-00508 GW (SHx)**
                Plaintiff,         )
12                                 )   (Hon. George H. Wu)
           v.                      )
13                                 )   **PLAINTIFF'S NOTICE OF**
   COUNTY OF LOS ANGELES, LOS      )   **MOTION AND MOTION FOR**
14 ANGELES COUNTY SHERIFF'S        )   **LEAVE TO FILE AN ERRATA**
   DEPARTMENT, SHERIFF LEE         )   **THIRD AMENDED COMPLAINT**
15 BACA IN HIS INDIVIDUAL AND      )   **TO CORRECT MISNOMER**
   PERSONAL CAPACITY, ET., AL,     )   **AND/OR INADVERTENT ERROR**
16              Defendants.        )   **IN THE THIRD AMENDED**
   _____ )   **COMPLAINT; DECLARATION OF**
17                                     **SONIA MERCADO**

18                                     **[Filed Concurrently with Proposed Order]**

19
                                       Date:       September 21, 2009
20                                     Time:       8:30 a.m.
                                       Courtroom:  10
21
                                       Case filed:    1/30/08
22                                     Disc Cut-off:  9/8/09
                                       Mtn Cut-off:   11/2/09
23                                     Trial:         12/8/09

24
        **TO ALL PARTIES AND TO THEIR ATTORNEYS' OF RECORD**
25
   **HEREIN:**
26
        **PLEASE TAKE NOTICE** that on **September 21, 2009,** or as soon thereafter
27
   as the matter can be heard, before the Honorable George H. Wu, District Judge of the
28
   Central District of California, in Courtroom 10, at 312 N. Spring Street, Los

Angeles, California, Plaintiff Dion Starr will move for leave file to an "Errata Third Amended Complaint" to correct misnomer, typographical and inadvertent errors on the Third Amended Complaint.

Good cause exists to make these corrections based on misnomer, clerical mistake, oversight, and/or inadvertent error.  Plaintiff seeks to correct the name of a defendant named as Jose "Garivay" in the TAC to his correct last name of "Garibay", and to correct the word "eighth" appearing at paragraphs 15 and 22, to "fourteenth."  This Errata/Corrected Third Amended Complaint (hereinafter "TAC") does not affect any underlying claims nor will it cause any amendment or modification of the Answers, pleadings, discovery or other pending issues in this case, nor will it cause delay or prejudice any party.

**Compliance with Local Rule 7-3:**  This request for an Errata correction and/or alternatively for an order pursuant to Rule 60, is made following the conferences of counsel pursuant to Local Rule 7-3, which took place after July 27, 2009 and August 18, 2009, during which Plaintiff agreed to correct these misnomers, mistakes, inadvertent oversights or excusable neglect in the TAC.  (Declaration Sonia Mercado ¶ 1 and 2.)  While defendants do not object to this request, they do not agree to enter into a joint stipulation.

This request for an Errata correction of the TAC is based on this notice of Errata, the Memorandum of Points and Authorities, the Declaration of Sonia Mercado, the files and records herein, and the "Errata Corrected Third Amended Complaint" attached hereto.

Dated: August 28, 2009   **LAW OFFICES OF R. SAMUEL PAZ**
  **SONIA MERCADO & ASSOCIATES**

  /S/ Sonia M. Mercado
  _____
  Sonia M. Mercado, Esq., Attorneys for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

**1.   THE COURT MAY PERMIT A PARTY TO CORRECT A MISNOMER, OVERSIGHT OR INADVERTENT ERROR IN A PLEADING.**

Fed.R.Civ.Proc., Rule 60(b) gives the Court authority to permit a party to correct a pleading which contains a mistake, clerical error, misnomer, or is due to inadvertent error or mistake. Here, plaintiff recently became aware that the name of defendant "Garibay" was inadvertently typed in the TAC as "Garivay"; and also became aware of mistakenly writing "eighth" (eighth amendment) instead of "fourteenth" (fourteenth amendment) at paragraphs 15 and 22 of the TAC. Plaintiff timely moves to correct the TAC, and correct other typographical errors. The Errata/Corrected TAC will clarify and correct inadvertent errors in the TAC and avoid confusion at trial, further the corrections will not affect the status of defendants' Answers to the TAC nor other pleadings or issues.

