Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:   (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: samuelpaz@msn.com

Co-Counsel for Dion Starr

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, ET., AL,<br>　　　　　Defendants.<br>_____ | CASE NO. **CV O8-00508 GW (SHx)**<br><br>[Hon. Stephen J. Hillman]<br><br>**PLAINTIFF'S NOTICE MOTION AND MOTION TO COMPEL DEFENDANT REGARDING ITEMS IN DISPUTE REGARDING PLAINTIFF'S REQUEST FOR INSPECTION OF THE LOS ANGELES COUNTY SHERIFF DEPARTMENT DOCUMENTS AND WRITINGS**<br><br>DATE:　　　October 19, 2009<br>TIME:　　　2:00 p.m.<br>CtRoom:　　520, Roybal Building<br><br>Disc. Cut-off:　　September 8, 2009<br>Mtn Deadline:　　November 2, 2009<br>PreTrial:　　　　November 17, 2009<br>Trial:　　　　　December 2, 2009 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

　　**PLEASE TAKE NOTICE** that Plaintiff will move the Court on October 19, 2009, at 2:00 p.m., in Courtroom 550, Roybal Building, of the United States

District Court Central District of California, located at 255 E. Temple Street, Los Angeles, California, for an order to compel Defendant Los Angeles Sheriff Department, to permit inspection of documents and things in response to Plaintiff's Request for Inspection of Documents and Things.

This Motion is based upon this Notice and upon the Joint Stipulation of the Parties filed concurrently herewith and upon the file and records herein, and on such other documentary and oral evidence as may be presented at the time of the hearing.

The parties met and conferred pursuant to Local Rule 37, and were able to resolve some disputes, but not those submitted herein for judicial determination.

A copy of the present scheduling order is attached hereto in compliance with Local Rule 37-2.1. which reflects that the deadline for hearing all motions is November 2, 2009 (the Court did not issue a different deadline for hearing discovery motions).

DATED: September 17, 2009          Respectfully Submitted,

**SONIA MERCADO AND ASSOCIATES**

/S/ Sonia M. Mercado

By_____
Sonia M. Mercado, Co-Counsel for Plaintiff