UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-508-GW(SHx) | Date | September 21, 2009 |
|---|---|---|---|
| Title | *Dion Starr v. County of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Sonia M. Mercado | None Present | |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN ERRATA THIRD AMENDED COMPLAINT TO CORRECT MISNOMER AND/OR INADVERTENT ERROR IN THE THIRD AMENDED COMPLAINT (filed 08/28/09)**

Hearing is held. Counsel for defendants is not present.

For reasons stated on the record, Plaintiff's Motion for Leave to File an Errata Third Amended Complaint to Correct Misnomer and/or Inadvertent Error in the Third Amended Complaint is **granted.** The Errata Third Amended Complaint is deemed filed as of today's date. Defendants' answer to the Third Amended Complaint will remain.

IT IS SO ORDERED.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | JG |