1  Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
2  R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
3  5701 West Slauson Ave., Suite 202
Culver City, CA 90230
4  Telephone:   (310) 410-2981
Facsimile:    (310) 410-2957
5  E-mail: samuelpaz@msn.com

6  Co-Counsel for Dion Starr

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| DION STARR, <br>     Plaintiff, <br>     v. <br> COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, ET., AL, <br>     Defendants. | CASE NO. **CV O8-00508 GW (SHx)** <br><br> [Hon. Stephen J. Hillman] <br><br> **PLAINTIFF'S NOTICE WITHDRAWAL OF MOTION TO COMPEL DEFENDANT REGARDING ITEMS IN DISPUTE REGARDING PLAINTIFF'S REQUEST FOR INSPECTION OF THE LOS ANGELES COUNTY SHERIFF DEPARTMENT DOCUMENTS AND WRITINGS** |

19

20  DATE:           October 19, 2009
TIME:            2:00 p.m.
21  CtRoom:       520, Roybal Building

22  Disc. Cut-off:        September 8, 2009
Mtn Deadline:       November 2, 2009
23  PreTrial:              November 17, 2009
Trial:                    December 2, 2009

24

25  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

26  **HEREIN:**

27      **PLEASE TAKE NOTICE THAT PLAINTIFF HEREBY WITHDRAWS**

28  **HIS  MOTION TO COMPEL DEFENDANT REGARDING ITEMS IN**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DISPUTE REGARDING PLAINTIFF'S REQUEST FOR INSPECTION OF THE LOS ANGELES COUNTY SHERIFF DEPARTMENT DOCUMENTS AND WRITINGS**, scheduled for hearing on October 19, 2009, at 2:00 p.m., in Courtroom 550, Roybal Building, of the United States District Court Central District of California.

The parties have resolved the issues pending in this motion, subject to a further production of documents by Defendants, which will not require the assistance of the Court.

DATED: October 13, 2009                    Respectfully Submitted,

**SONIA MERCADO AND ASSOCIATES**

/S/ Sonia M. Mercado

By_____
Sonia M. Mercado, Co-Counsel for Plaintiff