# DECLARATION OF DION STARR

I, Dion Starr, am the plaintiff in this action and if called as a witness in this matter, I would competently testify as follows:

1.  Since the date I was incarcerated until the date of this incident, I always had good behavior, I obeyed the deputies and followed all the jailhouse rules. I was never involved in any altercation, a fight, nor had I ever been disciplined for anything.

2.  There was a lot of racial tension going on and I pretty much kept to myself.

3.  Prior to somebody opening the gate to my cell, I saw three Hispanic inmates in the row. They were holding brooms and mops. Then I saw all three in front of my cell talking in Spanish to the Hispanic inmates in my cell and in the cells next to mine. Then my cell gate, and the two adjacent cell gates, 8 and 10 opened and the Hispanics rushed toward me and my Black cell mate, Kelly. I immediately began to yell for help and calling for the deputy. I tried to defend myself but was overcome by the Hispanics who were also joined by the neighboring Hispanics from cell 8 and 10.

4.  Neither my cell mate nor I had said anything to incite them or to anger them. During this attack, I continued yelling for help as the Hispanics kept stabbing me. Kelly and I were the only ones yelling for help, none of the Hispanic Southsiders attacking us were yelling for help. The only thing they said was "mallate" (meaning "nigger") and "kill them, kill them." I maneuvered my way out of my cell into the row trying to get away.

5.  About 5 to 7 minutes passed before I finally heard a response from deputies commanding everybody to lay down. The Hispanics attacking me laid down and obeyed and let go of me. I was already on the ground in the row and I laid on the floor face down, stomach to the ground, and a deputy came and handcuffed my hands behind my back.

6. My head was bleeding, and I had blood on my face, I felt pain from the stab wounds all over my back, my stomach, near my heart, my head and body. My cloths were full of blood. As I laid there, I saw many shanks the Hispanics had used laying on the floor in the row with handles made of cloth and full of blood stains.

7. After the deputy handcuffed me, and as I laid face down on the floor, I saw a Hispanic inmate trying to kick me and I was afraid of getting kicked and I wanted to move away from him. As I raised my head up and started to move further away from him, before I could actually move away or raise any other part of my body, Deputy Bugarin without any warning, in a very angry manner she called me "nigger," and then suddenly kicked me very hard in my nose with her boot, as she said told me to get on the ground. I had not gotten up from the ground, I had just tried to, but had not gotten off the floor nor moved away. I put my face back on the ground and my nose began to bleed.

8. Prior to kicking me, Deputy Bugarin gave neither me nor any other inmate laying on the floor any commands to stay still or not to move.

9. When I got kicked in my nose, all the deputies and Sergeant present could see she kicked me. As I was being escorted out, I looked at Sgt. Inge and said that I wanted to press charges against Deputy Bugarin and against the Hispanics. I had done nothing wrong.

10. Deputy Bugarin and Martinez were escorting me out and they just smiled and kept walking me out. I was sent to the infirmary and from there I was sent to the hospital. I returned to the jail that night, and for no reason, I was punished and put in isolation (the hole) for 3 months. At no time had I done anything wrong, I had obeyed all commands. In isolation Deputy Bugarin came by sometimes, and when I complained and asked why I was there, she just smiled

and walked away.  I told her I knew I was entitled to a hearing, but she just smiled, ignored me  and walked away.

11.    After this incident, on numerous occasions I reported to the deputies and sergeants that passed through isolation that I did not belong there, that I wanted to file charges against my attackers and against deputy Bugarin for kicking me in the nose.

12.    My nose became very inflamed and Deputy Bugarin refused to take me to medical for treatment of my nose.  I suffered with severe nose pain.  I finally asked my public defender to get a court order so I could get treatment for my nose.  I got a court order and was finally provide x-ray and treatment.  My nose continued hurting and obstructing my breathing and oozing for more than a month after being kicked.

13.    I knew that the reason I was put in the hole was because I complained about deputy Bugarin kicking me.  From my experience in the jail, I had seen that when and inmate complained about a deputy, sometimes the inmate was put in the "hole" for complaining.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and of my personal knowledge.

Dated:  October 13, 2009    By:    /S/ Dion Starr
                                   DION STARR