Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:  (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: soniamer2002@yahoo.com

R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:  (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: samuelpaz@msn.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DION STARR,<br><br>     Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, et al.,<br><br>     Defendants. | **CASE NO. CV 08-00508 GW(SHx)**<br><br>**[HON. GEORGE WU]**<br><br>**DECLARATION OF SONIA M. MERCADO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ATTACHED EXHIBITS.**<br><br>DATE:    October 29, 2009<br>TIME:    8:30 A.M.<br>CTROOM:    10<br><br>[Filed With Plaintiff's Opposition to Defendants' Motion for Summary Judgement, and Plaintiff's Response with Controverting Evidence] |

I am an attorney duly licensed to practice law in the State of California and before the United States Central District Court in Los Angeles.  I am co-counsel for

Plaintiff with Mr. R. Samuel Paz. If called as a witness in this matter, I would competently testify as follows:

1. DEF SUF 32: I did not refuse to produce rather, all the documents were created and/or generated by defendant COLA's and LASD's agents, employees and attorneys, and were already in Defendants' possession. Defendants never moved to compel Plaintiff to provide them copies of their own records.

2. Responding to Def SUF ¶33 - I did not refuse to produce "specific" evidence, and in fact identified all the specific documentary evidence, all the documents were created and/or generated by defendant COLA's and LASD's agents, employees and attorneys, and were already in Defendants' possession. Defendants never moved to compel Plaintiff to provide them copies of their own records.

3. Attached is a correct copy of Exhibit 1, POST Standard and Training - Criminal Justice System - Learning Domain 2.

4. Attached is a correct copy of Exhibit POST Standard and Training - Custody - Learning Domain 31.

5. Attached is a correct copy of Exhibit 3 LASD Policies & Procedures

6. Attached is a correct copy of Exhibit 4 LASD Use of Force Policy and Training Bulletin

7. Attached is a correct copy of Exhibit 5LASD Policies & Procedures: Inmate Workers

8. Attached is a correct copy of Exhibit 6 District Attorney Report (re Inmate Workers)- Aug 2004.

9. Attached is a correct copy of Exhibit 7 Criminal Justice Coordination Committee re Inmate Worker Policy Changes.

10. Attached is a correct copy of Exhibit 8 LASD Policies & Procedures: Discipline Action.

11. Attached is a correct copy of Exhibit 9 pertinent part of Incident Report re Starr.
12. Attached is a correct copy of Exhibit 10 Exhibit Color Photos of Injuries.
13. Attached is a correct copy of Exhibit 11 Title 15 log sheets, 01/27/06.
14. Attached is a correct copy of Exhibit 12 Watch Commander Facility Log 1/27/06.
15. Attached is a correct copy of Exhibit 13 Medical Records USC/L.A.
16. Attached is a correct copy of Exhibit 14 Jail Inspection Photos.
17. Attached is a correct copy of Exhibit 15 Housing Locations A Row 1/27/2006.
18. Attached is a correct copy of Exhibit 16 Housing Locations B Row 1/27/2006
19. Attached is a correct copy of Exhibit 17 Sandoval Discipline Record.
20. Attached is a correct copy of Exhibit 18 Gascon Record of Criminal Charges.
21. Attached is a correct copy of Exhibit 19 Veloz Discipline Record.
22. Attached is a correct copy of Exhibit 20 Court Order re Medical Care to Plaintiff's Nose - 2/7/2006.
23. Attached is a correct copy of Exhibit 21 Deposition Transcript Dep. Garibay.
24. Attached is a correct copy of Exhibit 22 Deposition Transcript Dep. Bugarin.
25. Attached is a correct copy of Exhibit 23 Deposition Transcript Sgt. Inge.
26. Attached is a correct copy of Exhibit 24 Deposition Transcript Lt. Gonzales.
27. Attached is a correct copy of Exhibit 25 Deposition Transcripts Capt. Clark.
28. Attached is a correct copy of Exhibit 26 Photo Steel toe boot re Bugarin.
29. Attached is a correct copy of Exhibit 27 Statistical Analysis of Watch Commander Logs re MCJ major assaults (1/2004-6/2006).
30. Attached is a correct copy of Exhibit 28 Statistical Analysis Inmate on Inmate Assaults re MCJ (6/5/2004 to 2/1/2006).
31. Attached is a correct copy of Exhibit 29 Statistics Chart of Causal Factor re MCJ Major Disturbances (1/2004 to 6/2006).
32. Attached is a correct copy of Exhibit 30 Memorandum of Agreement

