CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING

# Basic Course Workbook Series

## Student Materials

Learning Domain 2
Criminal Justice System
Version Six

THE MISSION OF THE CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING IS TO CONTINUALLY ENHANCE THE PROFESSIONALISM OF CALIFORNIA LAW ENFORCEMENT IN SERVING ITS COMMUNITIES

Exhibit

1

# Constitutionally Protected Rights, Continued

**Law enforcement and basic rights**

Law enforcement officers are bound to protect the rights and freedoms of *all* individuals as guaranteed in the U.S. Constitution, Bill of Rights, and later amendments.

Six amendments have direct impact on peace officers' actions and conduct.

| Amendment | Basic Rights and Freedoms |
|---|---|
| First | • Freedom of religion<br>• Freedom of speech<br>• Freedom of the press<br>• Freedom of assembly<br>• Right to petition the government for a redress of grievances |
| Fourth | • Freedom from unreasonable searches and seizures |
| Fifth | • Freedom from being tried twice for the same crime<br>• Freedom from self-incrimination |
| Sixth | • Right to be told of charges when arrested<br>• Right to a speedy trial<br>• Right to a public trial by an impartial jury<br>• Right to confront witnesses<br>• Right to counsel |
| Eighth | • Freedom from excessive **bail**<br>• Freedom from cruel and unusual punishments |
| Fourteenth | • Basic right of a defendant in a judicial proceeding<br>• The requisites for trial (**due process**)<br>• Right to equal protection of the laws |

*Continued on next page*

## Constitutionally Protected Rights, Continued

**Fourth amendment**

All peace officers must respect each individual's right to be secure in his or her home, papers, and belongings against unreasonable search and seizure. To protect those rights, officers must be aware of and abide by warrant requirements and related procedures which must be followed when obtaining a warrant.

| Amendment IV - Searches, Seizures, and Warrants | |
|---|---|
| **Text** | "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized." |
| **Elements** | • *Unreasonable* searches and seizures are not allowed.<br>• Search and arrest warrants must show *probable cause* and must specifically identify items or individuals to be searched or seized. |
| **Provisions** | • The Fourth Amendment does *not* give individuals an *absolute right* to privacy; neither does it prohibit all searches.<br>• When performing a legal arrest, officers may thoroughly search a person along with that person's effects for any weapons and/or contraband without a warrant. Officers may also properly seize such items for use as evidence.<br>• An individual's home may not be used as a place of refuge for criminals.<br>• On fresh and immediate pursuit, officers may follow a criminal who has taken refuge in a house or building, and may force their way into the building without a warrant to make the arrest. |

NOTE:   The provisions of the Fourth Amendment are discussed in greater detail in Learning Domain 16: *Search and Seizure.*

*Continued on next page*

# Criminal Justice System, Continued

**Components and primary goals (continued)**

There are seven primary goals of the criminal justice system. Ideally, each should be considered equal; yet in reality, a particular goal may be considered more important by one component or individual within the criminal justice system.

The following table identifies the primary goals of the criminal justice system.

| Goal | Additional Information |
|---|---|
| Guarantee due process | • Due process of the law is guaranteed by the U.S. and California Constitutions, overseen by the courts, and practiced daily by peace officers. |
| Prevent crime | • Crime prevention is more than the apprehension of offenders.<br>• Peace officer presence in the community and interactions with citizens also serves to prevent crime. |
| Protect life and property | • Peace officers must be dedicated to protect and defend the members of their communities as well as those individuals' property. |
| Uphold and enforce the law | • The law enforcement component of the justice system has the *primary* responsibility to uphold the law.<br>• The judiciary system, through rulings of the court, and the corrections component also play a role in enforcement. |

*Continued on next page*