CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING

# Basic Course Workbook Series
## Student Materials

**Learning Domain 31**
**Custody**
**Version Six**

THE MISSION OF THE CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING IS TO CONTINUALLY ENHANCE THE PROFESSIONALISM OF CALIFORNIA LAW ENFORCEMENT IN SERVING ITS COMMUNITIES

Exhibit

## Constitutional and Statutory Rights and Protections,
Continued

**Constitutional rights and protections (continued)**

| | Rights and Protections | Application |
|---|---|---|
| **Eighth Amendment** | • Protection from cruel and unusual punishment | prisoners have the same legal rights as other persons to humane treatment. Unnecessary or inhumane force against prisoners is strictly prohibited. |
| **Fourteenth Amendment** | • The right to due process of the law | person's right to due process under the judicial system begins at the time of the arrest and cannot be denied while that person is under the custody of peace officers. |
| | • Right to equal protection | officers must apply the law equally to all persons regardless of race, creed, nationality, religious preference, or national origin. |

*Continued on next page*

## Cruel and Unusual Punishment, Continued

**Examples**   The following examples illustrate the crime of cruel and unusual punishment by peace officers.

Example: A deputy had in her charge an inmate arrested for child molestation. Knowing that this inmate was very claustrophobic, the deputy placed him in a 3' x 5' holding cell for several hours, although larger cells were available. During this time the inmate screamed and begged to be removed. The deputy was guilty of violating *Penal Code 673*. The officer committed the crime of cruel and unusual punishment by using a punishment she knew to be cruel for this particular inmate.

Example: A prisoner who had been extremely disruptive was refused access to a toilet for an extended period of time by custodial staff. He defecated on himself and was made to wear the soiled clothing for several hours before being allowed to shower. The officers committed the crime of cruel and unusual punishment to a person in custody.

Example: An inmate, convicted of an especially perverted and violent crime, did not receive the maximum sentence. Custodial staff, responsible for the care and protection of the prisoner, decided to skip taking meals to his cell for a week as a form of added punishment. Custodial staff are guilty of violating the statute against cruel and unusual punishment.

Non-example: A number of female inmates became unusually noisy and a fight broke out in their dormitory cell in the middle of the night. They were removed from the dormitory and held in the exercise yard for 30 minutes while custodial staff searched the cell for weapons and drugs. The staff did not violate the statute against cruel and unusual punishment, because they kept the inmates outside only long enough to conduct a necessary search and then returned them to their dormitory.

## Inhumane or Oppressive Treatment
[31.02.EO3, 31.02.EO4]

| | |
|---|---|
| **Introduction** | Prisoners have the same legal rights to humane treatment as other citizens. Peace officers are prohibited from using inhumane or oppressive treatment against prisoners in their custody. |
| **Penal code section** | *Penal Code Section 147* states: Every officer who is guilty of willful inhumanity or oppression toward any prisoner under his care or in his custody, is punishable by fine and by removal from office. |
| **Crime elements** | In order for the crime of inhumane or oppressive treatment by a peace officer to be complete, the necessary crime elements include:<br><br>- any officer who<br>- *willfully*<br>- inhumanely treats or oppresses<br>- any prisoner under his/her care or custody.<br><br>NOTE: Although this section addresses the specific violation of *Penal Code Section 147*, inhumane treatment of prisoners in custody could also be a violation of federal civil rights laws. |
| **Classification** | A peace officer found guilty of this crime is subject to a fine and termination of employment. |

*Continued on next page*

## Inhumane or Oppressive Treatment, Continued

**Willfully**

The term **willfully** refers to the purpose or willingness to commit a specific act or omission. An act or omission is willful if done voluntarily, deliberately, and intentionally.

To be liable, officers must be guilty of *willful* inhumanity or oppression. In the case of inhumane treatment, officers act willfully when they

- know the act or omission to act is inhumane or oppressive, **and**
- have the specific intent to treat a prisoner inhumanely or oppressively.

NOTE: Necessarily harsh conditions may be beyond an officer's control, and not a result of deliberate action or neglect.

**Inhumane or oppressive treatment**

There are many ways to subject a prisoner to inhumane or oppressive treatment. Such treatment might include any of the following:

- withholding basic necessities such as food, water, or medical care,
- withholding privileges, without reason, and
- taunting or other verbal abuse.

*Continued on next page*

# Violation of a Prisoner's Civil Rights
[31.02.EO6]

| | |
|---|---|
| **Introduction** | In addition to the statutes affording prisoners rights and protections, California has legislation that protects all persons' constitutional rights from abuse by the government.<br><br>Peace officers represent and symbolize the law. They have a special legal and professional responsibility to ensure that the civil rights of all citizens, including prisoners, are protected. |
| **Penal code section** | The crime of depriving a person of their civil rights is covered under *Penal Code Section 422.6(a)*. |
| **Crime elements** | *Penal Code Section 422.6(a)* makes it a crime for:<br><br>• any person,<br>• *whether or not acting under color of law,*<br>• who shall by force or threat of force<br>• willfully deprive any person of any legal right<br>• based on that person's race, color, religion, ancestry, national origin, disability, gender, or sexual orientation,<br>• or because the person perceives that the other person has one or more of those characteristics. |
| **Color of law** | <u>Color of law</u> means an action carried out as if under the authority of law, but that is actually done in violation of the law.<br><br>This statute is broader than federal civil rights law. It does not limit the violation of civil rights to government agents, such as peace officers or magistrates. Anyone who violates another's civil rights can be held liable. |

*Continued on next page*