### 3-04/010.00 TREATMENT OF INMATES

Inmates are entitled to fair and impartial treatment. At the same time members must be firm and resolute in requiring compliance with rules and regulations. Members shall treat those persons in custody with respect and dignity.

Inmates shall not be subjected to discipline when making inquiries, or express dissatisfaction in a civil manner, regarding the conditions of confinement, including, but not limited to:

- Meals,
- Housing,
- Exercise,
- Visiting,
- Mail,
- Medical treatment or medications,
- The performance of duties of Custody, Department of Mental Health, or Medical Services personnel.

Members shall consider inmate inquiries potentially legitimate and, when appropriate, refer an inmate to personnel who can address the inquiry, or to the inmate complaint procedure.

#### Use of Slang Terminology

Members shall refrain from using inappropriate, profane, callous, or degrading remarks, slang words, terms, and phrases while working in any portion of Custody Division. This applies to all circumstances, including cases wherein the terms or phrases are used to make reference to, identify, or segregate a certain number of the inmate population for their safety (mental observation, homosexual, etc.). Inappropriate slang words, terms, and phrases are identified as those which tend to demean or belittle a particular individual or group. These terms are offensive and shall not be used either verbally or in writing within the confines of any Custody Division facility.

Any Department member who violates this policy shall be subject to discipline.



# CENTRAL JAIL TRAINING BULLETIN

**LEROY D. BACA, SHERIFF**

---

**MCJ - RECURRENT BRIEFINGS**

## USE OF FORCE

### 3-01/025.00 USE OF FORCE

This section reinforces the Department's Core Values concerning reverence for human life.

Force is defined as any physical effort used to control or restrain another, or to overcome the resistance of another.

Department members are authorized to use only that amount of force that is objectively reasonable to perform their duties. "Objectively reasonable" means that Department members shall evaluate each situation requiring the use of force in light of the known circumstances, including, but not limited to, the seriousness of the crime, the level of threat or resistance presented by the subject, or the danger to the community, in determining the necessity for force and the

appropriate level of force. Department members maintain the right to self-defense and Deputy personnel have a duty to protect the lives of others.

## "Any physical effort to control or restrain another or to overcome the resistance of another"

Department members are authorized to use only that amount of force that is "Objectively Reasonable" (Graham vs. Connor 1989) to perform their duties.

"Objectively Reasonable" means that the department members shall evaluate each situation requiring the user of force in light of the circumstance, including but not limited to:

1. The seriousness of the crime
2. The threat level or resistance presented by the suspect
3. The danger to the community in determining necessity for the appropriate level of force.

Members are not to be restricted in the lawful performance of their duties and have a positive responsibility to use force when necessary. In all situations, any force used by a department member must be necessary and reasonable.

### NECESSARY FORCE

Members shall use force only when the necessity exists, and when fully justified by the circumstances.

### REASONABLE FORCE

Members shall use only that degree of force which is objectively reasonable to protect themselves or others, or to overcome resistance to their lawful authority.

In considering the use of deadly force, department members shall be guided by reverence for human life.

### UNNECESSARY FORCE

Unnecessary force is any use of force by Department members that is without sufficient cause.

### UNREASONABLE FORCE

### 3-01/025.10 UNREASONABLE FORCE

COLA/LASD 08693

Department members shall use only that force which is objectively reasonable. Unreasonable force is that force that is unnecessary or excessive given the circumstances presented to Department members at the time the force is applied. Unreasonable force is prohibited. The use of unreasonable force will subject Department members to discipline and/or prosecution.

Head strikes with an impact weapon are prohibited unless circumstances justify the use of deadly force.

## REPORTING THE USE OF FORCE

Pursuant to Sections 3-02/40.00 of the Custody Division Manual of Policy and procedures, members shall as soon as possible, made an oral report to their immediate supervisor (Sergeant or above) in all cases where force was exercised. If a report is needed, all reference to the use of force shall be included. Each assisting member involved in the use of force incident shall submit a supplemental report accounting for their actions. Members witnessing the use of force shall inform their immediate supervisor as soon as possible.

1. Non-Reportable Force:
   a. Routine or standard searching and handcuffing
   b. Force comparable to a firm grip or placing a hand to the upper arm to guide.
2. Who Must Report Force:
   a. The person that used the force.
   b. Anyone who witnessed the use of force.
3. Who Do You Report To:
   a. Immediate supervisor
   b. Minimum rank of a Sergeant.
   c. The report is to be made A.S.A.P.

## TRANSPORTING SUSPECTS

Whenever a suspect on whom force was used is transported to a medical facility for examination or treatment prior to booking or housing in a custody facility, the transporting deputy shall immediately advise his/her supervisor (sergeant or above). The sergeant shall immediately advise the watch commander that the suspect is being treated or examined following a deputy's use of force.

When a suspect is transported from the field to LCMC or IRC for booking, the Watch Commander shall arrange to interview the prisoner at the booking location pursuant to the outline entitled "Watch Commander's Duties and Responsibilities."

## MEDICAL TREATMENT

A SUSPECT OR INMATE SHALL RECEIVE MEDICAL TREATMENT WHEN:
1. Head strike injuries are sustained.
2. The carotid restraint technique was used, whether the individual was rendered

COLA/LASD 08694