### 5-01/035.00  HOUSING AREA INMATE WORKERS

Inmate workers assigned to housing areas shall be screened by housing area personnel and shall require final approval from the floor sergeant prior to being permitted to work. This screening shall consist of a review of the inmate's current security level and discipline history in the Incident Report Tracking System (IRTS) during the time of his/her current incarceration period. The following shall be disqualifying factors for candidates being considered for inmate workers:

- Previous discipline for assaults against staff and/or inmates,
- Previous discipline for serious acts of insubordination,
- Security level of 8 or 9.

Housing area personnel shall note the inmate(s) selected to work in their assigned housing area in the Title 15 Uniform Daily Activity Log (UDAL). This information shall be noted under each shift and shall include the inmate's name, booking number, and security level.

Variations from the above guidelines shall have Watch Commander approval at the permanent rank of sergeant or above. Unit Commanders shall have the discretion to be more restrictive, however the above criteria shall not be made less restrictive.

COLA/LASD
08544

Exhibit 5