# COUNTYWIDE CRIMINAL JUSTICE COORDINATION COMMITTEE
MINUTES OF THE **February 15, 2006** MEETING
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 739
Los Angeles, California 90012

| MEMBERS PRESENT | ALTERNATES |
|---|---|
| Michael Antonovich | Clayton Anderson for Jeanne Kennedy |
| Cynthia Banks | Tony Beliz for Marvin Southard |
| Steve Cooley | Kenneth Brazile for Larry Waldie |
| Peter Espinoza | Ed Brekke for John Clarke |
| Janice Fukai | Ellen Conley for Gary Dominguez |
| Jon Fullinwider | Kent Costley for Loretta Martin |
| Michael Hoff | Dave Davies for Paul Higa |
| Richard Propster | Rudy Diaz for Michael Nash |
| Lakshmanan Sathyavagiswaran | Xiomara Flores-Holguin for David Sanders |
| David Spence | Rosemary Gutierrez for David Janssen* |
| Dennis Tafoya | Pamela Hamanaka for Bill Lockyer |
| Margaret York | Robert Kalunian for Michael Judge |
|  | Sally Meloch for Debra Yang* |
|  | William Montgomery for Dave Lambertson |
|  | Max Muse for John Torres |
|  | Don Pedersen for Randy Adams* |
|  | Ray Regalado for Robin Toma |
|  | Buren Simmons for Roy Romer |
|  | Steven Van Sicklen for David Wesley |
|  | Martin Vranicar for Rockard Delgadillo* |

*Not a designated alternate

**MEMBERS NOT PRESENT OR REPRESENTED**
Mark Arnold, Judge, Superior Court
Leroy Baca, Los Angeles County Sheriff
William Bratton, Chief of the Los Angeles Police Department
Stephen Delgado, Drug Enforcement Administration
Ray Fortner, County Counsel
William Fujioka, Administrative and Research Services, City of Los Angeles
Richard Garcia, Federal Bureau of Investigation
Thomas Garthwaite, Department of Health Services
Karl Henry, Indigent Criminal Defense Appointments Program
Anthony Hernandez, Department of Coroner
David Hinig, San Gabriel Police Chiefs' Association
William MacLaughlin, Presiding Judge, Superior Court
Manny Ortega, Southeast Police Chiefs' Association
Stephen Port, South Bay Chiefs' Association
Darline Robles, County Office of Education
Bill Rosendahl, Los Angeles City Council, 11th District

Janet Moore serves as the Chair of JWPTF, and Maria Ramerez of the District Attorney's Office Major Narcotics Division serves as the Co-Chair.

The first meeting was held on June 14, 2005, and meetings were subsequently held every other month. Currently, the JWPTF meets quarterly.

2005 Goals

The JWPTF set the following goals for 2005:

- Address discrepancies between legal requirements and Sheriff's departmental requirements regarding court orders for monitoring;

- Development of housing area inmate worker selection protocols to provide greater security within the County Jail;

- Monitor the progress of the procurement and installation of new phone systems capable of taking advantage of modern technological advances;

- Address defense counsel concerns regarding the protection of privileged communications once the new system is in place; and

- Development of interagency protocols concerning notification of escaped or erroneously released prisoners and the apprehension of such prisoners.

2005 Accomplishments

The following accomplishments were reported for 2005:
- The Sheriff's Department policy has been reconciled with the current state of the law so that Court orders are no longer required in order to initiate monitoring;
- The District Attorney's Office has developed a "gatekeeper" protocol to ensure that monitoring requests are appropriate and will not overload or exceed existing resources;
- The Sheriff's Department has developed guidelines for the selection of housing area inmate workers, where previously there had been no uniform criteria. These new guidelines include the following conditions:

    o Workers must be screened and approved by a floor sergeant;
    o Screening consists of a review of the inmate's current security level and discipline history while incarcerated;

5

- **Disqualifying factors include:**
    - **Previous discipline for assaults against staff and/or inmates;**
    - **Previous discipline for serious acts of insubordination; and**
    - **Security level of 8 or 9.**

- **Inmate information must be logged in daily;**

- **Variations from guidelines require approval from a Watch Commander at the permanent rank of Sergeant or above;**

- **Unit commanders have discretion to make the criteria more restrictive, but cannot make them less restrictive; and**

- **The practice of using housing area inmate workers as messengers for sensitive inmate transportation information has been eliminated.**

• **Progress has been made regarding the installation of the new telephone system:**

- **SBC will serve at the telephone company handling the installation of the telephones;**

- **Real time electronic surveillance will be made possible;**

- **Previous calls made from the telephones can be searched up to 90 days; and**

- **The Public Defender's Office, Alternate Public Defenders Office, and Indigent Criminal Defense Appointments Program will submit identifying information for their attorneys so that calls to and from these attorneys will be screened from monitoring to protect privileged communications.**

• **Sheriff's Department protocols have been developed that establish a process for notifications to law enforcement and the District Attorney's Office in the event of an escape, erroneous release, or capture of an inmate; and**

• **The District Attorney's Office has developed internal response protocols to ensure appropriate witness protection.**

**2006 Goals**
**The goals of the JWPTF for 2006 include the following:**
• **Address issues concerning the Jail Liaison Unit's unilateral discretion to override the request for protective housing from a defense counsel, investigating officer, or prosecutor;**

6