## 5-09/020.00  RESPONSIBILITY FOR DISCIPLINARY ACTION

Any member may report a violation of jail rules by an inmate. Deputies, corrections officers, and custody assistants may write reports alleging infractions of rules and regulations to the supervising officer for consideration of disciplinary action.

Responsibility for taking disciplinary action against any inmate is delegated to supervisory officers. All disciplinary action shall be reviewed by the unit watch commander to ensure that it is administered fairly and impartially.

COLA/LASD
08594

EXHIBIT

## 5-02/040.00  ADMINISTRATIVE SEGREGATION

Each unit commander shall provide for the administrative segregation of inmates who are determined to be an escape risk, assaultive towards staff or other inmates, in need of protection from other inmates, or are pending a disciplinary hearing.

Administrative segregation shall consist of separate and secure housing but **shall not** involve any other loss of privileges, other than is necessary to protect inmates, staff, and maintain facility security.

COLA/LASD
08554

## 5-09/050.00  LIMITATIONS ON DISCIPLINARY ACTIONS

The Penal Code and the State and Federal Constitutions expressly prohibit all cruel and/or unusual punishment. Depending upon the circumstances, the penalty listed or any lesser penalty may be invoked for a given offense. If a disciplinary offense is unusually serious, or if there are prior or multiple violations, more severe penalties than suggested in the guidelines may be invoked. However, in no case shall they exceed the punishments permitted in Title 15, Minimum Standards for Local Detention Facilities, Section 1083, "Limitations on Disciplinary Actions."

º Inmates shall not be placed in identified disciplinary units until after the facts of the case have been determined to be founded by the Disciplinary Review Board (DRB) and disciplinary segregation/isolation is assessed,

º No inmate shall receive more than 30 consecutive days in disciplinary segregation for any one occurrence of inappropriate behavior or violation of any jail offense(s). An exception to the above 30 day rule, would be if the inmate, who while already in disciplinary segregation, committed a separate jail offense(s), which could extend their time in disciplinary segregation over 30 consecutive days. In any case, where an inmate remains on disciplinary segregation/isolation for 30 consecutive days shall be reviewed by the unit commander before the disciplinary status is continued. This review shall include a medical evaluation. Reviews shall recur every 15 days thereafter until the disciplinary status has ended,

º Mental health observation inmates must be evaluated and approved prior to placement in disciplinary segregation/isolation. If the mental health staff does not recommend that the patient is appropriate to be moved to a discipline module, the patient can be locked in his cell to serve his discipline time,

º Inmates shall not be deprived of the implements necessary to maintain an acceptable level of personal hygiene,

º Correspondence privileges shall not be withheld except in cases where the inmate has violated correspondence regulations, in which case correspondence may be suspended for no longer than 72 hours without the approval of the unit commander or his designee,

º Legal correspondence or access to counsel shall not be suspended,

º Pro Per inmates shall not be prohibited from working on their own defense. Access to the law library and communication, through approved channels, with persons pertinent to their case, shall not be restricted,

º Disciplinary segregation/isolation cells shall have minimum furnishings (one bunk, toilet, drinking fountain or other source of drinking water and a wash basin) and the inmate shall be issued standard bedding and clothing. Exceptions are

COLA/LASD
08599

## 5-09/070.00  INMATE DISCIPLINE SCHEDULE

The following sentencing guidelines shall serve as a reference for use in determining appropriate disciplinary segregation assessments.

| CUSTODY DIVISION DISCIPLINE ASSESSMENTS | |
|---|---|
| TYPE OF OFFENSE | DISCIPLINE DAYS |
| Damaged/Altered/Lost County Property: | |
| •    Damage to issue items (bed sheet, clothing, etc.) | 5-10 |
| •    Damage to facility/equipment (starting fire, tampering with telephone, fire alarm/sprinklers, covering lights, vents, etc.) | 10-30 |
| Fighting/Challenge to Fight: | |
| •    With inmates | 10-20 |
| •    With staff | 20-30 Loss of good/work time credits |
| Unauthorized Communication (during medication lines, inmate feeding, walking in hallways, etc.) | 5-10 |
| Insubordination/Refusing an Order (poor work habits, AWOL from work assignment, delaying count, profanity toward staff) | 5-20 |
| Lookout | 5-7 |
| Mail Rule Violation<br>NOTE:    Assessments for this violation may include 72 hr. suspension of correspondence privileges. | 3-5 |
| Roaming | 5-15 |
| Alter Wristband/Clothing | 10-15 |
| Lost, altered, or intentionally damaged Inmate Identification Card | 0-5 and Replacement Fee |

| | |
|---|---|
| Contraband Levels: | |
| ◦   Excess permitted items (linens, clothing, mail, store items, etc.) | 1-5 |
| ◦   Possession of non-permitted items (pruno, pens, tobacco, pornography, tools, etc.) | 5-7 |
| •   Possession of illegal items (narcotics, handmade weapons, shanks, etc.) | 15-30 |
| Unwarranted Emergency (man-down, etc.) | 5-10 |
| Creating/Participating in a Disturbance - Levels: | |
| ◦   Minor | 5-20 |
| •   Major | 20-30 |
| Theft Violations (medication, food, etc.) | 5-15 |
| Visiting Violations | 5-15 |
| Miscellaneous Jail Rule Violations: | |
| •   Minor violations (lying, lost tools, fraudulent use of telephone, etc.) | 5-15 |
| •   Major violations (tattooing, body piercing, sodomy, robbery, consenting sexual behavior, lewd conduct, assaultive behavior, taking hostage, adulterating food, all felonies, and misdemeanors not covered elsewhere, repeat and accumulated major violations). | 15-30 (15 day minimum) and/or Loss of good/work time |
| Jail Rules Broken While in Discipline | Double the initial assessment days |
| Under the Influence of Alcohol/Drugs | 10-30 |
| Interfering with Gates/Doors | 5-10 |
| Accumulation of Minor Incidents (more than three (3) violations in a thirty (30) day period.) | 5-10 |

COLA/LASD
08603