URN: 006-000135-5100-053

BY DEP: MARTINEZ    EMPLOYEE #: 4712.07

SUBJECT #1 NAME: VELOZ, HECTOR
SUBJECT #2 NAME: CISNEROS, ALFREDO

### Subject 1 — Clothing Description
LA COUNTY JAIL BLUE PANT AND SHIRT

### Subject 2 — Clothing Description
LA COUNTY JAIL BLUE PANT AND SHIRT

### Subject 1 — Scars / Marks / Tattoos / Oddities
- BACK: TATTOO THE NAME 'ROSA'
- ARM (L): TATTOO OF A BULL

### Subject 2 — Scars / Marks / Tattoos / Oddities
- NONE

**Suspected Gang Member** (Subject 1): ☒  Name of Gang: NORTH HOLLYWOOD BOYS

**Suspected Gang Member** (Subject 2): ☐

---

**Subject 1 descriptors (checked):**
- Hair Length: SHORT
- Hair Style: BUTCH
- Complexion: LIGHT / FAIR
- Facial Hair: CLEAN SHAVEN, GOATEE
- Teeth: NORMAL
- Speech: NORMAL
- Handed: RIGHT
- Other Weapon: SHANK (both L and R checked)

Firearm / Knife / Chemical / Blunt Instrument / Cut-Stab / Explosive: all crossed out (not applicable)

Relationship of Victim to Suspect: (none marked)

LASD 01006

SH-R-49B (Rev. 10/99)

EXHIBIT 9

URN **006-000135 5100-053**

BY DEP **MARTINEZ**    EMPLOYEE # **471207**

SUBJECT # **3**   NAME **SANDOVAL, RICARDO**
SUBJECT # **4**   NAME **STARR, DION**

### Suspect 3 — Clothing Description
LA COUNTY JAIL BLUE PANT AND SHIRT

### Suspect 4 — Clothing Description
LA COUNTY JAIL BLUE PANT AND SHIRT

### Suspect 3 — Scars / Marks / Tattoos / Oddities
- (L) TATTOO OF THE NUMBER 18 AND THE WORD 'BEST' ON NECK.
- TATTOO ON FOREARM OF THE WORDS 'WEST SIDE EST'

SUSPECTED GANG MEMBER: ☒    NAME OF GANG: **18TH STREET**

### Suspect 4 — Scars / Marks / Tattoos / Oddities
- (R) TATTOO ON RIGHT ARM OF CHAMPAGNE GLASSES.

SUSPECTED GANG MEMBER: ☐

---

**Suspect 3 checkboxes (selected):**
- Hair Length: SHORT
- Hair Type: THICK; Style: BUTCH; BRAIDED/DREDLOCKS
- Complexion: DARK
- Facial Hair: GOATEE, MOUSTACHE
- Teeth: NORMAL
- Speech: NORMAL
- Handed: RIGHT
- Weapon / Firearm: SHOTGUN, SIMULATED; SINGLE SHOT; GAUGE
- Other Weapon: SHANK

**Suspect 4 checkboxes (selected):**
- Teeth: NORMAL
- Speech: NORMAL
- Handed: RIGHT

URN 006-00135-5100-053

DY DEP: MARTINEZ   EMPLOYEE # 471267

SUSPECT # 5   NAME: KELLEY, NICHOLAS

SUBJECT # ___   NAME: ___

## CLOTHING DESCRIPTION

LA COUNTY JAIL BLUE PANT AND SHIRT

WRITE ONE ITEM PER DESCRIPTION:
- CAP/HAT
- COAT/JACKET
- DRESS/SKIRT
- GLASSES
- GLOVES
- JEWELRY
- PANTS
- SHIRT/BLOUSE
- SHOES
- SHORTS
- OTHER

## SCARS / MARKS / TATTOOS / ODDITIES

[X] TATTOO ON RIGHT FOREARM IN BLOCK LETTERS 'ECBC'
[X] TATTOO ON LEFT ARM, THE LETTERS 'AMO'

SUSPECTED GANG MEMBER [X]   NAME OF GANG: EAST COAST CRIP

### Characteristics checked:
- FACIAL HAIR: GOATEE
- TEETH: (none marked distinctly)
- SPEECH: NORMAL
- HANDED: RIGHT
- WEAPON FIREARM: (strike-through / N/A)
- KNIFE: (strike-through / N/A)
- CHEMICAL: TOXIC
- BLUNT INSTRUMENT: (N/A)
- CUT / STAB: (N/A)
- EXPLOSIVE / INCENDIARY: (N/A)
- OTHER WEAPON: (N/A)

I-R-49B (Rev. 12/99)

LASD 01008