

LASD 01089



LASD 01093



LASD 01090