| FA | MCJ | HOUSING LOCATION: 2400 | DATE: 1/27/06 | DAY: FRIE. | CAPACITY: 260 | VACANT: | B/O BEDS: A-11 | NON BUNK SLEEPERS: |
|---|---|---|---|---|---|---|---|---|
| STAFF ASSIGNED | EM-DEP/CA ESTARIS | | RELIEF MARQUEZ | DAY-DEP/CA CASAS | | RELIEF DE LA TORRE | PM-DEP/CA PUGA | RELIEF BOTTS |
| SUPERVISORY STAFF | EM-SGT/SR SGT. NAVA / SR. JOVE | | | DAY-SGT/SR INGE / SR. ARMAS | | | PM-SGT/SR JERNIGAN / ARMAS | |
| AREA SECURITY CHECK | EM OFFICER/TIME ESTARIS /2200 | | | DAY OFFICER/TIME CASAS | | | PM OFFICER/TIME PUGA 1400 | |

| FACILITY COUNTS | | | | CLOTHING EX. | TIME | FIRE EQUIP. | EM | DAY | PM | STAFF STATION | EM | DAY | PM | STAFF STATION | EM | DAY | PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | EM COUNT | TIME | DAY COUNT / TIME | PM COUNT | BEDDING EX. | | AIR PACK PSI | 4000 | 4500 | 4K | P.A. SYSTEM | OK | OK | OK | STAFF STA MANUAL | OK | OK | OK |
| 2200 | 235 | 0600 | 25 / 1400 | 246 | OUTERWEAR EX. | | TURNOUT GEAR | OK | OK | OK | PANEL LIGHTS | OK | OK | OK | IM CMPLNT FORMS | OK | OK | OK |
| 0200 | 250 | 1000 | / 1800 | 224 | UNDERWEAR EX. | | FIRE HOSES/EXTING | OK | OK | OK | SUICIDE PREV. KIT | OK | OK | OK | IM RULES POSTED | OK | OK | OK |
| 0600 | 251 | 1400 | / 2200 | 215 | TOWEL EX. | | SPRINKLER/ALARM | | | | FIRST AID KIT | 2 CONTROL | | | PRSNL CARE ITEMS | AS NEEDED | | |

| WO KING COND. | EM SHIFT | AM SHIFT | PM SHIFT | DESCRIBE PROBLEM/DEFICIENCIES DAILY UNTIL SOLVED | TIME | ACTION TAKEN: WORK ORDER / PERSON NOTIFIED | SOLVED |
|---|---|---|---|---|---|---|---|
| CLEANLINESS | GOOD/POOR | GOOD/POOR | GOOD/POOR | | | | YES / NO |
| PAINT | GOOD/POOR | GOOD/POOR | GOOD/POOR | | | | YES / NO |
| LIGHTS | YES/NO | YES/NO | YES/NO | | | | YES / NO |
| SINKS/TOILETS/SHOWERS | YES/NO | YES/NO | YES/NO | B-1 TOILET LEAKING / C4 SINK WONT SHUT-TING OFF | | NOTIFIED LOGISTICS — GALLORITO | YES / NO |
| CLEAN/OFFICE SUPPLIES | YES/NO | YES/NO | YES/NO | | | | YES / NO |
| HOT WATER | YES/NO | YES/NO | YES/NO | | | | YES / NO |
| HEAT/AIR COND. | YES/NO | YES/NO | YES/NO | | | | YES / NO |
| DOORS/LOCKS/GATES | YES/NO | YES/NO | YES/NO | | | | YES / NO |
| PHONES/TV/VENDING | YES/NO | YES/NO | YES/NO | | | | YES / NO |

