## MEN'S CENTRAL JAIL FACILITY LOG

Exhibit _18_

For Identification

Natie F. Alvarado, CSR# 9016

*01/27/2006*  To  *01/28/2006*

Total:  84

Date: _____

Witness: _____

Page: _____ Of _____

Printed: 1:10:58 PM, 5/22/2008

Page 1

| DATE & TIME | DESCRIPTION | NARRATIVE | INITIALS |
|---|---|---|---|
| 01/27/2006 00:25 | KEYS / RADIOS | KEYS/RADIOS: Deputy Oki reported with the exception of gunlocker key #1 and 3000 radio #13397, all remaining keys, radios and Dimms scanners were accounted for... | DKO |
| 01/27/2006 01:00 | PERIMETER | PERIMETER CHECK: Deputy W. Henkes and Deputy D. Kitchen conducted a perimeter check of Mens Central Jail. Deputy Henkes and Deputy Kitchen reported all perimeter areas of the jail checked | DKO |
| 01/27/2006 02:20 | PERIMETER | PERIMETER CHECK: Sergeant C. Solis and Sergeant R. Lam conducted a perimeter check of Mens Central Jail. Sergeant Lam and Sergeant Solis reported all perimeter areas of the jail checked | DKO |
| 01/27/2006 05:00 | NOTIFICATION- | On duty: Lt. Gonzales on duty. | AG |
| 01/27/2006 05:00 | NOTIFICATION- | Lt Dinh reviewed the log and is 10-7 | MD |
| 01/27/2006 06:00 | NOTIFICATION- | All AM shift personnel on duty... | EC |
| 01/27/2006 06:45 | SEARCH | SEARCH REPORT: Deputy Rodriguez #462145 conducted a routine search of Module 2300 D Row, with the approval of W/C Gonzales. The following contraband was recovered: extra bedding, clothing, | MJM |
| 01/27/2006 09:30 | KEYS / RADIOS | All keys to the facility cleared by Deputy Fish at approximately 0730 hrs. ... | EC |
| 01/27/2006 10:00 | KEYS / RADIOS | All radios and scanners cleared by Deputy Aldana at approximately 0945 hrs. Scanners #2,169,207,28,208,171,80,172,70,75 and 206 are still not operating. ...914n | EC |
| 01/27/2006 11:15 | LCMC RUN | Inmate Porter, James #8840151 was  transported to L.C.M.C. via radio car at approximately 1110 hrs. for a re-cast.  Inmate was taken by Deputies Nunez #449773 and Marquez #460162 upon the | EC |
| 01/27/2006 11:30 | LCMC RUN | Inmate Lee, Kyung #8897633 was transported to L.C.M.C. via radio car at approximately 1110 hrs. for a swollen eye.  Inmate was taken by Deputies Nunez #449773 and Marquez #460162 upon the | EC |
| 01/27/2006 11:40 | LCMC RUN | Inmate Kelly, Nicholas #8780228 will be  transported to L.C.M.C. via AMR  with a 90 min eta.  Inmate was involved in a 245pc and received multiple lacerations to his back. URN 006-00135-2006-053. | EC |

