

General Hospital • Women's and Children's Hospital
El Monte Comprehensive Health Center • H. Claude Hudson Comprehensive Health Center • Edward R. Roybal Comprehensive Health Center

# DECLARATION OF CUSTODIAN OF MEDICAL RECORDS

REGARDING: __DION STARR__        D.O.B. __06/28/1969__

I, the undersigned, being duly authorized Custodian of Medical Records for the Los Angeles County+University of Southern California Medical Center and having authority to certify said records declare the following:

[x] **CERTIFICATION OF RECORDS**

The records prepared by the personnel of the hospital in the ordinary course of hospital business at or near the time of the act, condition of event.

[x]   The copy is a true copy of all records described in the Authorization __11/01/2007__ or subpoena duces tecum.

[ ]   Pursuant to Evidence Code Section 1560(e), the original described in the subpoena duces tecum were delivered to the attorney or the attorney's representative for copying at the witness' place of business.

[ ] **CERTIFICATION OF NO RECORDS AND/OR PATHOLOGY SLIDES    CERTIFICATION OF NO FILMS AND/OR PHOTOGRAPHS:**

A. That, a thorough search of our files, carried out under my direction and control revealed no documents, records or other things called for in the authorizations/subpoena duces tecum presented to me.

B. That, it is understood that such records could exist under another spelling, name, or classification, but that with the information furnished our office, and to the best of our knowledge, no such record exists in our files.

**I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed __12/03/2007__ at, Los Angeles California.

SIGNATURE: _Jemelena Waller_
ASSIST. MEDICAL RECORDS DIRECTOR

Declaration of Custodian of Medical Records

1200 North State Street • Suite 1112 • Los Angeles • CA 90033

1-002

LAC+USC
OC POST CHARGE REPORT
Fri Jan 27, 2006 4:02 PM

Status: STAT..............RADIOLOGY          From: GH13421          To: 3623 GEN RAD

STARR, DION          M/36Y     (06/28/1969)          AC# 3871979          MR: 501-89-86
Order Physician: BANAFSHE, PAYMON          Phys. ID: 108852          Pager: 323-226-4538
Order Diagnosis: SICK

R00VF04-1          For: 01/27/2006@4:01 PM          RAMOS, ISABEL T

**XR FOREARM AP & LAT**
Comments:

Item Custom Questions:
Which part? Left, Right or Bilateral?: RIGHT

Order Custom Questions:
  Chief Complaint?: PAIN
  Specific Reason For Exam?: R/O FRACUTRE S/P ASSULT

Department Custom Questions:
  Is Patient Pregnant:       NO                 Select isolation type:
  Last Menstrual Period:     N                  Is This A Bedside Procedure:    NO
  Is Patient In Isolation:   NO                 Reason For Bedside Procedure:

Additional Items:



L hand - ~~rt~~ scaphoid
           wrist ~~wrist~~ fx

Dictated by: _____  Date: _____

XR FOREARM AP &          501-89-86502001/27/2006387197904922R00VF041

R FA

1-007

County of Los / a    Department ... Health Services

(Circle one) ROUTINE  URGENT  STAT

RADIOLOGICAL EXAM REQUESTED - (Check one)

(XR)  ☐ US  ☐ CT  ☐ MRI  ☐ MRA  ☐ NM  ☐ NEURO Interventional  ☐ BODY Interventional

CXR

CURRENT APPROPRIATE LAB VALUES MUST BE AVAILABLE

All Interventional procedures (e.g. Angio, Bx, Drainage, etc.) require Radiologist's Approval **before** submitting request.

Name of Radiologist that approved Interventional procedure: _____

CHIEF COMPLAINT/DX: S/P multiple SFW?

SPECIFIC REASON FOR EXAM: R/O infiltrates?

PERTINENT HX (INCLUDING SURGERIES): N/A

(RN/Clerk) Use item comments for additional information

Departmental Questions required for all procedures.

