



# Housing Location Inquiry

(The information was current as of: 06/24/2008 05:58)

Exhibit 21
For Identification
Natie F. Alvarado, CSR# 9016

INMATE HOUSED IN MODULE 2400 (CJ) FROM: 01/27/2006 0001 TO:01/27/2006 2359

| Booking No. | Last Name | First Name | Middle Name | Row | Cell | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|---|---|---|---|
| 7915301 | TING | SUNNY | | A | 0006 | 03/24/2005 | 0948 | 02/..2006 | 1 |
| 7977528 | GASCON | JUAN | | A | 0008 | 12/04/2005 | 1301 | 02/1 2006 | 2 |
| 8011328 | GAINES | ZACK | | A | 0003 | 10/28/2005 | 2103 | 05/1 2006 | 2 |
| 8198283 | GARCIA | JESUS | ROBERTO | A | 0010 | 01/06/2006 | 0251 | 03/..2006 | ( |
| 8233489 | CISNEROS | ALFREDO | | A | 0006 | 01/23/2006 | 1314 | 01/..2006 | 1 |
| 8340930 | SMITH | KEVIN | TYRONE | A | 0010 | 01/05/2006 | 2055 | 03/..2006 | 2 |
| 8419242 | ARCENEAUX | ROBERT | | A | 0005 | 10/30/2005 | 1317 | 02/..2006 | 2 |
| 8423483 | FRANKLIN | CHRISTOPHER | JACOB | A | 0010 | 12/22/2005 | 2242 | 02/..2006 | 2 |
| 8434871 | HEMPHILL | BILLY | RAY | A | 0012 | 01/12/2006 | 0304 | 02/..2006 | 2 |
| 8451597 | HURST | ASHTON | IVAN | A | 0012 | 01/25/2006 | 1749 | 01/..2006 | ( |
| 8510491 | MILLER | WINSTON | LLOYD | A | 0005 | 12/03/2005 | 0845 | 02/..2006 | 2 |
| 8512448 | HERNANDEZ | JORGE | | A | 0009 | 01/26/2006 | 0311 | ../..2006 | ( |
| 8523512 | HAWKINS | JEFFREY | M | A | 0007 | 01/21/2006 | 0223 | ../..2006 | 1 |
| 8556056 | CAMPBELL | DIMETIROUS | | A | 0013 | 11/10/2005 | 1847 | ../..2006 | 1 |
| 8563690 | WILLIAMS | WESLEY | NATHANIEL | A | 0012 | 01/25/2006 | 1749 | ../..2006 | ( |
| 8610869 | MAXEY | RAY | | A | 0009 | 06/17/2005 | 1841 | ../..2006 | 2 |
| 8610897 | MULBREW | CHRISTOPHER | DOYLE | A | 0011 | 01/27/2006 | 0503 | 0../..2006 | 2 |
| 8665998 | BURNS | JOHNNY | | A | 0002 | 01/26/2006 | 1225 | 0../..2006 | 1 |
| 8674619 | MENENDEZ | JOSE | ALFONZO | A | 0011 | 01/26/2006 | 1226 | 0../..2006 | ( |
| 8692327 | BARNEY | PAUL | NATHANIEL | A | 0002 | 01/24/2006 | 1331 | 0../..2006 | ( |
| 8692732 | RAMIREZ | DAVID | RENE | A | 0009 | 01/20/2006 | 0250 | 0../..2006 | 2 |
| 8715188 | LEEDY | CHRISTOPHER | ALLEN | A | 0009 | 01/26/2006 | 1225 | 0../..2006 | 2 |
| 8716123 | MARTIN | ANTHONY | | A | 0010 | 01/26/2006 | 1226 | 0../..2006 | 1 |

