

# Housing Location Inquiry

(The information was current as of: 07/14/2008 02:08)

Exhibit 22
For Identification
Natie E. Alvarado, C&R# 9016
Date: _____
Witness: _____
Page: _____ Of _____

INMATE HOUSED IN MODULE 2400 (CJ) FROM: 01/27/2006 0001 TO: 01/27/2006 2359

| Booking No. | Last Name | First Name | Middle Name | Row | Cell | Start Date | Start Time | End Date | E T |
|---|---|---|---|---|---|---|---|---|---|
| 7781691 | VALENZUELA | ALFREDO | MONTEZ | B | 0008 | 12/28/2005 | 1306 | 03/31/2006 | 1 |
| 7834749 | WATSON | GARRETT | | B | 0012 | 01/13/2006 | 1310 | 02/17/2006 | 1 |
| 8119099 | VILLANUEVA | SANDRO | | B | 0004 | 09/09/2005 | 1232 | 03/24/2006 | 2 |
| 8169285 | QUINTERO | ALEJANDRO | | B | 0006 | 01/26/2006 | 0321 | 01/29/2006 | 2 |
| 8286430 | YOUNG | RAY | ANTHONY | B | 0001 | 12/08/2005 | 2032 | 03/15/2006 | 2 |
| 8344305 | HARVEY | NICHOLAS | ALEXANDER | B | 0007 | 01/26/2006 | 0321 | 01/29/2006 | 2 |
| 8416584 | COOPER | GARY | | B | 0001 | 07/27/2005 | 0342 | 03/21/2006 | 0 |
| 8445357 | MUNOZ | RIGOBERTO | | B | 0010 | 10/31/2005 | 0909 | 01/27/2006 | 1 |
| 8489050 | VARGAS | RYAN | | B | 0012 | 07/01/2005 | 0954 | 07/09/2006 | 1 |
| 8533908 | STARR | DION | DRAKE | B | 0009 | 11/14/2005 | 1251 | 01/27/2006 | 2 |
| 8548351 | SWASEY | AMFRYAM | BURNELL | B | 0010 | 01/14/2006 | 0121 | 03/24/2006 | 1 |
| 8594103 | BROWN | LUVALL | | B | 0002 | 01/21/2006 | 0224 | 02/26/2006 | 2 |
| 8657359 | ROSSUM | JAMES | LAMAR | B | 0003 | 01/21/2006 | 0224 | 01/29/2006 | 2 |
| 8669840 | DOMINGUEZ | HENRY | | B | 0005 | 01/26/2006 | 0316 | 01/29/2006 | 2 |
| 8675887 | MANSION | JOSHUA | ANTHONY | B | 0008 | 11/24/2005 | 0111 | 03/28/2006 | 1 |
| 8680880 | CLOSURE | ROYAL | | B | 0010 | 01/26/2006 | 0322 | 02/01/2006 | 0 |
| 8691670 | GRIFFIN | KENNETH | ROGER | B | 0006 | 11/15/2005 | 0127 | 03/28/2006 | 1 |
| 8694992 | AMARRA | JULIO | CESAR | B | 0007 | 12/28/2005 | 1306 | 03/28/2006 | 1 |
| 8724217 | DAVIS | STANLEY | JONATHAN | B | 0004 | 12/13/2005 | 0103 | 02/09/2006 | 2 |
| 8725408 | JORDAN | REGINALD | | B | 0012 | 09/28/2005 | 1339 | 03/23/2006 | 1 |
| 8744266 | PELAYO | RAUL | | B | 0010 | 10/21/2005 | 0014 | 05/15/2006 | 1 |
| 8756091 | OBANDO | PAUL | ZULIMAN | B | 0001 | 01/23/2006 | 2038 | 01/30/2006 | 2 |
| 8778630 | STITES | DONALD | EDWARD | B | 0005 | 01/26/2006 | 1228 | 01/30/2006 | 2 |

