# Inmate Discipline Report

Report Status: **APPROVED BY UNIT COMMANDER**

| Custody Ref. No. | E.I./URN No. | Report No. | Home Unit | Creation Date |
|---|---|---|---|---|
| 510020060127003 | | 105778 | R3/NWK | 01/27/2006 |

| Bkg. No. | Inmate Last Name | Inmate First Name | MI | Date Booked |
|---|---|---|---|---|
| 8865983 | SANDOVAL | RICARDO | | 12/27/2005 |

| Housing Facility | Module | Row | Cell | Bunk |
|---|---|---|---|---|
| CJ | 2400 | B | 0009 | |

| Sentenced Status | Exp. Rel. Date | Work Status |
|---|---|---|
| UNSENTENCED | | N |

| Incident Date / Time | Incident Facility / Location | Discipline Type | Transferred To |
|---|---|---|---|
| 01/27/2006  09:00 | CJ  2400 | MAJOR | |

Copy of Notice Given to Inmate By

| Emp. No. | Name | Rank |
|---|---|---|
| 480747 | LAVAN, RICARDO | DEPUTY SHERIFF |

| Offense No. | Discipline Offense | Detail |
|---|---|---|
| 5 | CREATING DISTURBANCE / OPERATIONAL | |
| 5 | CREATING DISTURBANCE / PHYSICAL | |
| 7 | FIGHTING / MULTIPLE FIGHTING | |
| 7 | FIGHTING / RACIAL - ONE ON ONE FIGHTING | |

Narrative (See Narrative Report)

## Inmate Discipline Report — Page 2

### Witness/Victim Details

| Role | Emp./Bkg./Drive Lic.No. | Last Name | First Name |
|------|-------------------------|-----------|------------|
|      | (N/A)                   |           |            |

---

**Disciplinary Review Board**  **Hearing Date** 01/31/2006

**Hearing:** INMATE GIVEN OPPORTUNITY TO RESPOND AND PRESENT A DEFENSE

**Findings:** FACTS DETERMINED FOUNDED

**Action:** -SEGREGATION FOR 100 DAY(S)     -LOSS OF PRIVILEGES FOR 100 DAY(S)

**Recommendations:** -NO RECOMMENDATION

| Hearing Officer | | | Hearing Officer | | |
|---|---|---|---|---|---|
| Emp. No. | Name | Rank | Emp. No. | Name | Rank |
| 479259 | MONTES, A | DEPUTY SHERIFF | 408494 | BOTTOMLEY, R | SERGEANT |

**Submitted By**
480747   LAVAN, RICARDO
DEPUTY SHERIFF

**Reviewed By**
410536   SMITSON, ERIC
SERGEANT

**Approved By**
410536   SMITSON, ERIC
SERGEANT

**Unit Commander**
207270   ROBERTS, KEVIN
SERGEANT

COLA/LASD 01331

## Sheriff's Department
### Inmate Discipline Report - Narrative

Page 3

| Custody Ref. No. | E.I. File No. | Report No. | Home Unit | Creation Date |
|---|---|---|---|---|
| 510020060127003 | | 105778 | R3/NWK | 01/27/2006 |

### Narrative

ON THE ABOVE DATE AND TIME AN INMATE DISTURBANCE OCCURRED IN MODULE 2400 B-ROW DURING PILL CALL. DURING THE INVESTIGATION, IT WAS DETERMINED INMATES VELOZ BK# 8741143, CISNEROS BK#8233489, SANDOVAL BK#8865983, STARR BK#8533908, AND KELLEY BK#8780228 WHERE THE MAIN PARTICIPANTS OF THE DISTURBANCE.

I/M VELOZ HAD LACERATIONS ON HIS CHEEK AND BICEP AND REFUSED TO MAKE A STATEMENT. HE WAS LATER IDENTIFIED BY I/M STARR AS ONE OF HIS ATTACKERS. I/M VELOZ STATED HE DID NOT KNOW WHAT HAPPENED AND REFUSED TO MAKE ANY FURTHER STATEMENTS.

I/M CISNEROS WAS WORKING AS AN INMATE WORKER AT THE TIME OF THE DISTURBANCE BUT STATED HE DID NOT KNOW ANYTHING. I/M CISNEROS WAS ON THE ROW AT THE TIME OF THE DISTURBANCE AND WAS IDENTIFIED BY DEPUTY PERSONNEL AS HE WENT INTO A CELL WHEN THE GATES WERE OPENED.

