

# INMATE HISTORICAL DATA CENTER
(The information was current as of: 06/24/2008 05:58)

Booking No.: 7977528  Last Name: GASCON  First Name: JUAN  Middle Name:

Sex: M  Race: H  Date Of Birth: 10/31/1978  Age: 25  Hair: BRO  Eyes: BRO  Height: 509  Weight: 170

Id Level: P  Main No.: 4500252  CII No.: A31277004  SS No.: 000000000  File No.:

Charge Level: M

## HOME ADDRESS

Address: 4965 MARIONWOOD  Apt No.: 467

City: L A  State: CA  Zip: 00000

Phone No.: 0000000000

## EMERGENCY CONTACT

Address Type:

Address:  Apt No.:

City:  State:  Zip:

Phone No.:  Business Phone No.:

Contact Person Last Name:  First Name:

Relation:

Exhibit 32
For Identification
Natie E Alvarado, C&R# 9016
Date:
Witness:
Page:_____Of_____

## ARREST

Arrest Charge: 187(A)PC  Charge Description: MURDER

Arrest Date: 01/15/2004  Arrest Time: 1200  Arrest Agency: 4214  Agency Description: LAPD-PACIFIC DIVISION

Date Booked: 01/15/2004  Time Booked: 1920  Booking Location: 4214  Location Description: LAPD - PACIFIC

http://lasdweb-cus-w1/custody_portal/hajis/hajis3.cfm?BNA_BOOKING_NO=7977528   6/24/2008

COLA/LASD 0131

32-1

Nov 12 08 12:06p  p.3

32

## Sheriff's Department — Inmate Information Center

## Housing Location Inquiry

(The information was current as of: 06/24/2008 05:58)

INMATE HOUSED IN MODULE 2400 (CJ) FROM: 01/27/2006 0001 TO: 01/27/2006 2359

| Booking No. | Last Name | First Name | Middle Name | Row | Cell | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|---|---|---|---|
| 7915301 | TING | SUNNY | | A | 0006 | 03/24/2005 | 0948 | 02/... 2006 | |
| 7977528 | GASCON | JUAN | | A | 0008 | 12/04/2005 | 1301 | 02/... 2006 | |
| 8011528 | GAINES | ZACK | | A | 0003 | 10/28/2005 | 2103 | 05/... 2006 | |
| 8198283 | GARCIA | JESUS | ROBERTO | A | 0010 | 01/06/2006 | 0251 | (3/... 2006 | |
| 8233489 | CISNEROS | ALFREDO | | A | 0006 | 01/23/2006 | 1314 | (1/... 2006 | |
| 8340930 | SMITH | KEVIN | TYRONE | A | 0010 | 01/05/2006 | 2055 | (3/... 2006 | |
| 8419242 | ARCENEAUX | ROBERT | | A | 0005 | 10/30/2005 | 1317 | (2/... 2006 | |
| 8423463 | FRANKLIN | CHRISTOPHER | JACOB | A | 0010 | 12/22/2005 | 2242 | 02/... 2006 | |
| 8434873 | HEMPHILL | BILLY | RAY | A | D012 | 01/12/2006 | 0304 | 02/... 2006 | |
| 8451597 | HURST | ASHTON | IVAN | A | 0012 | 01/25/2006 | 1749 | 01/... 2006 | |
| 8510491 | MILLER | WINSTON | LLOYD | A | 0005 | 12/03/2005 | 0845 | /.../2006 | |
| 8512448 | HERNANDEZ | JORGE | | A | 0009 | 01/26/2006 | 0311 | /.../2006 | |
| 8523512 | HAWKINS | JEFFREY | M | A | 0007 | 01/21/2006 | 0223 | /.../2006 | |
| 8556056 | CAMPBELL | DIMETRIOUS | | A | 0013 | 11/10/2005 | 1847 | /.../2006 | |
| 8563690 | WILLIAMS | WESLEY | NATHANIEL | A | 0012 | 01/25/2006 | 1749 | /.../2006 | |
| 8610869 | MAXEY | RAY | | A | 0009 | 06/17/2005 | 1843 | /.../2006 | |
| 8610897 | MULBREW | CHRISTOPHER | DOYLE | A | 0011 | 01/27/2006 | 0503 | /.../2006 | |
| 8665998 | BURNS | JOHNNY | | A | 0002 | 01/26/2006 | 1225 | /.../2006 | |
| 8674619 | MENENDEZ | JOSE | ALFONZO | A | 0011 | 01/26/2006 | 1226 | /.../2006 | |
| 8692327 | BARNEY | PAUL | NATHANIEL | A | 0002 | 01/24/2006 | 1331 | /.../2006 | |
| 8692732 | RAMIREZ | DAVID | RENE | A | 0009 | 01/20/2006 | 0250 | /.../2006 | |
| 8715188 | LEEDY | CHRISTOPHER | ALLEN | A | 0009 | 01/26/2006 | 1225 | /.../2006 | |
| 8716123 | MARTIN | ANTHONY | | A | 0010 | 01/26/2006 | 1226 | /.../2006 | |

http://lasdweb-cus-w1/custody_portal/housing_location/h_l3.cfm

COLA/LASD 01351

32-2

Nov 12 08 12:06p

p.2