# Inmate Discipline Report

Report Status: **APPROVED BY UNIT COMMANDER**

| Custody Ref. No. | E.I./URN No. | Report No. | Home Unit | Creation Date |
|---|---|---|---|---|
| 510020060127003 | | 105782 | R3/NWK | 01/27/2006 |

| Bkg. No. | Inmate Last Name | Inmate First Name | MI | Date Booked |
|---|---|---|---|---|
| 8741143 | VELOZ | HECTOR | L | 09/18/2005 |

| Housing Facility | Module | Row | Cell | Bunk |
|---|---|---|---|---|
| CJ | 2400 | A | 0008 | |

| Sentenced Status | Exp. Rel. Date | Work Status |
|---|---|---|
| PARTIAL SENTENCED | | N |

| Incident Date / Time | Incident Facility / Location | Discipline Type | Transferred To |
|---|---|---|---|
| 01/27/2006  09:00 | CJ  2400 | MAJOR | |

Copy of Notice Given to Inmate By

| Emp. No. | Name | Rank |
|---|---|---|
| 480747 | LAVAN, RICARDO | DEPUTY SHERIFF |

| Offense No. | Discipline Offense  Detail |
|---|---|
| 5 | CREATING DISTURBANCE / OPERATIONAL |
| 5 | CREATING DISTURBANCE / PHYSICAL |
| 7 | FIGHTING / MULTIPLE FIGHTING |
| 7 | FIGHTING / RACIAL - MULTIPLE FIGHTING |

Narrative (See Narrative Report)

COLA/LASD 01334



## Inmate Discipline Report

Page 2

### Witness/Victim Details

| Role | Emp./Bkg./Drive Lic.No. | Last Name | First Name |
|---|---|---|---|
| | (N/A) | | |

Disciplinary Review Board       Hearing Date 01/27/2006

| | |
|---|---|
| Hearing: | INMATE GIVEN OPPORTUNITY TO RESPOND AND PRESENT A DEFENSE |
| Findings: | FACTS DETERMINED FOUNDED |
| Action: | -SEGREGATION FOR 90 DAY(S)    -DISCIPLINARY DIET FOR 30 DAY(S) |
| Recommendations: | -NO RECOMMENDATION |

| Hearing Officer | | | Hearing Officer | | |
|---|---|---|---|---|---|
| Emp. No. | Name | Rank | Emp. No. | Name | Rank |
| 496202 | BOLING, G | DEPUTY SHERIFF | 275815 | MATHERS, P | SERGEANT |

| Submitted By | | Reviewed By | |
|---|---|---|---|
| 480747 | LAVAN, RICARDO | 410536 | SMITSON, ERIC |
| DEPUTY SHERIFF | | SERGEANT | |
| Approved By | | Unit Commander | |
| 410536 | SMITSON, ERIC | 496202 | BOLING, GREGORY |
| SERGEANT | | DEPUTY SHERIFF | |



## Sheriff's Department
## Inmate Discipline Report - Narrative

Page 3

| Custody Ref. No. | E.I. File No. | Report No. | Home Unit | Creation Date |
|---|---|---|---|---|
| 510020060127003 | | 105782 | R3/NWK | 01/27/2006 |

### Narrative

ON THE ABOVE DATE AND TIME AN INMATE DISTURBANCE OCCURRED IN MODULE 2400 B-ROW DURING PILL CALL. DURING THE INVESTIGATION, IT WAS DETERMINED INMATES VELOZ BK# 8741143, CISNEROS BK#8233489, SANDOVAL BK#8865983, STARR BK#8533908, AND KELLEY BK#8780228 WHERE THE MAIN PARTICIPANTS OF THE DISTURBANCE.

I/M VELOZ HAD LACERATIONS ON HIS CHEEK AND BICEP AND REFUSED TO MAKE A STATEMENT. HE WAS LATER IDENTIFIED BY I/M STARR AS ONE OF HIS ATTACKERS. I/M VELOZ STATED HE DID NOT KNOW WHAT HAPPENED AND REFUSED TO MAKE ANY FURTHER STATEMENTS.

I/M CISNEROS WAS WORKING AS AN INMATE WORKER AT THE TIME OF THE DISTURBANCE BUT STATED HE DID NOT KNOW ANYTHING. I/M CISNEROS WAS ON THE ROW AT THE TIME OF THE DISTURBANCE AND WAS IDENTIFIED BY DEPUTY PERSONNEL AS HE WENT INTO A CELL WHEN THE GATES WERE OPENED.

I/M SANDOVAL REFUSED TO GIVE A STATEMENT BUT WAS IDENTIFIED AS ONE OF THE ATTACKERS.

I/M STARR STATED HE WAS IN HIS CELL AND WAS ATTACKED WHEN HIS GATE OPENED FOR PILL CALL. HE HAD INJURIES CONSISTENT FROM A SHANK AS WELL AS I/M VELOZ WHO WAS IDENTIFIED AS HIS ATTACKER. A SEARCH WAS CONDUCTED BUT NO SHANKS WERE RECOVERED. INJURIES FROM STARR AND VELOZ SUGGESTS BOTH INMATES HAD SHANKS AT THE TIME OF THE ATTACK.

I/M KELLEY STATED HE WAS ATTACKED BY SOUTHSIDERS WHEN THE CELL GATE OPENED AND HAD INJURIES CONSISTENT FROM A SHANK. HE DID NOT GIVE ANY FURTHER STATEMENT.

RECOMMEND THE MAMXIMUM AMOUNT OF TIME DUE TO THE NATURE OF THE INJURIES WHICH ARE CONSISTENT WITH THE USE OF A SHANK. ALL FIVE INMATES ARE LISTED AS SUSPECT/VICTIMS ON A 245 P.C. REPORT UNDER URN #006-000135-5100-053. ALL INMATES WERE ESCORTED TO MODULES 2500/2700 WITHOUT INCIDENT AFTER THE DISTURBANCE BY DEPUTY PERSONNEL AS SENIOR DEPUTY ARMAS WAS PRESENT DURING THE ESCORT

**Senior Interview**   by: SMITSON, E

COLA/LASD 01336



## INMATE HISTORICAL DATA CENTER
(The information was current as of: 06/24/2008 05:58)

Booking No.: 8741143    Last Name: VELOZ    First Name: HECTOR    Middle Name: LOPEZ

Sex: M    Race: H    Date Of Birth: 05/05/1971    Age: 34    Hair: BRO    Eyes: BRO    Height: 601    Weight: 225

Id Level: P    Main No.: 4248217    CII No.: A08734755    SS No.: 000000000    File No.:

Charge Level: F

### HOME ADDRESS

Address: 8834 TOPNAGA CYN    Apt No.:
City: CANOGA PARK    State: CA    Zip: 00000
Phone No.: 0000000000

### EMERGENCY CONTACT

Address Type:
Address:    Apt No.:
City:    State:    Zip:
Phone No.:    Business Phone No.:
Contact Person Last Name:    First Name:
Relation:

### ARREST

First Charge: 273.5(A)PC    Charge Description: CORPORAL INJURY ON SPOUSE/COHABITANT/ETC
Arrest Date: 09/17/2005    Arrest Time: 2315    Arrest Agency: 4217    Agency Description: LAPD-DVNSHIRE DIVISION
Date Booked: 09/18/2005    Time Booked: 0120    Booking Location: 4279    Location Description: LAPD - VALLEY JAIL (VAN NUYS)