| MEDICAL ORDER | MCJ |

_____ COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

PEOPLE OF THE STATE OF CALIFORNIA,        ) CASE NO. PA051739-02
                             PLAINTIFF,   ) BKG # 8533908
DION vs 6/28/69                           ) LOCATION San Fernando
Dim Starr, DEFENDANT,                     ) DIV/DEPT. C

TO THE SHERIFF OF THE COUNTY OF LOS ANGELES, AND MEDICAL SERVICES, LOS ANGELES COUNTY JAIL:

WHEREAS, the above-named defendant has moved this court for an order requiring a medical examination or specific medical treatment.

NOW, THEREFORE, the above-named defendant appears to need the following:

☒ Medical Examination    ☐ Dental Examination

Specify treatment: Dim Starr has a broken nose and needs medical treatment

☐ HIV Testing (pursuant to 1202.1, 1202.6 P.C., 199.96, 199.97, 199.99 H&S)
☐ AIDS Education Class to be completed on or before_____ (date)

☐ The Court does wish to be advised of the results on or before _____ (date)
☒ The Court does not wish to be advised of the results.

DEFENDANT ORDERED TO RETURN TO COURT: 2-23-06 (date)

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED.

DATED: 2-7-06        JUDICIAL OFFICER: /s/ Dalila C. Lyons
                                       SIGNATURE/STAMP

[SEAL]

COURT ADDRESS:
900 THIRD ST
SAN FERNANDO, CA 91340

SHERIFF'S DEPARTMENT, MEDICAL RECORDS FACSIMILE #: (213) 620-1308 or 620-0225
76m117d  CR 5  (Rev 9/92)
CAMERA READY

2-175