UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. CV 08-00508 |
| ) | GW (SHx) |
| COUNTY OF LOS ANGELES, LOS ) | |
| ANGELES COUNTY SHERIFF'S ) | |
| DEPARTMENT, SHERIFF LEE BACA ) | |
| IN HIS INDIVIDUAL CAPACITY, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

DEPOSITION OF MAYBET BUGARIN
Wednesday, July 2, 2008
Los Angeles, California
REPORTED BY:    Kathleen D. Wright, CSR No. 5463, RPR
OUR FILE NO:    08-4445

EXHIBIT 22

1  recollection.

2     Okay?

3     A  Okay.

4     Q  Do you remember how many Hispanic inmates were

5  lying on the floor, injured?

6     A  No.

7     Q  Okay. You just remember Mr. Starr lying on the

8  floor injured; correct?

9     A  Yes.

10    Q  Okay. As you sit here today, other than

11 remembering Mr. Starr on a personal recollection, do you

12 have any personal recollection of any other inmates in

13 that module where Mr. Starr was?

14    A  No.

15    Q  Do you have a recollection of who were the

16 trustees in that module?

17    A  I don't remember.

18    Q  How would you, as a deputy sheriff, find out who

19 were the trustees assigned that morning to that

20 particular module?

21    A  I would ask to see who were the trustees

22 (indicating).

23    Q  Are the names of the trustees who were working

24 that module that morning documented anyplace else than

25 in the C/As' personal knowledge?

25

1  just need to be careful." That's it.

2  Q  To whom did he put in a complaint form?

3  A  I am assuming -- I don't know -- I don't
4  remember where the complaint forms go to. I am sure it
5  is the floor sergeant. He reads them, and then he
6  follows up on them. So I am assuming to the floor
7  sergeant.

8  Q  And do you know what was in that complaint that
9  Mr. Starr filed?

10  A  No.

11  Q  Was there any other information that you were
12  informed of regarding Mr. Starr?

13  A  No.

14  Q  Were you told that Mr. Starr -- did anybody tell
15  you or inform you or insinuate that Mr. Starr was a gang
16  member? Do you remember?

17  A  I don't remember.

18  Q  Okay. Is there anything else that you remember
19  hearing about Mr. Starr, other than what you have
20  already told me?

21  A  No.

22  Q  Did anybody ever reference whether he was
23  violent or whether he was big but sweet?

24  A  No.

25  Q  And as you sit here today, do you remember

33

1  seeing the stab wounds on Mr. Starr's body?

2  A  Yes.

3  Q  How many were there?

4  A  I don't remember exactly how many, but I know
5  there was more than one.

6  Q  There were a lot; right?

7  A  I don't remember how many.

8  Q  You don't remember how many, but they were a
9  lot; correct?

10  A  Several, yeah.

11  Q  Okay.  And you took pictures?

12  A  Yes.

13  Q  And you took a lot of pictures --

14  A  Yes.

15  Q  -- because --

16     How did you get a camera?

17  A  The watch sergeant usually has it, or the watch
18  commander.

19  Q  And so let me back up, then, and -- prior to
20  this incident, where were you working that day?

21  A  I was working 25 and 7.

22  Q  Okay.  And what were you doing there?  Just
23  movement?

24  A  Yeah.  I was assigned to movement.

25  Q  All right.  And that means if somebody has to be

34

1  the jail, to maintain observation of what was going on

2  between potential racial tension; correct?

3     A   Correct.

4     Q   And not only you, but your best understanding is

5  that your colleagues, other deputies and other persons

6  working in the jail, were similarly trained to be much

7  more on the lookout for potential gang-related incidents

8  or racial tension; correct?

9     A   Correct.

10    Q   And so in January of 2006, one of the very

11 important concerns that deputies had working in

12 module 2200, 2700 or 2000 in general was to be

13 particularly observant and careful about interracial

14 interaction to prevent any kind of violence between the

15 races; correct?

16    A   Correct.

17    Q   Tell me what was the first thing that you saw

18 upon arriving in module 2200 when Mr. Starr, whose name

19 you remember because it was Starr --

20    A   Uh-huh.

21    Q   Tell me what was the first thing that you saw.

22    A   I remember walking in -- or running in, and as I

23 approached -- 2200?  I am not sure that is the right

24 unit -- I saw some inmates were being escorted out in

25 handcuffs.  I saw other inmates on the floor handcuffed.

