UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,                           ) | No. CV 08-00508 |
|                                       ) |         GW(SHx) |
|     Plaintiff,    ) | |
|                                       ) | |
|   vs.                       ) | |
|                                       ) | |
| COUNTY OF LOS ANGELES; LOS ANGELES    ) | |
| COUNTY SHERIFF'S DEPARTMENT; SHERIFF  ) | |
| LEE BACA, in his individual capacity, ) | |
| et al.,                               ) | |
|                                       ) | |
|     Defendants.   ) | |
| _____) | |

DEPOSITION OF LT. ALFRED GONZALES

AUGUST 28, 2008

LOS ANGELES, CALIFORNIA

ALVARADO COURT REPORTERS

525 S. Trona Avenue     2420 W. Carson Street, #210
West Covina, CA 91791    Torrance, CA 90501
Off:  (626) 938-0042    Off:  (310) 224-5174
Fax:  (626) 915-5148    Off:  (310) 787-1024

Natie Flores Alvarado, CSR No. 9016

08-4478 (B)

EXHIBIT 24

1  just saying it would not be something that I would

2  consider -- I would need more information before I would

3  consider it a major incident.

4      Q   BY MS. MERCADO:  Okay.  And would you consider

5  that a minor incident, somebody stabbed 25 times, and a

6  second person stabbed ten times, and a third person with

7  lacerations on their face?  That would be a minor

8  incident, in your mind?

9      MS. MARTINELLI:  I'm going to object.  That's an

10  incomplete hypothetical.

11       Go ahead and answer, Lieutenant.

12      THE WITNESS:  I would need more information.  If it

13  was a major incident, I think I would have had the

14  sergeant in my office saying, "I've got an incident up

15  there and this is what's going on," and then I would

16  consider it a major incident.

17      Q   BY MS. MERCADO:  Would you consider an

18  attempted murder a major incident?

19      A   Yes.

20      Q   Why?

21      A   Well, it's an attempted murder.  But when you

22  say "attempted murder," it's all relative.  There's

23  degrees of attempted murder.  I was an investigator for

24  eight years.  I was a detective.  And just an attempt --

25       If there was injury and there was eminent

49

1  supplemental reports.

2       When those are -- When those reports are
3  completed and put together as a packet, then they're
4  forwarded to the jail investigative unit, who then does
5  any follow-up if it's required.

6       Then they put the packet together and forward
7  it to either the District Attorney or find that there's
8  insufficient evidence and close the case out.

9    Q    But before -- When you were an investigator and
10 before you could close the case out, you would at least
11 want to know what the alleged victim's perspective was?

12   A    Yes.

13   Q    And you would want to know what the alleged
14 perpetrator's perspective was?

15   A    Yes.

16   Q    If you close it out before you know what either
17 the victim or the alleged criminal does, then the
18 investigation might be incomplete; right?

19   A    Yes.

20   Q    And you, Lieutenant Gonzales, would want to
21 make sure that the investigation was complete?

22   A    I never saw -- In my defense, once the initial
23 reports were written and got by my desk, I had no more
24 contact with the investigation.

25   Q    I'm just saying it would be your expectation as

74

1   a Watch Commander that the report should be complete?

2   A   Yes.

3   Q   Okay. And part of completing that report would

4   be that either the victim or the perpetrator be

5   interviewed? That's all.

6   A   Yes.

7   Q   Okay. Did you, as a Watch Commander, have to

8   prepare any --

9       Did you, as a Watch Commander, have any

10  responsibility to prepare any report if there was a riot

11  or a disturbance in the jail?

