Journeyman™ II GTX® Steel Toe Work Boots - Protective Toe - Work - Danner        Page 1 of 2





