To:  Starr v. LASD
From: R. Arroyo
Re: Summary of Defendants response to Plaintiff's Request for Documents and Things to Los Angeles County Sheriff's Department, Set 1,  Request 15, served 4/11/08(requested)

September 28, 2009

Defendant's THIRD SUPPLEMENTAL Response to POD 1; Request #15.

The Watch Commander's daily activity logs referencing inmate on inmate major assaults at Men's Central Jail for the period of January 1, 2004 through June 2006.
Bates Stamped COLA/LASD 01746-01794.

6/04/04 to 5/7/06
Total Incidents:		51

Total 2000 Incidents:	17 ( 33% of total)