To:  Starr v. LASD
From: R. Arroyo
Re: Summary of Defendants response to Plaintiff's Request for Documents and Things to Los Angeles County Sheriff's Department, Set Six,  Request 23. Served 7/17/09.

September 28, 2009

The Facility Automated Statistical Tracking System (FAST) for tracking inmate on inmate major incidents of assaults for the time period of March 23, 2003 to February 1, 2006 at MCJ.

Inmate Assault Reports: LAMCJ areas included: Floors; 2000, 3000, 4000, 5000, 6000, 7000, 8000, 9000, IRC Courtline, Visit Area Rear, Basement kitchen, Bates stamped COLA/LASD 08314-08391

6/5/04 TO 2/1/06 (First date appearing in the logs provided is 6/5/04)
Total Incidents:                1165
Total Inmate Victims          1493

Total 2000 Incidents          283 (24% of total)