## Men's Central Jail Facility
### MAJOR DISTURBANCES
01/01/2004   To   06/30/2006

Number of Records   18

**Primary Causal Factor**



Vending / Stores (1)    (2)
Gang (3)
Racial (8)
Non_Complaint / Aggressive (2)
Other / Unknown (2)

**Secondary Causal Factor**



(2)
0.00 (16)

Printed  8:24:41 AM, 10/3/2008

COLA/LASD  01796

## North County Correctional Facility
### MAJOR DISTURBANCES

01/01/2004 To 06/30/2006

Number of Records: 46

**Primary Causal Factor**



Verbal Dispute / Disrespect (4)
(2)
Inmate Informant (1)
Non_Complaint / Aggressive (1)
One on One fight between Inm (3)
Other / Unknown (6)
Overflow from Previous Distu (1)
Racial (28)

**Secondary Causal Factor**



(1)
0 00 (45)

COLA/LASD 01800