```
                    0-372-1111 SOUSA COURT REPORTERS 714-571-0111

                           UNITED STATES DISTRICT COURT

                    TRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION


         TARR,                              )
                                            )
                   Plaintiff,               )
                                            )
              vs.                           )  No. CV08-00508 GW(SHx)
                                            )
         TY OF LOS ANGELES, LOS             )
         ELES COUNTY SHERIFF'S              )
         PARTMENT, SHERIFF LEROY BACA,      )
         HIS INDIVIDUAL CAPACITY,           )
         PUTY MAYBET BUGARIN, DOE FEMALE    )
         EPUTY RODRIGUEZ, DOE MALE DEPUTY   )
         RODRIGUEZ, AND DOES 1 THROUGH 10,  )
         INCLUSIVE,                         )
                                            )
                   Defendants.              )
                                            )


                      DEPOSITION OF DION DRAKE STARR

                           LOS ANGELES, CALIFORNIA

                           TUESDAY, AUGUST 5, 2008




         REPORTED BY:
         DENISE GANZ
         C.S.R. NO. 4138
         JOB NO. 561622
```

1

```
      310-372-1111 SOUSA COURT REPORTERS 714-571-0111
 1   were in cells numbers eight and ten?
 2        A    Yes.
 3        Q    Do you know in grand total how many ultimately
 4   attacked you?
 5        A    From ten to twelve.
 6        Q    And they attacked you and Mr. Kelly?
 7        A    Yes.
 8        Q    Did any of these individuals say anything to
 9   either you or Mr. Kelly that you heard?
10        A    Yes.
11        Q    What were you -- what did they say to you?
12        A    Mayate.
13        Q    I'm sorry?
14        A    Mayate, mayate.  Calls me "nigger."
15        Q    And that was it?
16        A    They kill us, kill them, kill them.
17        Q    In English?
18        A    Kill them, mayate.  Yes, you can hear that from
19   some individuals that speak English.
20        Q    And what were you doing at this point?  Yelling
21   out?  Defending yourself?
22        A    I immediately started yelling as loud as I
23   could, There's stabbing, they're killing us, help, help,
24   help, and Deputy, Deputy, Deputy, they're stabbing us,
25   loud as I could.
```

310-372-1111 SOUSA COURT REPORTERS 714-571-0111

1   Q   How often did that occur?
2   A   Well, just Miss Bugarin called me a nigger.
3   Q   When did she call you a nigger?
4   A   She called me that right when she was kicking
5   me -- before she kicked me in the face she said -- before
6   she -- maybe a second before she kicked me in the face
7   she called me that.
8   Q   Had she ever used that term toward you prior to
9   that?
10  A   No.
11  Q   Had any other deputy or other sheriffs
12  personnel used that term directed towards you during this
13  particular incarceration prior to that?
14  A   No.
15  Q   How about any other racial slur, whether that
16  word or anything else, up to that point?
17  A   No.
18  Q   So Deputy Bugarin's comment was the first time
19  during that incarceration where that kind of term was
20  used toward you?
21  A   Yes.
22  Q   What about after that particular incident, did
23  she use that term or any other racial slur toward you
24  again during that time?
25  A   No.