# *Sixth*
# Office of Independent Review
# Annual Report

Michael J. Gennaco
*Chief Attorney*
Robert S. Miller
Benjamin Jones, Jr.
*Deputy Chief Attorneys*
Julie Ruhlin
Stephen J. Connolly
*Attorneys*
Angie Calderon
Sylvia Newkirk-Ma
*Professional Staff*
4900 South Eastern Ave.
Suite 204
City of Commerce
California 90040
Telephone: 323-890-5425
Fax: 323-869-0715
www.LAOIR.COM
D E C E M B E R 2 0 0 7

# PART ONE In-Custody Death Issues for LASD

## The Death of Inmate Gavira

Following the apparent suicide of Ramon Camarillo Gavira, an inmate at Men's Central Jail, in 2002, troubling allegations surfaced regarding the cause of the inmate's death, including the suggestion that deputies actually murdered Mr. Gavira and covered up the murder to make it appear a suicide. These claims surfaced publicly in May 2006, with the most egregious allegations being that a female deputy had taunted, harassed, and beaten Mr. Gavira while he was in custody and intimated that she was responsible for his death. Much of the reported information recounted allegations from a lawsuit filed by Mr. Gavira's family against the County and the LASD. That lawsuit was subsequently settled.

After these claims became public, OIR was asked to review the allegations and provide insight into the evidence in this case. While OIR was able to reach conclusions about some of the allegations — conclusions that do not substantiate the most serious of the accusations — the failure of LASD to thoroughly investigate some of those allegations at the time of the death created a factual deficit that makes it impossible to answer all of the claims. In OIR's view, it is that shortcoming that is the most troublesome: namely, that the investigative protocols in effect at that time did not ensure a thorough and contemporaneous review of the circumstances leading up to the death of Mr. Gavira. As a result, the "findings" of LASD with regard to this case have been met with skepticism and distrust by some and left the Department struggling to rebut some of those allegations. However, since the Gavira incident, the Department has been on a road to reform that will hopefully ensure thorough and contemporaneous investigations into all significant circumstances surrounding inmate deaths. While even a mature and robust investigation may not provide clear-cut answers to all questions, the Department will at least be able to demonstrate that it performed a thorough investigation in search of answers to those questions.

*-1-*