COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT
"A Tradition Of Service"

DATE: July 18, 2002

## MORTALITY REVIEW

SUBJECT: NAME: CAMARILLO, RAMON
BOOKING NUMBER: 734 01 69
DATE OF DEATH: JULY 11, 2002
DATE OF ARREST: JULY 6, 2002
TO CUSTODY OF SHERIFF: JULY 9, 2002
LOCATION: LAC+U.S.C. MEDICAL CENTER

***************
### CONCLUSIONS

**INITIAL DIAGNOSIS:** Alcohol withdrawal, non-insulin dependent diabetes (NIDDM), depression

**CAUSE OF DEATH:** Preliminary: cardio-pulmonary arrest, asphyxiation, hanging

**MEDICAL HISTORY:** NIDDM, hypertension, alcohol abuse, depression and auditory hallucinations.

**CONSULTATIONS:** CPR, paramedics

**ADEQUATE UTILIZATION OF RESOURCES:** No

**THERAPEUTIC PLAN APPROPRIATE:** See PIRR

**COMMENTS:** The deceased was a 43-year old male. On **7/9/02**, he told custody personnel during triage that he was suicidal. During the data base, he indicated he had NIDDM and alcohol abuse. He was symptomatic of post alcohol syndrome (PAS) and had hand tremors and flushed face. He denied suicidal thoughts during the data base. He was evaluated by the physician who ordered PAS protocol medications and the initial dose was given in the Inmate Reception Center (IRC). An evaluation by the psychiatric social worker was also done in IRC. During the mental health evaluation, he denied current suicidal thoughts but indicated he attempted to crash his car x 2 in efforts to hurt himself. He claimed auditory hallucinations when he stopped drinking. His mood was described as depressed, anxious, fearful, and nervous with a depressed, despairing affect. He was cleared for CJ med/pill housing.

**CONFIDENTIAL**
**PRIVILEGED COMMUNICATION**

COLA/LASD 06519

# INMATE DEATH REVIEW MEETING
August 13, 2002

Subject to Attorney/Client and Work Product Privileges

| NAME | UNIT | PHONE |
|---|---|---|
| Robert F. Galarneau | Custody Support Ser. | 213 893-5866 |
| Eric B. Smith | PDC North Facility | |
| Huck Jackson | Corr. Svcs. | 213-893-5019 |
| Al Scaduto | " " | 213 893-5017 |
| Kenneth Brazile | Custody Division Ops | (661) 295-8010 |
| Lee McCown | Custody / Correctional | (213) 893-5002 |
| Marc Klugman | Corr Serv. Div. | (213) 893 5018 |
| Edward Allen | Trans Div./Custody | (213) 974-7396 |
| Thomas Klotz | Jail Mental Health | (213) 893 5427 |
| Tom Flaherty | MSB | 213-893 5461 |
| Chris Johnson | CSS | (213) 893-5063 |
| John Scott | Cust Ops | (213) 893-5004 |

COLA/LASD 06547

# INMATE DEATH REVIEW

NAME OF INMATE(S): *INMATE: WALTON, ARTHUR # 7343-618*
*INMATE: CAMARILLO, RAMON # 7340-169*
DATE OF REVIEW: August 13, 2002   1030 HOURS

## ATTENDEES

| NAME | RANK | UNIT OF ASSIGNMENT | TELEPHONE NUMBER |
|---|---|---|---|
| Michael Gennaco | — | OIR | 323-890-5360 |
| Tom Hancuss | SGT | Homicide | 323-890-5500 |
| Larry Brandenburg | Det. | " | " |
| JoAnn Sanfilippo | Nurse Manager | UCJ | 974-4945 |
| John Waller | CNII | TTCF | 893-5388 |
| Jerry Cunningham | Dep. | Civil Litigation | 323-890-5412 |
| Andrea Bradley | Dep | CSS | 893-5705 |
| Eric B. Smith | Capt. | PDC North | |
| Ralph Ongkeko | N/A | Legal Advisor | 323 526 5132 |
| Dea Jones | — | OIR | (323) 890-5362 |
| Philip Guzman | Dep | Homicide | (323) 890-5500 |
| Joe Purcell | SGT | Homicide | (323) 890-5500 |
| Edward L. Allen | LT. | Trans Div/Cust. | (213) 974-7596 |
| Thomas Klotz | MD | Jail Mental Health | (213) 893-5427 |
| Tom Flaherty | CWO | MSB | 213/893-5461 |
| Deanna Cundiff | Nurse Manager | PDC | (661) 295-8831 |
| Rita Deases | Director | North County | (661) 295-8821 |
| | | | |



---

**POLICY AND PROCEDURES -- SUPPORT SERVICES, RISK MANAGEMENT**

The Custody Support Services has reviewed the applicable Department, Division, and Unit policies and procedures related to this matter.

