

*Los Angeles County*
# Sheriff's Department
*Custody Support Services*

## Inmate Death Review
## Men's Central Jail
## January 12, 2004

Project No. 204016

**THIS DOCUMENT IS CONFIDENTIAL AND PRIVILEGED**

COLA/LASD 03332



## TRAINING ISSUES – CUSTODY DIVISION TRAINING UNIT

The Custody Division Training Unit has reviewed this matter in terms of training issues and needs. The following training issues associated with this matter were identified.

- ❑ There is a discrepancy between the incident time listed on the Incident Report, the Chief's Memorandum and the Division Operations Log. It is recommended that the reported incident time is as consistent as possible on all reports, memorandums and logs for accurate documentation purposes, as well as possible litigation factors.

- ❑ The Incident Report states that weapons and clothing were collected during a search of cells after the incident; however, no items are listed in the "evidence" section of the report. It is recommended that any and all contraband, weapons, or any other evidence discovered should be thoroughly and accurately documented in the Incident Report, for prosecution and litigation factors.

- ❑ There are fourteen inmates listed as victims on the Incident Report, with four of the victims being transferred to LAC/USC Medical Center. There were no inmate injury reports for two of these individuals being transferred to LAC/USC Medical Center. It is recommended that an inmate injury report is written for every inmate injured during a disturbance for accurate documentation purposes, criminal prosecution of other inmates involved, and possible litigation factors.

- ❑ Of the four inmates transferred to LAC/USC Medical Center for treatment of injuries, one of the inmate's injuries is simply described as "multiple stab wounds in the upper torso." It is recommended that the injuries sustained are described as accurately and thoroughly as possible in the Incident Report, for potential prosecution and litigation factors.

- ❑ There is no documentation in the Uniform Daily Activity Log pertaining to the disturbance or the death of Inmate Faye. It is recommended that any special incidents occurring during shift, especially disturbances, deaths, lock-downs, etc., are documented in the Uniform Daily Activity Log.

_____  8/18/04
ALLAN SMITH, LIEUTENANT          DATE

*Custody Support Services, telephone: (213) 893-5102   fax: (213) 613-4780*        Page 3



REVIEW OF INMATE DEATH                    File No. 004-00077-5100-011

| | |
|---|---|
| **INMATE:** | FAYE, KRISTOPHER RAYSHAWN<br>M/B 21   D.O.B.  07/19/1982, BKG #7911-545 |
| **HOUSING LOCATION:** | MEN'S CENTRAL JAIL, MODULE 2900 |
| **LOCATION:** | LOS ANGELES COUNTY/UNIVERSITY OF SOUTHERN CALIFORNIA MEDICAL CENTER |
| **DATE:** | JANUARY 12, 2004 |
| **TIME:** | 1740 HOURS |
| **REVIEWED BY:** | DEPUTY TRACY FREDERICKSON |

On February 24, 2004, Custody Support Services Unit reviewed the in-custody death of Inmate Faye, who died at Los Angeles County/University of Southern California Medical Center. The purpose of the review was to determine whether any policy or training issues exist which need to be addressed to prevent similar incidents in the future. During the review, Deputy Tracy Frederickson, Custody Support Services, collected and reviewed all related documents.

### Incident Review:

Inmate Kristopher Rayshawn Faye was arrested by the Los Angeles County Sheriff's Department on November 17, 2003 for Burglary 459 P.C. and two outstanding warrants for Failure to Appear, 40508 (A) V.C. He was booked at the Inmate Reception Center on November 19, 2003 and housed in Men's Central Jail Module 2900 on A-row on November 20, 2003. He was moved to B-row on November 23, 2003. Module 2900 is a general population dorm, with inmates classified with a low and medium security level.

Inmate Faye was taken to Los Angeles County Superior Court, on November 19, 2003. Charges were filed for two counts of Burglary, P.C. 459, and his next court date was January 26, 2004 at Pomona Superior Court. He was being held on $275,000 bail.

On January 12, 2004 at approximately 1600 hours, Deputy Encinas #478595 saw approximately ten to fifteen male inmates gather in front of A-Row, Cell #2. He then saw a male Black inmate pushed by another inmate into the front of the 2900 Control

---

*Custody Support Services, telephone: (213) 893-5102   fax: (213) 613-4780*                    Page 1

COLA/LASD 03639



booth. The inmates then separated along racial lines (Black vs. Hispanic) and began fighting. Deputy Encinas ordered the inmates to stop fighting and lay on the floor, but they did not comply.

Assisting deputies responded and ordered the inmates to stop fighting. The disturbance was quelled with verbal commands and O.C. spray. The inmates began to comply and laid on the floor. Deputies then entered the module to escort inmates out of the module to be treated for their injuries.

According to information from Homicide Bureau, Inmate Faye had jumped from the upper tier to the lower level to use the telephones; apparently the Hispanic inmates do not allow this as it can lead to sanctions against the dorm if observed by deputies. As Inmate Faye got near the phones, he was confronted by numerous Hispanics. The group of 3-4 inmates immediately started stabbing Faye with shanks. Inmate Faye tried to protect himself by going into an open cell, but was followed, stabbed and beaten. Other inmates also began fighting and separated along racial lines (Black vs. Hispanic). Racial tensions in Dorm 2900 had been low prior to the disturbance. However, as a result of being disrespectful to many inmates in the dorm, Inmate Faye proceeded to increase racial tensions. Therefore, within the day prior to the disturbance, racial tensions were running high in the dorm.

Inmate Faye was found lying on his back on the floor of A- between cells #2 and #3. He appeared to have multiple s and was conscious and breathing, but unresponsive. His s blood stains. Medical Services personnel were immediatel Angeles City fire paramedics also responded. Inmate Fay Central Jail Clinic on a gurney, at which time he was imme Angeles County Medical Center via Los Angeles City Fire F Attendants Layrin #ML2534 and Tayma #D59423. Deputie Kennedy #487870, provided security for Inmate Faye.

Inmate Faye was taken into surgery at 1640 hours and pror by Dr. Asencio at the Los Angeles County/USC Medical Cei #2004-00360 was issued.

[handwritten margin notes: "Extra jmf" / "'Jumped' - Wouldn't get hurt doing this." / "I thought there were screens to prevent this?" / "There was no more funding by the time they got to this module."]

All of the cells in Module 2900 A-row and B-row were searcl jail made weapons (shanks) were recovered from Module 2900 during the module search by Deputies Orosco #487230, Ortega #472741, Enriquez #459592, Montenegro #459586 and Galbraith #431542. Clothing that contained blood stains from inmates evacuated from Module 2900 was recovered by Deputy Simoes #482960. The recovered weapons and clothing were released to Homicide Detectives Sam Dendekker #196132 and Christine Cams #213599.

Homicide Bureau's investigation resulted in murder charges (187 P.C.) being filed against five of the inmates involved in Inmate Faye's death.

*Custody Support Services, telephone: (213) 893-5102 fax: (213) 613-4780*   Page 2