

# Los Angeles County
## Sheriff's Department
*Custody Support Services*

Inmate Death Review
Inmate Reception Center
December 9, 2003

Project No. 203-478

THIS DOCUMENT IS CONFIDENTIAL AND PRIVILEGED

COLA/LASD 02837



## SECURITY ISSUES

Custody Support Services has reviewed this matter in terms of security issues and two issues were identified.

- Failure to identify an altercation between several inmates in a cell for a prolonged period of time.

- Blind spot in the toilet area of the cell.

## TRAINING ISSUES:

Custody Support Services has reviewed this matter in terms of training issues and two training issues were identified.

- Lack of proper documentation for evidence collection in supplemental reports.

- Need for training in the proper procedure for conducting a security/safety check.

## MEDICAL BACKGROUND:

For medical background information, please see Post Review from Nurse Manager listed as Attachment H under the attachment section of this Death Review packet.



## SECURITY ISSUES:

Custody Support Services reviewed this incident and two security issues were identified.

## RECOMMENDATIONS:

- Failure to identify an altercation between several inmates and the victim.

    1. It is recommended that personnel are re-briefed on the required procedure and documentation for safety checks.

- Blind spot in the toilet area of the cell.

    1. It is recommended that personnel are briefed regarding checking the entire cell.

COLA/LASD 02847