

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT    PAGE 3
NARRATIVE CONTINUATION

DATE: 11-16-05                          FILE NO. 005-01596-5100-011

Deputy Boling, #496202:
Inmate ▉▉▉▉▉▉▉▉ 2400 D-6
Inmate ▉▉▉▉▉▉▉▉ 2400 D-6
Inmate ▉▉▉▉▉▉▉▉ 2400 D-11
Inmate ▉▉▉▉▉▉▉▉ 2400 B-6

Deputy Burke, #507859:
Inmate ▉▉▉▉▉▉▉▉ 2400 D-7

Deputy Aguilar, #463024:
Inmate          2400 B-3

Deputy Corrales, #484628:
Inmate          2400 B-8

Deputy Genao, #455312:
Inmate          2400 D-9
Inmate          2400 D-9

Deputy Lanska, #483796:
Inmate          2400 B-7                    INPUT-LARCIS

Deputy Martinez, #456320:
Inmate          2400 B-7
Inmate          2400 B-8

COLA/LASD 04908

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT**  
**NARRATIVE CONTINUATION**   PAGE 4

DATE: 11-16-05   FILE NO. 005-01596-5100-011

**Deputy Olvera, #503798:**
Inmate                      2400 B-10

**Deputy Ortega, #464800:**
Inmate                      2400 D-1
Inmate                      2400 D-3
Inmate                      2400 D-11

**Deputy Orosco, #487230:**
Inmate                      2400 B-7
Inmate                      2400 B-8
Inmate                      2400 B-8
Inmate                      2401

**Deputy Rodriguez, #478244:**
Inmate                      2400 D-7
Inmate                      2400 D-1
Inmate                      2400 B-13

INPUT-LARCIS

**Deputy Salazar, #488652:**
Inmate                      2400 B-8
Inmate                      2400 B-7

**Deputy Solano, #470565:**
Inmate                      2400 D-13

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT**     PAGE 5
**NARRATIVE CONTINUATION**

DATE: 11-16-05           FILE NO. 005-01596-5100-011

Homicide Bureu was contacted and Sergeant Mac Arthur #196226 arrived at approximately 1925 Hours and took control of the investigation. Coroners Case #205-08694 was issued.

Crime Lab personnel, Ken Sewell #233709, Bryan Edmonds #492775 and John Bockrath #404732, arrived at 2153 Hours. All bagged evidence was processed and booked by the crime lab.

INPUT-LARCIS

SH-R-77 (RED TTP) REV. for WP6.0 11/94

## COUNTY OF LOS ANGELES-SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT

DATE: 11/06/05

FILE: 055-01596-5100-011

C: Murder 187(a) P.C ./F/ 011

ACTION: ACTIVE ADDITIONAL INFO.

V: Cochran, Chadwick #8786739
D:
S:

### NARRATIVE

The purpose of this supplemental report is to provide active additional information regarding the above incident.

While assigned as a 3000 Floor Prowler, I responded to the 2000 Floor where I was detailed to conduct preliminary interviews of the inmates who were in the day room at the time the above incident took place. The interviews were conducted in order to locate any possible witnesses.

I interviewed Inmate ▓▓▓▓▓▓▓▓▓▓ and he related the following:

Inmate ▓▓▓▓ said he was talking with V/ Cochran, Chadwick when a male Hispanic with a shaved head told him to move away from V/Chadwick. At that time the male Hispanic began assaulting V/Cochran. He was punched on the face and he fell to the floor. Once he was on the floor, the male Hispanic began kicking and punching him about his head and upper body. At that time several Male Hispanics joined in on the assault and began kicking and punching V/Cochran about his head and body. Inmate ▓▓▓▓ said V/Cochran's assailants also hit him on the head with what he described as blue or green dinner trays. He said V/Cochran attempted to defend himself, however he lost consciousness during the assault. V/Cochran regained consciousness, but they beat him until he lost consciousness a second time. V/Cochran laid motionless and they continued to beat him.

Inmate ▓▓▓▓ said the assault took place near the toilet located in the day room. He said V/Cochrans assailants were all male Hispanics with shaved heads. The African American Inmates who were in the day room huddled up together near the front door and did not get involved.

I interviewed Inmate ▓▓▓▓▓▓▓▓▓▓▓▓▓ and he related the following.

Inmate ▓▓▓▓ said he was sent to the day room when he returned from the "roof" (recreation yard). When he entered the day room he was given a dinner tray. He said he sat on the bench located near the door and began eating his dinner. As he was eating his dinner he saw several male Hispanics assaulting a male white inmate. He said the male white inmate was punched and kicked about his head and body. He said the male white was also hit on the head with what he described as green dinner trays. He said the white inmate laid on the floor motionless and did not fight back.

INPUT-LARCIS

BY: Dep. Magadan R. 482956
APPROVED: Sgt. Brossoit #277117 SB
ASSIGNED: Homicide
SECRETARY:

COLA/LASD 04911



Deputy Puga said that they routinely use the television room and day rooms to temporarily hold inmates being sent out on transfer lines or being transferred into the module. He said that the inmates are held in those areas for short periods of time. He said that in addition to the hourly row checks that are required, he checks on inmates being held in the television or day rooms approximately every 15 minutes.

