# INCIDENT RECORD REPORT

Friday, October 17, 2008                                                                                       Page 1

## Incident Information

Ref: 5100-2006-0214-001  Facility: MCJ   Dorm_count: 236   Date of Occurance: 2/13/2006   Time: 11:30:00 PM
Location Of Occurance: 2600 D-ROW   Location Type: OTHER   Loc_other: 2600 D-ROW TIER
Urn: 006-00250-5100-053   Mutal_Combat: N   Shad49 Written: Y   Inmate_Injury: Y   Staff_Injury: N
DRB_IRTS:   Force_Used:   IOD:   Shanks_Used: 0   Persons_Shanked: 0
Handmade Weapons:   Hospitalized:   Total Inmates Injured: 2   Total Staff Injured:   Total Victims: 1
Form_CompletedBy: ENRIQUEZ

Summary:
V/ .. * #8910460 WAS ATTACKED BY 6 HISPANIC INMATES IN 2600 D-ROW. HE WAS DRAGGED OUT FROM HIS CELL AND WAS PUNCHED AND KICKED. HE SAID HE FELT HE WAS SHANKED BY ONE OF THE HISPANIC INMATES. HE SUSTAINED 2 LACERATIONS TO THE BACK OF HIS FOREARM AND ONE LACERATION TO HIS SHOULDER. HE WAS ESCORTED TO THE CLINIC FOR HIS INJURIES.

## Inmate Information

| Booking_no: 8369714   Status: Suspect | Booking_no: 8910460   Status: Victim |
|---|---|
| Lname: | Lname: |
| Fname: | Fname: |
| Sex: M   Race: H   Age: 26   K_status: | Sex: M   Race: B   Age: 25   K_status: |

| Body Pt.Description | Weapon | Body Pt.Description | Weapon |
|---|---|---|---|
| Back | Other Weapon-Other | Arm | Other Weapon-Other |
| Hand |  | Shoulder |  |

| Injury Description | Injury Description |
|---|---|
| ABRASION | LACERATIONS |
| FRACTURES |  |

## Staff Information

COLA/LASD 01726