**A.   An Errata Correction of a Misnomer, Mistake or Typographical Error Is Appropriate under Fed. R. Civ. Pro. 60 (b) (1).**

Rule 60 (b) entitled, "Grounds for Relief from a Final Judgment, Order, or Proceeding" provides that "On motion and just terms, the court may relieve a party or its legal representative from ... order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect."

Here, Plaintiff seeks to correct typographical mistakes and inadvertent errors 's in the TAC as follows: correct the last name of defendant Jose Garibay incorrectly written as *Garivay* (at the caption p. 1; at ¶ 8, p. 3:27; at ¶14, p. 6:5; at p. 7, p. 6:25; in the title on p. 7:24; and at ¶57, p. 23:12); correct and replace the word "eighth" with the word "fourteenth" (at ¶15, p.6:18, and ¶22, p.7:27 and p.8:10); correct the spelling of "ING" to "INGE" (at ¶7, p.3:12); replace the word "hen" with the word "then" (at ¶36, p.13:3); and to correct the word "First" and replace it with the word "Third" (at ¶54, p.22:4).

1   An errata and/or correction of these misnomers, clerical and/or typographical
2 errors, and/or inadvertent mistakes do not affect the substantive allegations in the
3 TAC and do not result in any changes in Defendants' Answer to the TAC nor in
4 other matters.
5   This errata will avoid confusion and misnomers in the pleading and conform
6 the pleadings to the facts of the case.  Plaintiff has timely moved to file this errata
7 and requests the that the Court permit the attached "Errata/Corrected Third
8 Amendment Complaint" to replace the "Third Amended Complaint."

9 Dated: August 28, 2009          **LAW OFFICES OF R. SAMUEL PAZ**
                                  **SONIA MERCADO & ASSOCIATES**

/S/ Sonia M. Mercado
_____
Sonia M. Mercado, Esq., Attorneys for Plaintiff

## DECLARATION OF SONIA M. MERCADO

I am an attorney duly licensed to practice law in the State of California and before the United States Central District Court in Los Angeles and co-counsel for Plaintiff with Mr. R. Samuel Paz. If called as a witness in this matter, I would competently testify as follows:

1. This motion is filed following a conferences pursuant to Local Rule 7-3, which took place after a July 27, 2009 letter from Ms. Martinelli and a conference on August 18, 2009, at which time we conferred regarding errors, misnomer, inadvertent mistake in Plaintiff's TAC, which incorrectly stated "eighth" amendment violation instead of "fourteenth" (as plaintiff was a pre-trial detainee). I also inadvertently misnamed a defendant "Garivay" instead of his correct last name, "Garibay."

2. While defense counsel does not oppose this Errata of the TAC, she also will not agree to file a joint stipulation on this issue. However, these corrections will clarify the pleadings for all parties.

3. I recognize that I made inadvertent and excusable errors in the misnomer of Defendant Garibay, in identification of the "eighth" amendment instead of the "eighth and/or fourteenth," and in other typographical errors. I agreed to correct these errors in the TAC by filing an Errata TAC and/or seeking relieve from the Court to do so.

4. Attached is an Errata Corrected TAC, containing these corrections as follows: correcting the last name "Garivay" to "Garibay" in the following pages and lines: on the caption page 1; at ¶ 8, p. 3:27; at ¶14, p. 6:5; at p. 7, p. 6:25; in the title on p. 7:24; and at ¶57, p. 23:12. Plaintiff also seeks to correct the following: replacing the word "eighth" with the word "fourteenth" in two paragraphs: ¶15, p.6:18, and ¶22, p.7:27 and p.8:10; correcting the spelling of "ING" to "INGE" at ¶7, p.3:12; replacing the clerical error "hen" with the

word "then" at ¶36, p.13:3; and replacing the word "First" with the word "Third" at ¶54.

5. This Errata and corrected TAC will clarify and correct inadvertent errors in the TAC, and will not affect the status of the Answers or other pleadings.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and of my personal knowledge.

/S/ Sonia M. Mercado

Dated: August 28, 2009     By: _____
                                Sonia M. Mercado