33. Attached is a correct copy of Exhibit 31 Deposition of Dion Starr.
34. Attached is a correct copy of Exhibit 32 OIR 6th Report re Gavira Death December 2007.
35. Attached is a correct copy of Exhibit 33 Defs' Production Docs Set 4 re: Death Review Gavira.
36. Attached is a correct copy of Exhibit 34 Defs' Production Docs Set 4 re: Death Review Hong.
37. Attached is a correct copy of Exhibit 36 Defs' Production Docs Set 4 re: Death Review Faye.
38. Attached is a correct copy of Exhibit 37 Defs' Production Docs Set 4 re: Death Review Alvarado.
39. Attached is a correct copy of Exhibit 38 Defs' Production Docs Set 4 re: Death Review Tinajero.
40. Attached is a correct copy of Exhibit 39 Defs' Production Docs Set 4 re: Death Review Cochran.
41. Attached is a correct copy of Exhibit 40 Post Incident Assault (2/13/06 Hispanic on Black), 2000 Floor.
42. Attached is a correct copy of Exhibit 41, the 18th Semiannual Report - Merrick Bobb

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and of my personal knowledge.

Dated: October 15, 2009        By: /S/ Sonia M. Mercado
                                   _____
                                   Sonia M. Mercado

**LIST OF EXHIBITS RE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

43. POST Standard and Training - Criminal Justice System - Learning Domain 2
2. POST Standard and Training - Custody - Learning Domain 31
3. LASD Policies & Procedures
4. LASD Use of Force Policy and Training Bulletin
5. LASD Policies & Procedures: Inmate Workers
6. District Attorney Report (re Inmate Workers)- Aug 2004
7. Criminal Justice Coordination Committee re Inmate Worker Policy Changes
8. LASD Policies & Procedures: Discipline Action
9. Incident Report re Starr
10. Color Photos of Injuries
11. Title 15 log sheets, 01/27/06
12. Watch Commander Facility Log 1/27/06
13. Medical Records USC/L.A.
14. Jail Inspection Photos
15. Housing Locations A Row 1/27/2006
16. Housing Locations B Row 1/27/2006
17. Sandoval Discipline Record
18. Gascon Record of Criminal Charges
19. Veloz Discipline Record
20. Court Order re Medical Care to Plaintiff's Nose - 2/7/2006
21. Deposition Transcript Dep. Garibay
22. Deposition Transcript Dep. Bugarin
23. Deposition Transcript Sgt. Inge
24. Deposition Transcript Lt. Gonzales
25. Deposition Transcripts Capt. Clark
26. Photo Steel toe boot re Bugarin

27. Statistical Analysis of Watch Commander Logs re MCJ major assaults (1/2004-6/2006)
28. Statistical Analysis Inmate on Inmate Assaults re MCJ (6/5/2004 to 2/1/2006)
29. Statistics Chart of Causal Factor re MCJ Major Disturbances (1/2004 to 6/2006)
30. Memorandum of Agreement
31. Deposition of Dion Starr
32. OIR 6th Report re Gavira Death December 2007
33. Defs' Production Docs Set 4 re: Death Review Gavira
34. Defs' Production Docs Set 4 re: Death Review Hong
35. Omitted
36. Defs' Production Docs Set 4 re: Death Review Faye
37. Defs' Production Docs Set 4 re: Death Review Alvarado
38. Defs' Production Docs Set 4 re: Death Review Tinajero
39. Defs' Production Docs Set 4 re: Death Review Cochran
40. Post Incident Assault (2/13/06 Hispanic on Black), 2000 Floor
41. 18th Semiannual Report - Merrick Bobb