| INMATE ACTIVITIES | START TIME | END TIME | START TIME | END TIME | | | TIME: | | | | 1600 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHOWERS | | | 0620 | 0625 | | | START TIME | | END TIME | | | |
| RECREATIO | N | | | | | | | | | DAY | | PM |
| LIBRARY | | | | | | | | | | DAY | | PM |
| MAIL CALL | | A | | | | | | EM | | DAY | | PM |
| MEALS | 0630 | 0700 | 1000 | 1030 | | 1645 | | | | | | |
| DAYRM/INDR.REC | | | | | | | 0740 pill call/delatorre M/27114/M. Antonio LN "41" 9 | | | | | |
| RELIGIOUS | N | | | | | | 1200 pill call/delatorre M/27114/M. Antonio LN #4373 | | | | | |
| SCHOOL | | | | | | 700 | | | | | | |
| STORES/CANTEEN | | A | | | | | | | | | | |
| VIDEO ORIENT. | | | | | | | | | | | | |
| TELEPHONES | 2200 | 0600 | 0600 | / | 1400 | 22 | | | | | | |
| VISITING: NUMBER OF INMATES | | EM Ø | | | | | | | | | | |
| ATTORNEY V BER OF INMATES | | EM Ø | | | | | | | | | | |

COLA/LASD 01369
027

EXHIBIT 11



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | STARTING COUNT: 235 | | | | | | |
| 2200 | ON DUTY - KEYS/RADIO TO 2 CONTROL | 235 | TIME | DEPUTY/OFFICER | TIME | DEPUTY/OFFICER | TIME | DEPUTY/OFFICER |
| 2315 | (-4) TRANSFER LINE | 231 | 2222 | ESTARIS | 0610 | CASAS | 1400 | Pye |
| 0012 | (+20) NEW FISH | 251 | 2304 | ESTARIS | 0704 | GARIBAY | 1500 | Pu |
| 0013 | (-1) BERRY #8750275 TO EACT | 250 | 0005 | ESTARIS | 0806 | GARIBAY | 1600 | |
| 1450 | (+1) MULBREW #8610897 FROM 2200 | 251 | 0105 | ESTARIS | 0905 | GARIBAY | 1700 | ENGLISH |
| 0600 | ON DUTY KEYS, RADIO, AND COUNT 2 CONTROL | 251 | 0200 | ESTARIS | 1000 | DECATURET | 1800 | Pyt |
| 0920 | (-2) 1/n TO WAYSIDE | 249 | 0308 | ESTARIS | 1104 | GARIBAY | 1900 | POTTS |
| 1345 | (-1) 1/n HAYES #8963291 CT RELEASE | 248 | 0404 | ESTARIS | 1201 | GARIBAY | 2000 | Puga |
| 1345 | (+1) NEW FISH | 249 | 0503 | ESTARIS | 1300 | GARIBAY | 2100 | Puc |
| 1400 | ON DUTY DEP. PUGA | 246 | SPECIAL HOUSING INMATES WHO REQUIRE MORE THAN ONE SAFETY CHECK PER HOUR |
| 1425 | -1 8716127 MARTIN TO 2100 | 245 | SHALL BE RECORDED ON AN ADDITIONAL SAFETY CHECK SHEET |
| 1450 | (+10) NEW FISH | 255 | | | | | |
| 1535 | (-27) WAYSIDE | 228 | (AM) TRUSTEES VELOZ - INVOLVED IN 242 |
| 1610 | (-2) COLLINS #8458592 / BUTLER #8897400 release crt. | 226 | GASCON |
| 1635 | (-1) GRUN #8900682 release | 225 | |
| 1700 | (-1) #8860269 * THOMPSON | 224 | keys LAYO 44 D ( ) |
| 2030 | (-1) COLEY RELEASE CRT. # 8902472 | 223 | ARTESS 8783661 B2 (2400) |
| 2100 | PCF THE PURGE AND WRISTBAND COUNT | 220 | |
| 2105 | (-2) CISNEROS #8222499 / TAYLOR #88046 to 7 | 218 | PM TRUSTEES PELA O 42 6 |
| 2107 | (-2) LOPEZ #8901709 / MUNOZ #8445357 to 2700 | | TRAN DAD 88678 |
| 2168 | (-1) TOVAR # 8900124 | 215 | CISNEROS |
| | | | GONZALES 8899147 |
| | | | |
| | | | CALLED TO GET 2400 PHONE FIXED 1730 HRS |
| | | | TICKET # 697892 |