*18-1*  COLA/LASD 01352

Exhibit

Page 2

| DATE & TIME | DESCRIPTION | NARRATIVE | INITIALS |
|---|---|---|---|
| 01/27/2006 11:45 | LCMC RUN | Inmate Aguilera, Jorge #8538361 was transported to L.C.M.C. via radio car at approximately 1000 hrs. for a left small finger injury. Inmate was taken by Deputies Nunez #449773 and Marquez | EC |
| 01/27/2006 12:00 | LCMC RUN | Inmate Starr, Dion #8533908 was transported to L.C.M.C. via radio car at approximately 1007 hrs. for multiple lacerations to his chest and back. Inmate was taken by Deputies Solorio #476816 and | EC |
| 01/27/2006 13:00 | NOTIFICATION- | Off duty: Lt. Gonzales off duty...log was reviewed and approved. | AG |
| 01/27/2006 13:00 | NOTIFICATION- | Lt. Ross on duty | RDR |
| 01/27/2006 13:15 | PERIMETER | Deputy Aldana #489655 conducted at perimeter check of the facility at approximately 1310 hrs. ... | EC |
| 01/27/2006 14:00 | NOTIFICATION- | All assigned PM personnel on duty... | DKO |
| 01/27/2006 14:00 | NOTIFICATION- | All assigned AM personnel off duty... | DKO |
| 01/27/2006 14:00 | NOTIFICATION- | All AM shift personnel off duty... | EC |
| 01/27/2006 14:00 | NOTIFICATION- | All P.M. personnel on duty.... | MJM |
| 01/27/2006 14:30 | SEARCH | SEARCH: Deputy S. Moore #478220 directed a routine search for excess inmate property in Module 7000, rooms 7003, 7004, 7005, 7006, 7022,7023, 7024 and 7025. Upon completion of this search, | DKO |
| 01/27/2006 14:30 | SEARCH | A ROUTINE SEARCH WAS CONDUCTED ON 4600 A ROW.  FOR MORE INFO SEE SEARCH REPORT 5100-2006-0127-205... | RRT |
| 01/27/2006 14:36 | SEARCH | A ROUTINE SEARCH WAS CONDUCTED ON 4600 C ROW.  FOR MORE INFO SEE SEARCH REPORT 5100-2006-5100-206 | RRT |
| 01/27/2006 14:41 | LCMC RUN | I/M WRIGHT, JERRY #8855720 WAS TRANSPORTED TO LCMC; VIA. RADIO CAR BY DEP. SPINKS #480744 AND DEP. CASTELLANOS #449495; PER DR. ENRIQUEZ; RE: DENTAL | RRT |
| 01/27/2006 14:42 | LCMC RUN | I/M ZULETA, RAMONE 8630245 WAS TRANSPORTED TO LCMC VIA RADIO CAR PER DR. ENRIQUEZ RE: BLEEDING INGROWN TOE NAIL.  DEP. SPINKS 480744 AND DEP. CASTELLANOS 449495 | RRT |

COLA/LASD 01353

18-2

| DATE & TIME | DESCRIPTION | NARRATIVE | INITIALS |
|---|---|---|---|
| 01/27/2006 14:43 | LCMC RUN | I/M GASTON, GEORGE 8894733 WAS TRANSPORTED TO LCMC BY LA CITY PARAMEDICS NUTTMAN 39494 AND FLEISCITMANN 17962 FROM RESCUE 17 PER DR. VYDEN RE: ALTERED LEVEL | RRT |
| 01/27/2006 14:44 | SEARCH | A ROUTINE SEARCH WAS CONDUCTED ON 4600 B ROW. FOR MORE INFO. SEE SEARCH REPORT 5100-2006-0127-203 | RRT |
| 01/27/2006 14:45 | SEARCH | A ROUTINE SEARCH WAS CONDUCTED ON 4600 D ROW. FOR MORE INFO SEE SEARCH REPORT 5100-2006-0127-204 | RRT |
| 01/27/2006 17:07 | LCMC RUN | I/M CHRISTOPHER, JORGE # 8770056 WAS TRANSPORTED TO LCMC VIA; RADIO CAR RE: LIP LACERATION DUE TO AN ALTERCATION WITH ANOTHER INMATE PER DR. VYDEN. | MJM |
| 01/27/2006 18:20 | LCMC RUN | I/M VELOX, HECTOR # 8741143 WAS TRANSPORTED TO LCMC VIA RADIO CAR RE: PUNCTURE WOUND TO RIGHT ARM PER DR. VVYDEN. ESCORTING DEPUTIES WERE AGRUSA #412006 AND | MJM |
| 01/27/2006 18:30 | KEYS / RADIOS | ALL MCJ FACILITY KEYS, RADIOS AND DIMMS SCANNERS WERE ACCOUNTED FOR.THERE ARE CURRENTLY ELEVEN SCANNERS REPORTED AS B/O. | MJM |
| 01/27/2006 18:50 | LCMC RUN | I/M DOMENECH, MIGUEL # 8897471 WAS TRANSPORTED TO LCMC VIA; RADIO CAR RE: COLON CANCER STAGE THREE PER DR. VYDEN. ESCORTING DEPUTIES WERE CASTELLANOS | MJM |
| 01/27/2006 20:00 | COUNT | MCJ WAS PUT ON LOCKDOWN FOR FACILITY COUNT. | MJM |
| 01/27/2006 21:00 | NOTIFICATION- | NOTIFICATION/ON DUTY: Early Morning Watch Commander Lieutenant M. Dinh #260224 on duty... | DKO |
| 01/27/2006 21:00 | NOTIFICATION- | Lt Ross reviewed and approved the log. Off Duty | RDR |
| 01/27/2006 21:01 | LCMC RUN | I/M BRADSHAW, ERIC # 8892791 WAS TRANSPORTED TO LCMC VIA; L.A. COUNTY AMBULANCE SERVICE WITH ATTENDENTS SOLIZ # 488380 AND MENA # 100261 PER DR. VYDEN RE: KIDNEY | MJM |
| 01/27/2006 21:57 | COUNT | COUNT/PM INMATE WRISTBAND: All floor control booths reported their inmate wristband counts had cleared. Mens Central Jail taken off lockdown... | DKO |
| 01/27/2006 22:00 | NOTIFICATION- | NOTIFICATION/ON DUTY: All assigned Early Morning personnel on duty... | DKO |
| 01/27/2006 22:10 | FORCE | Sgt. Lam reported Dep. Jung Lee used OC spray on two K-10 inmates who were fighting on "D" row of Module 3700. See URN# 006-00138-5100-144 and Ref #5100-2006-0128-001. | MD |