- Is the patient allergic to contrast? Y / N  Unk.  If yes, when/type? _____
- Is the patient pregnant? Y / N  LMP: ____ Ob/Gyn Studies: Gravid: ___ Para: ___ AB: ___
- Is this a bedside procedure? Y / N  If yes, why? _____
- Any special equipment needed? Y / N  If yes, what? _____
- Is the patient in isolation? Y / N
- Is the patient over 300 pounds? Y / N

FOR MRI: Answer patient questionnaire listed below.

Does patient have AMS/Dementia? Y / N    Metal foreign body or Pacemaker? Y / N
Is patient claustrophobic? Y / N    Is patient stable for transportation? Y / N

PHYSICIAN'S SIGNATURE: _Bunashe_

PHYSICIAN'S PAGER #: 013, 919-0513

PHYSICIAN'S ID: 10852   01-27-06

Patient's Identification Plate Imprint:
STARR, DION
JUN 20 1969
501 89 86

DATE/TIME: ____

RN'S SIGNATURE: ____
DATE/TIME: ____

PHYSICIAN ORDER FOR RADIOLOGICAL EXAM

T-013

County of Los Angeles          Department of Health Services

(Circle one) ROUTINE URGENT STAT

## RADIOLOGICAL EXAM REQUESTED - (Check one)

☒ XR   ☐ US   ☐ CT   ☐ MRI   ☐ MRA   ☐ NM   ☐ NEURO Interventional   ☐ BODY Interventional

(L) hand series
(R) forearm

**CURRENT APPROPRIATE LAB VALUES MUST BE AVAILABLE**

All Interventional procedures (e.g. Angio, Bx, Drainage, etc.) require Radiologist's Approval **before** submitting request.

Name of Radiologist that approved Interventional procedure: _____

CHIEF COMPLAINT/DX: pain s/p assault

SPECIFIC REASON FOR EXAM: r/o fracture

PERTINENT HX (INCLUDING SURGERIES): _____

(RN/Clerk) Use item comments for additional information

Departmental Questions required for all procedures.

- Is the patient allergic to contrast?   Y / N   Unk.   If yes, when/type? ____
- Is the patient pregnant?   Y / N   LMP: ____   Ob/Gyn Studies: Gravid: ____ Para: ____ Ab: ____
- Is this a bedside procedure?   Y / N   If yes, why? ____
- Any special equipment needed?   Y / N   If yes, what? ____
- Is the patient in isolation?   Y / N
- Is the patient over 300 pounds?   Y / N

FOR MRI: Answer patient questionnaire listed below.

- Does patient have AMS/Dementia?   Y / N     Metal foreign body or Pacemaker?   Y / N
- Is patient claustrophobic?   Y / N     Is patient stable for transportation?   Y / N

PHYSICIAN'S SIGNATURE: _____

PHYSICIAN'S PAGER #: ( ) x4538

PHYSICIAN'S ID: 108862

DATE/TIME: _____

RN'S SIGNATURE: _____

DATE/TIME: _____

Patient's Identification Plate Imprint:
STARR, DION
JUN 28 1969
501 89 86
CAR/JW1

PHYSICIAN ORDER FOR RADIOLOGICAL ____

T-014

STARR
STARR, D10?
JUN 28 1969

**BAC + USC MEDICAL CENTER/HEALTHCARE NETWORK**

Arrival Date: 1-27-06    Time: 1035    TT Arrived: _____

| TRIAGE ASSESSMENT | Time: 1035 | BP: 130/87 | Pulse: 76 | RR: 20 | Temp: 99.8 | Pulse Ox Rm Air: |

**AREA:** ☐ DEM ☐ PED ☐ WER ☐ JER ☐ PSYCH ☐ CHC UC

**ARRIVAL:** ☐ Amb ☐ Helicopter ☑ Auto ☐ Bus ☐ Walk

**FROM:** ☐ Home ☐ CHC ☐ OH ☑ NH ☐ Street

**HOW:** ☑ Walking ☐ Wheelchair ☐ Carried ☐ Restrained ☐ Stretcher

**PRE-HOSPITAL CARE:** ☐ Spin. Prec. ☐ Backboard ☐ Splint ☐ IV/SL ☐ ETT# ☐ Combitube ☐ CPR ☐ Meds ☐ N/A ☐ O2 ☐ BVM ☐ Mast Suit ☐ w/o clothes