http://lasdweb-cus-w1/custody_portal/housing_location/h_l3.cfm

1/.4/.2008

COLA/LASD 01358

Exh

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8728839 | KNIGHT | ANTHONY | PAIGE | A | 0009 | 01/25/2006 | 1749 | 01/ (/ 0 06 |
| 8741143 | VELOZ | HECTOR | LOPEZ | A | 0008 | 01/05/2006 | 1602 | 01/ 8/ :C 0 6 |
| 8750603 | FRENES | ANDREW | JOSEPH | A | 0013 | 01/25/2006 | 1750 | 01/1 / :C 06 |
| 8760559 | KOSHKARYAN | GEVORK | | A | 0006 | 12/23/2005 | 1333 | 02/ 0 / :0 )5 |
| 8772212 | WILLIAMS | TRAVION | JALON | A | 0008 | 01/25/2006 | 1748 | 01/ 11 / 11 05 |
| 8773849 | DOUCETTE | BRYAN | CURTIS | A | 0001 | 01/12/2006 | 1421 | 02/ 1 . 2( 0( |
| 8775118 | BOOTHROYD | DEAN | THOMAS | A | 0005 | 01/23/2006 | 1314 | 01/ 3 1 2: 0( |
| 8777704 | AVALOS | RICKY | | A | 0006 | 12/29/2005 | 0253 | 01/ 3 1 2( 0( |
| 8786675 | GOSS | ALTON | DESHAWN | A | 0005 | 01/10/2006 | 1614 | 01, 2 / 2: 0( |
| 8788246 | LOZANO | FRANCISCO | | A | 0012 | 01/25/2006 | 1749 | 0 3 1 2( 0( |
| 8792959 | JOHNSON | KEITH | | A | 0006 | 10/31/2005 | 0246 | 0: 0 / 2( 0( |
| 8800412 | PEREZ | DANIEL | | A | 0001 | 11/18/2005 | 2220 | 0: 0 3 2( 0( |
| 8800868 | VASQUEZ | CARLOS | ALBERTO | A | 0011 | 01/27/2006 | 0025 | 01 2 / 2 (6 |
| 8817367 | CHAVEZ | ROBERT | | A | 0013 | 01/25/2006 | 1750 | 01 2 / 2 (6 |
| 8827336 | PAYNE | NATHANIEL | | A | 0010 | 01/26/2006 | 0311 | 02 0 / 2 (6 |
| 8831931 | BANKS | KEITH | WAYNE | A | 0002 | 01/27/2006 | 1753 | 01 2 / 2 (6 |
| 8831931 | BANKS | KEITH | WAYNE | A | 0002 | 01/26/2006 | 1224 | 01 2 / 2 (6 |
| 8833853 | DOE | JOHN | | A | 0009 | 01/25/2006 | 1748 | 01 2 / 2 (6 |
| 8834410 | CASTRO | ERIK | | A | 0005 | 01/15/2006 | 1042 | 01 9 / 2 (6 |
| 8837205 | ZAREZADEH | ARASH | | A | 0003 | 01/18/2006 | 0014 | 01 C 1 2 )05 |
| 8849873 | SARCO | ALFRED | | A | 0011 | 01/25/2006 | 0949 | 0: 8 / 2 )05 |
| 8853339 | SAINZ | HECTOR | MONIE | A | 0001 | 01/11/2006 | 0248 | 0: / ( /: )06 |
| 8856602 | ARRINGTON | LEROY | | A | 0011 | 01/25/2006 | 0948 | C / 0 / /: 0(6 |
| 8856820 | BUENO | RAMON | | A | 0001 | 01/25/2006 | 1722 | C / 0 / /: 0(6 |
| 8860269 | THOMPSON | CEDRIC | | A | 0001 | 01/26/2006 | 0304 | ( / / /: 0(6 |
| 8861170 | COHUO | RICARDO | | A | 0008 | 01/23/2006 | 1315 | 0 / / / / 0(6 |
| 8864747 | ROYAL | WAYNE | ANTHONY | A | 0002 | 01/26/2006 | 0306 | 0 / / / 0(6 |
| 8865283 | RODRIGUEZ | RUBEN | MORAN | A | 0002 | 01/26/2006 | 0305 | 0 / / / 0(6 |
| 8872981 | WARREN | TERRY | ROGERS | A | 0001 | 01/26/2006 | 2025 | 0 / / / C(6 |
| 8878351 | RODRIGUEZ | GINO | ALDO | A | 0005 | 01/26/2006 | 0307 | 0 / / / (06 |
| 8878698 | BELLE | JASON | | A | 0007 | 01/17/2006 | 2129 | 0 / / / (06 |
| 8878710 | PAZ | CESAR | | A | 0013 | 01/26/2006 | 1227 | 0 / / / (06 |