http://lasdweb-cus-w1/custody_portal/housing_location/h_l3.cfm     7/15/2008

COLA/LASD 01440

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8789228 | KELLEY | NICHOLAS | COSTON | B | 0009 | 11/06/2005 | 1209 | 01/27/2006 | 2 |
| 8783001 | ARIAS | TOMAS | JR | B | 0002 | 12/15/2005 | 2015 | 02/22/2006 | 2 |
| 8790174 | CHAVEZ | JAIME | | B | 0012 | 01/07/2006 | 2359 | 01/27/2006 | 1 |
| 8791435 | KING | FERNANDO | | B | 0007 | 01/24/2006 | 1524 | 02/06/2006 | 2 |
| 8797650 | WILLIAMS | BRYANT | KEITH | B | 0002 | 11/19/2005 | 0400 | 05/21/2006 | 0 |
| 8797972 | VENERO | GILBERTO | | B | 0006 | 01/16/2006 | 1822 | 02/01/2006 | 1 |
| 8798717 | AGUILAR | CARLOS | OSVALDO | B | 0013 | 01/27/2006 | 1754 | 01/27/2006 | 2 |
| 8798717 | AGUILAR | CARLOS | OSVALDO | B | 0013 | 01/23/2006 | 1553 | 01/27/2006 | 0 |
| 8801746 | TAYLOR | MICHAEL | | B | 0008 | 11/10/2005 | 0133 | 01/27/2006 | 1 |
| 8819862 | BROOKS | JAY | CURTIS | B | 0011 | 01/20/2006 | 0256 | 01/30/2006 | 0 |
| 8822902 | STEWART | VINCENT | DON | B | 0003 | 01/26/2006 | 1228 | 03/01/2006 | 0 |
| 8823730 | WASHINGTON | ANTHONY | JAMES | B | 0003 | 11/26/2005 | 0923 | 02/13/2006 | 2 |
| 8828492 | MERCER | RAPHEAL | | B | 0005 | 01/25/2006 | 0119 | 01/30/2006 | 0 |
| 8829750 | LINTON | MYCAH | | B | 0002 | 01/26/2006 | 2023 | 01/30/2006 | 0 |
| 8830838 | ESTUPINAN | LEONEL | | B | 0013 | 01/27/2006 | 1452 | 01/31/2006 | 2 |
| 8843069 | LUGO | JOSE | CARLOS | B | 0011 | 01/11/2006 | 0253 | 01/27/2006 | 0 |
| 8843478 | WHITE | JAMES | | B | 0010 | 01/14/2006 | 0121 | 01/31/2006 | 2 |
| 8844317 | DEBERRY | DONALD | | B | 0005 | 12/14/2005 | 1406 | 03/28/2006 | 1 |
| 8846991 | DADO | RICARDO | | B | 0004 | 01/24/2006 | 1332 | 01/31/2006 | 2 |
| 8852222 | RODRIGUEZ | JOSE | ARESTIDES | B | 0002 | 01/25/2006 | 1747 | 01/30/2006 | 0 |
| 8855146 | GUTIERREZ | VICTOR | | B | 0003 | 01/17/2006 | 1543 | 01/27/2006 | 1 |
| 8855880 | FONSECA | JOSE | MANUEL | B | 0006 | 01/24/2006 | 1333 | 01/30/2006 | 2 |
| 8856452 | BETACOURT | HIPOLITO | | B | 0010 | 01/27/2006 | 0215 | 01/27/2006 | 1 |
| 8858771 | NEYLAND | DERRICK | | B | 0005 | 01/05/2006 | 0255 | 01/31/2006 | 2 |
| 8859798 | DELGADO | RAUL | | B | 0013 | 01/27/2006 | 1452 | 02/01/2006 | 2 |
| 8865627 | WEATHERSPOON | BOBBY | LLOYD | B | 0012 | 01/03/2006 | 0206 | 03/17/2006 | 1 |
| 8865983 | SANDOVAL | RICARDO | | B | 0009 | 01/21/2006 | 0226 | 01/27/2006 | 1 |
| 8871386 | MONROY | JOHN | | B | 0009 | 01/11/2006 | 0252 | 01/27/2006 | 1 |
| 8872064 | RODRIGUEZ | ERIK | MANUEL | B | 0001 | 01/26/2006 | 1227 | 01/30/2006 | 0 |
| 8872392 | LALJI | AMIT | ARVIND | B | 0002 | 01/26/2006 | 2024 | 01/27/2006 | 1 |
| 8875364 | TALAMONTES | JAMES | R | B | 0013 | 01/07/2006 | 0259 | 01/27/2006 | 0 |
| 8876924 | JONES | BENNIE | | B | 0001 | 01/24/2006 | 1524 | 01/27/2006 | 1 |