I/M SANDOVAL REFUSED TO GIVE A STATEMENT BUT WAS IDENTIFIED AS ONE OF THE ATTACKERS.

I/M STARR STATED HE WAS IN HIS CELL AND WAS ATTACKED WHEN HIS GATE OPENED FOR PILL CALL. HE HAD INJURIES CONSISTENT FROM A SHANK AS WELL AS I/M VELOZ WHO WAS IDENTIFIED AS HIS ATTACKER. A SEARCH WAS CONDUCTED BUT NO SHANKS WERE RECOVERED. INJURIES FROM STARR AND VELOZ SUGGESTS BOTH INMATES HAD SHANKS AT THE TIME OF THE ATTACK.

I/M KELLEY STATED HE WAS ATTACKED BY SOUTHSIDERS WHEN THE CELL GATE OPENED AND HAD INJURIES CONSISTENT FROM A SHANK. HE DID NOT GIVE ANY FURTHER STATEMENT.

RECOMMEND THE MAMXIMUM AMOUNT OF TIME DUE TO THE NATURE OF THE INJURIES WHICH ARE CONSISTENT WITH THE USE OF A SHANK. ALL FIVE INMATES ARE LISTED AS SUSPECT/VICTIMS ON A 245 P.C. REPORT UNDER URN #006-000135-5100-053. ALL INMATES WERE ESCORTED TO MODULES 2500/2700 WITHOUT INCIDENT AFTER THE DISTURBANCE BY DEPUTY PERSONNEL AS SENIOR DEPUTY ARMAS WAS PRESENT DURING THE ESCORT

**Senior Interview** by: SMITSON, E

COLA/LASD 01332

## Inmate Information Center

Booking No: 8865983   Last Name: SANDOVAL   First Name: RICARDO   Middle Name:

Date Of Birth: 02/19/1969   Age: 36   Place Of Birth: CAL A

Sex: M   Race: H   Hair: BLK   Eyes: BRO   Height: 601   Weight: 200

### Arrest Information

| Field | Value |
|---|---|
| Arrest Charge: 11350(A)HS | Charge Description: POSSESSION NARCOTIC CONTROLLED SUBSTANCE |
| Arrest Date: 12/27/2005 | Arrest Time: 1350 |
| Arrest Agency: 4201 | Agency Description: LAPD-CENTRAL DIVISION |
| Arrest Officer Id: 20054 | Officer Last Name: LOPEZ |
| Search Officer Id: 000000 | Officer Last Name: |
| Transporting Officer Id: 000000 | Officer Last Name: |

### Booking Information

| Field | Value |
|---|---|
| Overall Charge Level: F | Id Level: P |
| Booking Date: 12/27/2005 | Booking Time: 1509 |
| Booking Location: 4273 | Location Description: LAPD - JAIL DIVISION |
| Booking Officer Id: N2378 | Officer Last Name: BAXTER |

### Bail Information

Total Bail Amount: 0   Total Hold Bail Amount: NO BAIL   Grand Total Bail: NO BAIL

### Case Detail

| Case No. | Charge No. | Level | Court Name | Court Address | Court City | Bail Amt. | Fine Amt. | Court Date | Sent. Date | Sent. Day(s) | Disp Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BA29548701 | 11350(A)HS | F | LOS ANGELES MUNI CT DIV 37 | 210 W. TEMPLE STREET | LOS ANGELESUPT | 0 | .00 | 02/23/2006 | 02/23/2006 | 0 | SP4 |
| QUESTDOCRM | REMOVAL | | | | | 0 | .00 | | | 0 | |

### Next Court Information

| Field | Value | Field | Value |
|---|---|---|---|
| Next Court Case: BA29548701 | | Next Court Date: 02/23/2006 | Next Court Time: 0800 |
| Court Code: M37 | | Court Name: LOS ANGELES MUNI CT DIV 37 | |
| Court Address: 210 W. TEMPLE STREET | | Court City: LOS ANGELESUPT | |

### Hold Detail

| Charge No. | Charge Desc | Level | Bail Amount | Case No. | Request Agency | Agency Desc | Cancel Agency |
|---|---|---|---|---|---|---|---|
| 3056PC | VIOLATION OF PAROLE FELONY | F | NO BAIL | T95834 | DC1 | CALIF. DEPT. OF CORRECTIONS | |

### Parole/Probation Information

Parole: N   Probation: N   Prior Arrest:
State Parolee Flag:   Prior Offense:   Gang Id:   Homosexual: N
Classification Remark: 0XC/0XP 3PT PER SGT.GAMBOA

COLA/LASD 01349