40

1  I saw -- I believe it was -- well, like I said, several
2  on the floor. They were handcuffed. Some were being
3  escorted out.
4      But by the time I got there, the situation had
5  already happened. They put a code four, which was no
6  more assistance was needed. Everything was okay.
7  That's all I remember.
8    Q  You arrived and you saw persons on the floor,
9  and they were all handcuffed?
10   A  Yes.
11   Q  Did you handcuff anybody?
12   A  No.
13   Q  After you saw them on the floor and after you
14 noticed that they were all handcuffed, what was the very
15 next thing that you did?
16   A  I escorted -- I believe I -- I didn't escort --
17 me and another deputy went downstairs and escorted
18 Inmate Starr to the clinic.
19      And then I went and got the camera from the
20 watch sergeant's office and took pictures.
21   Q  Who was this other deputy with you?
22   A  I don't remember.
23   Q  Was it a man or a woman?
24   A  It was a male.
25   Q  Who is Deputy Rodriguez?

41

1  incident from your personal recollection?

2  A  Uh-huh.

3  Q  Who else do you remember being present at the
4  time that you arrived at the tier?

5  A  I don't remember.  It -- I just remember
6  deputies, several deputies on the tier.

7  Q  And one of them was Rodriguez?

8  A  I don't know if he was in the tier.

9  Q  Okay.  Do you remember any sergeants present in
10  the tier at the time you arrived?

11  A  No, I don't remember.

12  Q  Okay.  Is it your testimony today that you don't
13  remember if you had any contact with Mr. Starr before
14  you left with him downstairs?

15  A  No, I don't -- I don't remember having contact
16  with him.

17  Q  Okay.  You may have, but you just don't
18  remember; is that correct?

19  A  Yes.

20  Q  And just to wrap that up one, as you sit here
21  today, with regards to whether or not you had any
22  interaction with Mr. Starr while he was on the floor,
23  your mind is empty of any recollection?

24  A  Correct.

25  Q  Do you remember if you kicked him in the face

45

1   while he was on the floor?

2   A   No.

3   Q   I take it you were wearing the shoes deputies

4   wear when they are at work; right?

5   A   I think I was wearing the ones I am wearing

6   now.

7   Q   What are you wearing now?

8   A   Danner boots.

9   Q   What are those?

10   A   They are just work boots.

11   Q   Can I see those?

12   A   Sure (indicating).

13   Q   Oh.  Those are traditional Danner boots that

14   deputies wear at work?

15   A   Correct.

16   Q   They are heavy shoes; right?

17   A   They are just leather booths, not heavy.

18   Q   Was Mr. Starr's face bleeding when you first saw

19   him lying on the floor in the room inside the tier?

20   A   I don't -- I don't remember if he was on the

21   floor or if he was being escorted out.

22       But when I got to the clinic, I saw blood on his

23   body.  I saw blood on the top of his head and --

24   Q   Did you see blood on his face?

25   A   I don't remember.  I don't remember.

46

1    A  Correct.

2    Q  And also, title 15 is the law in the State of

3  California; correct?

4    A  Yes.

5    Q  You are trained that that's the law; correct?

6    A  Correct.

7    Q  And so you are trained to follow the law;

8  correct?

9    A  Right.

10    Q  Now, Deputy Bugarin, if a deputy kicks a man who

11  is handcuffed, lying on the floor, in the face, that

12  would be a crime, wouldn't it?

13    A  Yes, it would.

14    Q  And if a deputy kicks a person who is

15  handcuffed, lying on the floor, in the face, and another

16  deputy observes that crime, the other deputies have a

17  duty and responsibility to uphold the law and report the

18  deputy who committed the crime of kicking a person in

19  the nose or in the face while they are down on the

20  floor; correct?

21    A  Correct.

22    Q  And a deputy who commits that kind of crime in

23  the jail could be disciplined; right?

24    A  Correct.

25    Q  Actually, they could lose their job, because

1  that would be a crime; correct?

2  A  Yes.

3  Q  What kind of crime is it when a deputy kicks an

4  inmate in the face while they are handcuffed, lying down

5  on the floor?  If you know from your training as a

6  deputy officer to uphold the law.

7      MS. CORRADO:  Incomplete hypothetical.  It calls

8  for speculation.

9      Answer if you know.

10      THE WITNESS:  I don't exactly remember the

11  wording, but it is authority under color.

12  Q  BY MS. MERCADO:  Abusing authority, isn't it?

13  A  Yes.

14  Q  It is not just excessive force.

15     It is a crime; correct?

16  A  Correct.

17  Q  Is it a misdemeanor or a felony?

18  A  It is a felony.

19  Q  And they would be charged with a felony and

20  could actually go to jail for doing that; right?

21  A  Correct.

22  Q  Have you ever heard of any deputy at all, during

23  the time you have worked in the sheriff's department,

24  being charged with the felony of assaulting an inmate

25  while they are handcuffed?