12  A   Yes.

13  Q   What was that?

14  A   Once again, it's that short notification from

15  me, although authored by me with the Captain's name on

16  top. That would be forwarded to the executives of the

17  Department, which would be the Commanders, the Chief,

18  Assistant Under Sheriff, and Sheriff.

19  Q   You've heard the term "load sheets"?

20  A   Yes.

21  Q   Okay. Would you have a duty and responsibility

22  to make sure that the load sheets were properly filled

23  out and forwarded on to the powers that be, as a Watch

24  Commander?

25  A   Although everything that happens in the jail is

75

1   A   How did I ensure?

2   Q   Yes, sir, as a supervisor.

3   A   Well, like I said earlier, I would do spot
4   checks, walk the floors, check the Title 15 books.
5       Sometimes we would get, during the staff
6   meetings, briefed by the Captain that sometimes some of
7   the load sheets were not being forwarded. That's how I
8   would find out. Then I would have to go up there and
9   brow beat my sergeants, "I need to get these things
10  done."
11      But, like I said, I didn't micro manage my
12  sergeants. If some were not prepared, I didn't catch
13  it. Because there's a lot of paperwork being generated
14  in the jails, so I couldn't ensure that every piece of
15  paper was addressed.

16  Q   If you learned that an inmate was sent to
17  segregation and never received a grievance hearing, what
18  would you, as Watch Commander, expect yourself to do?

19  A   If I knew that happened?

20  Q   Yes, sir.

21  A   I would have immediately addressed it. There
22  were numerous instances where I would go into the
23  discipline module and review inmates' discipline. And I
24  would see inmates receive, in my opinion, a lot of
25  discipline for what I thought wasn't warranted, and I

1  sergeant, in fact, had been told, I would expect him to
2  at least initiate an investigation, an inquiry.  Not an
3  investigation, but an inquiry.
4     Q   To find out if it was true or not?
5     A   Yes.
6     Q   Because if it was true, then you would take
7  action?
8     A   Yes.
9     Q   And if it was false, of course, then it's
10  another inmate telling a story?
11    A   It happens all the time.
12    Q   Right.
13    A   I've been present when -- I've seen inmates
14  embellish.  They have a tendency of embellishing.
15    Q   Do all inmates have a tendency of embellishing,
16  or are you generalizing?
17    A   I didn't say all.  I said some inmates have a
18  tendency of embellishing.
19    Q   Did you ever hear anything like, you know, that
20  deputies might think that because they're a deputy and
21  they have a badge, that they're going to be believed
22  over an inmate who obviously is there for either an
23  allegation of a crime or who may have even been
24  convicted of a crime?
25    A   Did I what?

1    A    Yes.

2    Q    Now, when you look on the left-hand side, do

3　you see anywhere where Inmate Veloz was taken out of

4　Module B?

5    A    No.

6    Q    When you look at this trustee Veloz involved in

7　a 242, does it indicate anywhere where he went?

8    A    No.

9    Q    Or what happened to him?

10   A    No.

11   Q    And did you have any understanding of what was

12　meant when a name was crossed out, such as underneath

13　Veloz, "Gascon" is crossed out?

14   A    No.

15   Q    Okay.  But from reading this form, trustee

16　Veloz was a trustee in Module 2400?

17   A    Yes.

18   Q    And from looking at this, we don't know whether

19　Gascon -- whether his name is crossed out because he was

20　not involved in a 242, or because he was not a trustee?

21   A    I have no idea why he's been crossed out.

22   Q    It doesn't say?

23   A    No.

24   Q    Okay.  And then we also know that underneath

25　that it has little tiny letters, S-t-y-s, L-a-y-o, and

128

1  then a separate number 44.

2      Do you know what that means?

3  A  No.

4  Q  And under that, "S-t-y-s" was sometimes an
5  abbreviation for "trustees"?

6  A  S-t-y --

7  Q  S-t --

8  A  S-t-y-s?

9  Q  Yes, sir.

10  A  I wouldn't think so.

11  Q  Okay.  Do you know what that means?

12  A  No.

13  Q  Or S-r-y, you don't know what that means
14  anyway; right?

15  A  No.

16  Q  Okay.  And then Arias, you don't know why his
17  name and number is there?

18  A  No.

19  Q  Okay.  Now, Cisneros was a PM trustee.

20      You see that?

21  A  Yes.

22  Q  Okay.  And so from this document, now reading
23  both pages together, the only thing we know is that
24  Inmate Veloz was involved in a 242 that day; correct?