**THERE ARE NO RECOMMENDATIONS CONCERNING POLICY & PROCEDURES.**

_____          10/3/02
ROBERT GALARNEAU, A/LIEUTENANT              DATE

---

**TRAINING ISSUES – CUSTODY HEADQUARTERS TRAINING UNIT**

The Custody Headquarter's Training Unit has reviewed this matter in terms of training issues and needs.

**THERE ARE NO RECOMMENDATIONS CONCERNING TRAINING ISSUES.**

_____          10-08-02
EDWARD ALLEN, LIEUTENANT                    DATE

---

Custody Support Services, telephone: 213.893.5102   fax: 213.613.4780

COLA/LASD 06640



## MEDICAL ISSUES - MEDICAL SERVICES

Captain Richard Barrantes, Doctor John Clark, Chief Medical Physician, and Helen Hud, RN, have reviewed this matter for compliance with proper medical protocols and community standards.

**THERE ARE NO RECOMMENDATIONS CONCERNING MEDICAL SERVICES.**

_____  10-10.02
RICHARD J. BARRANTES, CAPTAIN    DATE

_____  10/15/02
JOHN CLARK, CHIEF MEDICAL PHYSICIAN    DATE

## CUSTODY DIVISION LEGAL ADVISOR

PETER GLICK
Mr. ~~Kevin Brazile~~, Custody Division Legal Advisor, has reviewed this document, and approved its distribution to the responsible parties.

_____  11-11-02
~~RALPH ONOKEKO~~, LEGAL ADVISOR    DATE
PETER GLICK

Custody Support Services, telephone: 213.893.5102   fax: 213.613.4780

COLA/LASD 06641

| COUNTY OF LOS ANGELES | | DEPARTMENT OF CORON |
|---|---|---|
| **12** | **AUTOPSY REPORT** | No. 2002-05211 |
| | I performed an autopsy on the body of the DEPARTMENT OF CORONER | CAMARILLO, RAMON G. |
| at Los Angeles, California | on JULY 14, 2002 @ 0830 HOURS | |

From the anatomic findings and pertinent history I ascribe the death to:

(A) ASPHYXIA
DUE TO, OR AS A CONSEQUENCE OF

(B) HANGING
DUE TO, OR AS A CONSEQUENCE OF

(C)
DUE TO, OR AS A CONSEQUENCE OF

(D)
OTHER CONDITIONS CONTRIBUTING BUT NOT RELATED TO THE IMMEDIATE CAUSE OF DEATH

*Anatomical Summary:*

I. Apparent hanging in cell (single cell):

    A. Furrow with abrasion, neck.

II. Fractures of left horn of hyoid bone and left horn of thyroid cartilage.

III. Hemorrhage, mid-portion of left sternocleidomastoid muscle.

IV. Rib fractures, multiple, left side.

V. Contusions of varying age, torso and extremities.

VI. Hemorrhage, loops of small intestine, focal:

    A. Hemorrhage, left parietal scalp, apparent bilateral scleral petechiae.

VII. Fatty change of liver.



76A890M—Rev 8/94

| COUNTY OF LOS ANGELES | | DEPARTMENT OF CORONER |
|---|---|---|
| **12** | **AUTOPSY REPORT** | No. 2002-05211<br>CAMARILLO, RAMON G. |
| Page 3 | | |

EVIDENCE OF MEDICAL THERAPEUTIC INTERVENTION:

1. An intravenous line is present in the right supraclavicular area.

2. An endotracheal tube is present in the mouth.

3. An intravenous line is present in the right antecubital fossa.

DESCRIPTION OF FURROW WITH ABRASIONS:

There is a furrow with accompanying abrasion. This is present on the neck. On the right side, it trails upward towards the upper posterior neck. On the left side, it trails upward to a lesser distance, about to the level of the left sternocleido-mastoid muscle. The furrow measures up to 1/2 inch in width and up to 2 mm in depth. There is an accompanying abrasion present on both the left and right sides.