**IAB Note:** A 15 minute check is not required by policy or procedure. These security checks would not be logged, since the Title 15 ledgers only note the one hour row checks, and there is not a separate log of the television/day rooms.

**Deputy Cristina Martinez** was assigned to work the 2201 day room from 1400 to 2200 the evening Inmate Cochran was murdered. Deputy Martinez was working overtime and is regularly assigned to day shift. The 2201 day room is located on the second level of module 2200/2400. Deputy Martinez said her responsibilities that evening were to maintain security and watch over inmates (approximately 20) being housed in the 2201 day room. Deputy Martinez said that she walked a transfer line down to IRC between 1600 and 1700 hours. She said that she stopped by the Watch Sergeant's office prior to returning to module 2200/2400. She said upon returning to the module, she found that a search was in progress and assisted by keeping watch over inmates that were standing in the hallway. Deputy Martinez said once the search was completed, she re-entered the module and she did not hear any screams or sounds that would indicate that there was a problem in the day room or television room.

She said that the inmates had been taken off of the row being searched so that the deputies could safely enter the cells. Deputy Martinez said that the search was taking place in module 2200 A-row. Deputy Martinez said that she was later informed by Deputy Corrales that the search was for weapons. Deputy Martinez said that after the search concluded, she entered the security area of module 2400 and began assisting with inmate passes. She said that when she noticed Deputy Corrales was removing inmates from the television room and returning them to their rows, she went over to assist him. She said that Deputy Corrales called for her assistance and she ran over to the television room. She entered the room and saw Inmate Cochran lying on the floor unconscious. Deputy Martinez said she and Deputy Corrales turned Inmate Cochran on his back and then checked for vital signs. Deputy Martinez said that she did not know that inmates had been taken to the roof and she was not present when they returned and were placed in the television room. She said that Deputy Corrales' request for assistance came less that ten minutes after the conclusion of the search. Deputy Martinez said that she does not recall ever seeing Inmate Cochran prior to this incident.

**Deputy Justin Crumlish** was assigned as the 2200 module officer on PM shift. The date of the incident was his fourth day assigned to the facility. Deputy Crumlish participated in the search of 2200 A row and then returned to the 2200 security cage at the conclusion. Deputy Crumlish said that he was aware that something was occurring on the 2400 side but did not know exactly what

INVESTIGATIVE SUMMARY              17                         IV2159002

COLA/LASD 04295

had transpired. Deputy Crumlish said that he did not see the crime scene nor did he know who the victim was.

**Sergeant Sylvia Brossoit**, the 2000 floor sergeant, said that she was present during the search of 2200 "A" row and when the inmates were brought back to 2200/2400 from the 3000 roof. Sergeant Brossoit said that the inmates were held temporarily in the television room for feeding and were going to be placed in their cells once the search was over. Sergeant Brossoit said that there was nothing unusual with respect to temporarily holding inmates in the television room to feed them. Additionally, she said that deputies routinely utilize day rooms and television room to temporarily hold inmates being prepared for transfer into or out of the module and that it is considered an appropriate practice. Sergeant Brossoit said that she did not actually see that the door to the television room was closed after the inmates were placed inside but her expectations were that it would be shut to maintain officer safety and facility security. Sergeant Brossoit said that while present in the module during the search, at no time did she hear anything coming from the day room or television area that would suggest or indicate that there was a problem.

Sergeant Brossoit said that she and Deputy Christina Martinez were the only two females on the 2000 floor during the search.

**Deputy Don Sanchez** was working the 3000 roof on the day of the incident. He had worked the 3000 roof since June 2005. Deputy Sanchez said that on occasion, inmates returned from the roof after meals have been served are placed in day rooms and fed. Deputy Sanchez said that this occasion was not the first time he has returned inmates to 2400 and had them placed in a day/ television room for feeding.

**Sergeant Jaeger** said that use of day rooms/ television rooms to temporarily hold inmates pending housing, movement, or feeding is a long standing and accepted practice. He said that there are no written policies or procedures for the use of the rooms for those purposes, but points out that newly assigned deputies are generally taught to utilize the rooms by their training officers. Sergeant Jaeger said that it would be appropriate for the door to be secured once inmates are placed inside to ensure that they did not roam which would jeopardize the security of the facility and the safety of the officers. Sergeant Jaeger said that inmates held in day rooms/ television rooms are generally held for no more than 20 minutes and would not require a safety check which are done every hour.

Sergeant Jager said that during a row search, unit policy requires that a senior line deputy or a sergeant be present. Sergeant Jaeger said that the sergeant or senior would be expected to observe the operation to ensure that all policies and procedures were followed and to ensure that the search was conducted properly. Sergeant Jaeger said given Deputy Corrales' position as third man, it was appropriate for him to return to the search after placing the inmates into the television room. Sergeant Jaeger said that Deputy Corrales, as a training officer, had a

INVESTIGATIVE SUMMARY                    18                              IV2159002

COLA/LASD 04296