SLD ARMS 1209

EM SGT/SR REVIEW & TIME: Java 0241  DAY SGT/SR REVIEW & TIME: JANIE 0197  PM SGT/SR REVIE IE: JANICAN 2103  DAY
EM WATCH COMM.  DAY WATCH COMM.  PM WATCH COMM.  PM

COLA/LASD 01370

COLA/LASD 01372

**MEN'S CENTRAL JAIL**
**ROW SAFETY CHECK LOG**

Module __2400__  Row __A__  Date __01/27/06__

| Time | Status | EM Deputy/CA | Comments |
|------|--------|--------------|----------|
| 2220 | OK | ESTARIS | |
| 2300 | OK | ESTARIS | |
| 0012 | OK | ESTARIS | |
| 0114 | OK | ESTARIS | |
| 0211 | OK | ESTARIS | |
| 0305 | OK | ESTARIS | |
| 0403 | OK | MARANOR | |
| 0510 | OK | MARANOR | |

Reviewed by: __Sgt Nava__ Time: __0248__

| Time | Status | Day Deputy/CA | Comments |
|------|--------|---------------|----------|
| 0610 | OK | CASAS | |
| 0708 | OK | GARIBAY | |
| 0812 | OK | GARIBAY | |
| 0907 | OK | GARIBAY | |
| 1000 | OK | DLT | SW ARMAS 1211 |
| 1106 | OK | GARIBAY | |
| 1204 | OK | GARIBAY | |
| 1313 | OK | GARIBAY | |

Reviewed by: __WE__ Time: __0800__

| Time | Status | PM Deputy/CA | Comments |
|------|--------|--------------|----------|
| 1402 | OK | CLSL | |
| 1509 | OK | CLSL | |
| 1607 | OK | CLSL | |
| 1700 | OK | CLSL | |
| 1807 | OK | CLSL | |
| 1906 | OK | PETTS | |
| 1950 | OK | (S | |
| 2100 | OK | (S | |

Reviewed by: __Sgt Gering__ Time: __2103__

**DAY SHIFT FLOOR SERGEANTS SHALL FORWARD COMPLETED FORMS TO MCJ LEGAL UNIT.**

Case 2:08-cv-00508-GW-SH Document 162-11 Filed 10/15/09 Page 4 of 6 Page ID #:3369

COLA/LASD 01...

# MEN'S CENTRAL JAIL
## ROW SAFETY CHECK LOG

**Module** 2400   **Row** B   **Date** 01/27/06

| Time | Status | EM Deputy/CA | Comments |
|------|--------|--------------|----------|
| 2222 | ok | ESTARIS | |
| 2302 | OK | ESTARIS | |
| 0015 | OK | ESTARIS | |
| 0114 | OK | ESTARIS | |
| 0212 | OK | ESTARIS | |
| 0308 | OK | ESTARIS | |
| 0404 | ok | marquez | |
| 0502 | ok | madama | |

Reviewed by: Sgt. Navia    Time: 0247

| Time | Status | Day Deputy/CA | Comments |
|------|--------|---------------|----------|
| 0610 | ok | CASAS | |
| 0706 | ok | GARIBAY | |
| 0816 | ok | GARIBAY | |
| 0905 | ok | GARIBAY | |
| 1000 | ok | OLT | SLD ARMAS 1211 |
| 1106 | ok | GARIBAY | |
| 1206 | ok | GARIBAY | |
| 1311 | ok | GARIBAY | |

Reviewed by: NK    Time: 0801

| Time | Status | PM Deputy/CA | Comments |
|------|--------|--------------|----------|
| 1402 | OK | C/SL | |
| 1511 | OK | C/SL | |
| 1607 | OK | C/SL | |
| 1700 | OK | C/SL | |
| 1807 | OK | C/SL | |
| 1907 | ok | POTTS | |
| 1951 | OK | Sr | |
| 2057 | OK | Sr | |

Reviewed by: Sgt. Long    Time: 2105

**DAY SHIFT FLOOR SERGEANTS SHALL FORWARD COMPLETED FORMS TO MCJ LEGAL UNIT.**

Case 2:08-cv-00508-GW-SH Document 162-11 Filed 10/15/09 Page 6 of 6 Page ID #:3371