COLA/LASD 01354

18-3

| DATE & TIME | DESCRIPTION | NARRATIVE | INITIALS |
|---|---|---|---|
| 01/27/2006 23:22 | LCMC RUN | LCMC RUN NOTIFICATION: Per Dr. Young, inmate Fenseca, Martin #8882861 was transported to LCMC by radio car. Inmate Fenseca will be treated at LCMC for "dislocated right shoulder." He was | DKO |
| 01/27/2006 23:47 | KEYS / RADIOS | KEYS/RADIOS: Deputy Oki reported with the exception of High-Power Escort Handcuff #1, all facility keys, Dimms scanners and radios were accounted for... | DKO |
| 01/28/2006 00:20 | PERIMETER | PERIMETER CHECK: Deputy L. Guillen and Deputy J. Werner conducted a perimeter check of Mens Central Jail. Deputy Guillen and Deputy Werner reported all perimeter areas of the jail checked | DKO |
| 01/28/2006 00:25 | INMATE INJURY | INMATE INJURY/URN/IRTS NUMBERS: Issued to Deputy J. Lee #486615 for a 242 P.C. report involving inmate Martinez, Juan #8891009 in Module 3700. Refer to URN #006-00138-5100-144 or | DKO |
| 01/28/2006 01:31 | LCMC RUN | LCMC RUN NOTIFICATION: Per Dr. Young, Inmate Hose, Eric #8724293 was transported to LCMC by L.A. CO. Ambulance Unit #37. Inmate Hose will be treated at LCMC for a "left knee injury." | DKO |
| 01/28/2006 05:00 | NOTIFICATION- | On duty: Lt. Gonzales and Lt. Ross on duty. | AG |
| 01/28/2006 06:00 | NOTIFICATION- | NOTIFICATION/OFF DUTY: All assigned Early Morning personnel off duty... | DKO |
| 01/28/2006 06:00 | NOTIFICATION- | ON DUTY: All AM shift personnel on duty. | RMF |
| 01/28/2006 06:20 | SECURITY | SECURITY: Deputy Thompsen checked and secured the G-5 Unit and the MCJ van. | RMF |
| 01/28/2006 06:30 | PERIMETER | PERIMETER CHECK: Deputy Thompsen conducted a security check of the MCJ facility. All cj | RMF |
| 01/28/2006 07:10 | KEYS / RADIOS | KEYS, RADIOS AND SCANNERS: Depiuties Fish and Robles accounted for all jail keys, hospital keys, radios and DIMMS scanners. There are fourteen scanners b/o at this time. | RMF |
| 01/28/2006 07:11 | LCMC RUN | LCMC RUN: I/m TilmanGerald, was taken to LCMC via radio car as requested by Dr. Young. The escorting deputies were Lopez. #431531 and Rodriguez, #435980. For further info. refer to Ref. # | RMF |
| 01/28/2006 10:00 | PERIMETER | Perimeter Check: Lt. Gonzales conducted a perimeter check..All areas checked okay. | AG |
| 01/28/2006 11:00 | SEARCH | SEARCH: A routine search of Module 7022/7023 produced the follwoing: excess bedding, clothing, food and misc. items. For further info. refer to Ref. #5100-2006-0128-208. | RMF |

COLA/LASD 01355

18-4