**TRIAGE CATEGORY:** ☐ Immediate ☐ Emergent ☑ Urgent ☐ Semi-Urgent ☐ Non-Urgent

**SKIN:** ☐ Normal ☐ Pale ☐ Flushed ☐ Mottled ☐ Cyanotic ☐ Icteric / ☑ Warm ☐ Hot ☐ Cool ☐ Cold / ☑ Dry ☐ Moist ☐ Profuse / ☑ Intact ☐ Rash ☐ Pressure Area

**BREATH SOUNDS:** R ☐ N/A L / Clear / Decreased / Wheeze / Rhonchi / Rales

**PAIN SCORE:** ☐ Faces ☐ FLACC ☑ Numeric (Circle) 0 1 2 3 4 5 6 7 ⑧ 9 10

**LEVEL OF CONSCIOUSNESS:** A ☑ Awake, Alert and oriented x 4 (time, place, event) V ☐ Responds: Verbal P ☐ Responds: Pain U ☐ Unresponsive to Pain ☐ Normal for Pt ☐ Combative ☐ Crying

Presenting Problem/Mech of Injury: ____
Age 36 Sex M

**PUPILS:** ☐ N/A R L Pinpoint Midrange Dilated Reactive Non-reactive

**Significant Past Medical Problems:** ☐ None ☐ Unknown
☐ Diabetes ☐ Cardiac ☐ Seizures ☐ Pulmonary ☐ IVDA ☐ ETOH Abuse ☐ TB ☑ HTN ☐ Premature ☐ Other

Multiple stab wounds front + back. Also to occipital area/head.

**Allergies:** ☑ None ☐ Unknown
**Current Meds/Herbs:** ☐ None ☐ Unknown
BP meds

Last dT ____
LMP: ____ G___ P___ Ab___
Urine Pregnancy Test: +  / -   FHT: ____

Signature: ____

**PSYCHIATRY:** Psych Hold: ____ RISK STATUS: ☐ Suicidal ☐ Sexual ☐ Assaultive ☑ Elopement

**PEDIATRICS:** Immunizations UTD ☐ Y ☐ N Card-Parent Weight 167 lbs kg Head Circum ____ cm Height 6'2" cm

**SUSPECTED ABUSE:** ☐ Domestic Violence ☐ Child Abuse/Neglect ☐ Elder/Dependent Adult Abuse ☐ Sexual Abuse ☑ Social Worker Notified ☐ Crime Victim ☐ LAC Police Notified

**OB/GYN:** Perinatal Care: ☐ Y ☐ N  EDC ____
Fetal Movement: ☐ Normal ☐ Decreased ☐ Absent
Membranes: ☐ Intact ☐ Ruptured ☐ Unknown
Vaginal Blood: ☐ None ☐ Spotting ☐ Mod ☐ Heavy
# Pads ____ /hr

**NURSING INTERVENTIONS**

| Time | Nursing Treatment Procedure | Init | Time | Nursing Treatment Procedure | Init | Time | Nursing Treatment/Procedure | Init |
|---|---|---|---|---|---|---|---|---|
| | Cardiac Monitor | | | Initial Hgb | | | ID Bands Applied RUE / LUE / RLE / LLE | |
| | O2 @ L/M via | | | 2nd Hgb | | | ☐ T & H ☐ Type & Cross x | |
| | Pulse Oximetry | | | 3rd Hgb | | | Blood Specimens sent | |
| | 12 lead ECG Requested | | | Initial Glucose mg/dl | | | | |
| | 12 lead ECG Completed | | | Foley Fr. | | | | |
| | | | | NGT Fr. | | | | |

| Time | AVPU | BP | HR | RR | Temp | Pain | EKG/FHT | O2 Sat | Init |
|---|---|---|---|---|---|---|---|---|---|
| 1345 | A | 132/74 | 71 | 19 | 98.8 | 5/10 | | | |
| 16 | | 126/82 | 68 | 17 | 98.2 | | | | MA |

Init / Signature / Printed Name & Title

ED / URGENT CARE NURSING DATA BASE AND FLOW RECORD - LONG FORM

1-019