25  A  Yes.

129

1    Q    And what is a 242?

2    A    Battery; assault.

3    Q    But we don't know with whom or what or anything

4  else; right?

5    A    Right.

6    Q    So then we would cross-reference with the

7  Incident Report to find out what Veloz was involved in

8  that day?

9    A    Not necessarily.

10   Q    No?  Okay.

11        If Veloz was involved in an assault -- in a

12 battery that day, was that reported to anybody?

13   A    Well, there would be a SH-AD/49 or an inmate

14 incident.  There would possibly be discipline procedural

15 paperwork.

16   Q    Okay.  And you earlier reviewed Exhibit 4,

17 which is the Incident Report in this case.  And so if we

18 looked at it, Veloz is mentioned in that report?

19   A    Yes.

20   Q    All right.  And so it says Veloz refused to

21 talk?

22   A    I don't know -- Where does it say that, in the

23 report?  You're asking me to read the report?

24   Q    Why don't I ask you to take a look at that

25 report --

130

1    Q   It doesn't say why he was being disciplined,
2  though; right?
3    A   No.
4    Q   Okay. And they were -- He would go to
5  Sergeant's Court, and they would figure out whether or
6  not he should be on discipline?
7    A   That's correct.
8    Q   Okay. And this doesn't indicate where Cisneros
9  was housed that day; right?
10    A   It says 2700.
11    Q   Well, he was transported to 2700, we assume,
12  from 2400.
13    A   And that's where he would be housed pending
14  Sergeant's Court.
15    Q   Right. And then it says -- The following one
16  is S/V 3 Sandoval, which also stated that he did not see
17  anything and he had no injuries. And he was escorted to
18  the disciplinary module.
19       See that?
20    A   Yes.
21    Q   Okay. Now, at some point a determination has
22  to be made whether Cisneros was a victim or a suspect;
23  correct?
24    A   No. It was determined. They made him a
25  suspect/victim. He's both.

132

ALVARADO COURT REPORTERS

1  then he goes to the hospital.

2       And then she indicates that this particular

3  suspect/victim actually had all kinds of injuries,

4  didn't he?

5    A  Yes.

6    Q  And he was -- She indicates that he said he was

7  attacked, when the cell door opened, by Hispanic

8  inmates, who jumped him.  That's what it says way at the

9  bottom of 1004 --

10   A  Yes.

11   Q  -- of Exhibit 4?

12   A  Yes.

13   Q  If you were reading this, would you be able to

14  make a determination from this that at least we know he

15  was a victim, anyway, because he was injured; right?

16   A  At least, yes.

17   Q  Okay.  And if you turn to the next page,

18  Deputy Martinez reported that:

19        "In the MSJ clinic,

20     Suspect/Victim No. 4, Starr, pointed

21     at and identified Suspect/Victim

22     Veloz as one of his attackers."

23       You see that?

24   A  Yes.

25   Q  Now, that statement to Deputy Martinez and that

134

ALVARADO COURT REPORTERS

1    identification that, "This guy attacked me," what do
2    you, as a Watch Commander, understand an inmate claiming
3    "somebody attacked him" to mean?
4    A    That he was a victim.
5    Q    Okay. And Kelly, as Suspect/Victim No. 5, he
6    had lacerations on his right chest, and she describes
7    where he has lacerations:
8         "He was transported to the County
9      by ambulance, but Kelly told me all
10      he remembers is getting rushed by
11      south sider inmates."
12         You see that?
13    A    Yes.
14    Q    Does that indicate that Kelly -- Does that
15    indicate that at least as to Deputy Martinez, Kelly is
16    not claiming that he was in a fight; correct?
17    A    Well, he's claiming that he was at least a
18    victim.
19    Q    Right. And Starr is claiming that he was at
20    least a victim?
21    A    Yes.
22    Q    And neither Starr nor Kelly, from this report,
23    anyway, are saying, "We were in mutual combat"; right?
24    A    Based on this, yes.
25    Q    Okay. All right. And she indicates here that

135

ALVARADO COURT REPORTERS