DESCRIPTION OF BLUNT FORCE TRAUMATIC INJURY:

1. There is a purple-green reddish large contusion present on the lateral and anterior aspects of the left upper arm, just below the shoulder. This measures 3 x 2 inches and has a multiple-color pattern. There is a fading red contusion present on the lateral right upper arm, measuring 2 x 2 inches roughly. There is a green contusion present on the right lateral abdomen, measuring 3 x 2 inches. There is a fading green contusion present on the left thigh on the horizontal axis, measuring 2 x 1 inches. There is a reddish contusion present on the left thigh above the left knee, measuring 2 x 2 inches. There is a green contusion measuring 3 x 1-1/2 inches present on the anterior right thigh. There is a reddish contusion measuring 1-1/2 x 1 inches present at the right knee, and another contusion measuring 1 x 1 inch present below this other contusion.

2. There is an abrasion measuring 1/2 inch in length present on the lower right leg.

3. There is a crusted punctate abrasion measuring 1/8 inch in diameter present on the dorsum of the right hand.

10-3

6A798P—Rev 2:91

| COUNTY OF LOS ANGELES | | DEPARTMENT OF CORONER |
|---|---|---|
| **12** <br> Page 8 | **AUTOPSY REPORT** | No. <br> 2002-05211 <br> CAMARILLO, RAMON G. |

DIAGRAMS USED:

Form 16, as well as Diagrams 20, 22 and 24 were used in this autopsy.

OPINION:

The decedent, Ramon Camarillo, was a 43-year-old Hispanic male. Criminal histories included alcohol-related violations and driving without a license. Mr. Camarillo was arrested on July 6, 2002 at 1440 hours for driving under the influence of an alcoholic beverage. He was subsequently incarcerated at the Men's Central Jail in Los Angeles. Initially, the decedent was placed in a cell with other inmates. However, the decedent had difficulties in his relationships with the other inmates and was subsequently transferred to a single cell.

On July 11, 2002, the decedent was discovered hanging in his cell at around 2130 hours. He had been seen alive ten minutes prior to being found hanging in his cell. The noose consisted of a length of torn bedsheet which was wrapped very tightly around the neck. It produced a tight noose with a thin furrow. The decedent's feet were on the floor when he was discovered. The bedsheet was attached to the jail cell door. After being discovered, paramedics were called, and the decedent was transported to L.A. County-USC Medical Center where he was pronounced dead shortly after arrival.

Autopsy confirmed the presence of a furrow present around the neck. There was a fracture of the left horn of the thyroid cartilage with accompanying fracture of the left cornu of the hyoid bone. Additionally, there were bruises of varying ages found on the decedent's body. The bruises were found on the upper arms, abdomen, thighs and areas of the knees. Additionally, hemorrhage was found in a loop of small intestine. There was no hemothorax or hemoperitoneum. The bruises were of varying ages ranging from less than 24 hours up to approximately 72 hours in age. Additionally, there were fractures of multiple ribs on the left side laterally. There was also some hemorrhage of the left parietal scalp along with bilateral scleral petechiae.

10-8

SA798P—Rev 2/91

| COUNTY OF LOS ANGELES | | DEPARTMENT OF CORONER |
|---|---|---|
| **12** Page 9 | **AUTOPSY REPORT** | No. 2002-05211<br>CAMARILLO, RAMON G. |

Detectives Purcell and Guzman were interviewed at the Coroner's Office subsequently by the Deputy Medical Examiner. They indicated that the decedent had psychiatric problems, and psychiatric consultation had been suggested. The decedent additionally had seemed confused and disoriented at times during his incarceration and seemed ill at ease in the jail. The medical staff reported that the decedent had attempted suicide approximately six years prior to his incarceration. He had been distraught and crying during the medical screening process. Witnesses were interviewed. They agreed that it was not possible for anybody to get into victim inmate Camarillo's cell and that the decedent was alone in the cell at the time prior to being found.

In summary, the origin of the contusions, rib fractures, and other trauma is not known. However, it is opined that they did not contribute to his death. Therefore, it is opined that the decedent died by hanging, and the death is moded as suicide. This is based on the information known at this time, and it is possible that subsequent information might lead to alteration of these conclusions.

_Jeffrey Gutstadt_   11/17/2002
JEFFREY P. GUTSTADT, M.D.   DATE
DEPUTY MEDICAL EXAMINER

JPG:am/jm:c
D-07/14/02-1145 hours
T-07/19/02

10-9

76A798P—Rev 2/91