### 3-01/010.00  CONFORMANCE WITH DIVISION AND UNIT POLICIES AND PROCEDURES

Every employee of Custody Division shall be familiar with, and conform to, the policies and procedures set forth in the Custody Division Manual.  Additionally, every employee shall be familiar with, and conform to, the policy and procedures of their specific unit of assignment, as described in their Unit Orders Manual, pursuant to the Custody Division Manual, section 1-09/000.00, "Unit Manuals."

Any order bearing the name or signature of the Chief of Custody Division shall be a regulation of the Division, and shall be subject to the same compliance as Custody Division Manual policies and procedures.

COLA/LASD
08450

Exhibit

## 2-01/090.00  DEPUTY SHERIFFS

Deputy Sheriffs assigned to Custody Division are responsible for the care, custody, and supervision of inmates housed within the County's jail system.  Refer to the Department Manual of Policy and Procedures, sections 2-02/090.00 thru 2-02/100.00, "Deputy Sheriffs."

Division Deputy Sheriff's are equivalent to "Custodial Personnel," as described in the Minimum Standards for Adult Local Detention Facilities, Title 15, section 1006, "Definitions."

COLA/LASD
08445

## 2-01/070.00   SERGEANTS

Division Sergeants are first line supervisors responsible for ensuring compliance with Department policy and procedures, and professional and ethical standards.  They provide leadership and supervise specialized staff assignments.  Refer to the Department Manual of Policy and Procedures, section 2-02/080.00, "Sergeants."

Division Sergeants are equivalent to "Supervisory Custodial Personnel," as described in the Minimum Standards for Adult Local Detention Facilities, Title 15, section 1006, "Definitions."

## 2-01/030.00  CAPTAINS

Division Captains are the commanding officer of a facility, bureau or unit.  Division Captains are responsible for all functions and operations at their unit.  Refer to the Department Manual of Policy and Procedures, section 2-02/060.00, "Captains."

Captains are directly responsible to a designated Area Commander, and are equivalent to a "Facility Manager," as described in the Minimum Standards for Adult Local Detention Facilities, Title 15, section 1006, "Definitions."

COLA/LASD
08439

## Los Angeles County Sheriff's Department

| CUSTODY DIVISION<br>MEN'S CENTRAL JAIL | Unit Order: 5-50-040 |
|---|---|
| | Effective Date: 11-07-97<br>Revision Date: 07-13-98 |

| Subject: Floor Control Booths |
|---|
| Reference: TITLE 15, Section 1029(a)(5) |

**PURPOSE OF ORDER:**

This unit order sets forth Central Jail's policies and procedures governing the operation of the floor control booths.

**SCOPE OF ORDER:**

This order applies to each unit, watch, and employee assigned to Central Jail.

**ORDER:**

Under the direct supervision of the floor Sergeant, the floor control booth officer shall function as dispatcher and shall coordinate the assignment of tasks to other floor personnel.

I.   The floor control booth officer's responsibilities are as follows:

    A.   To ensure and coordinate efforts to maintain floor security.

        1.   The control booth officer shall not relieve the off-going officer until he/she has ensured that all pertinent information has been passed on.  This information shall include miss-out counts and any incidents of an ongoing or potentially dangerous nature.

        2.   Visual control of the corridor(s) (escalators, elevators, gates, etc.) shall be maintained from the booth.  All floor movement (meals, sick call, jail stores, transfer lines, etc.) shall be monitored and controlled from the booth.  Additionally, the floor control booth officer shall challenge all inmates entering and exiting the floor to ascertain the validity of their business.  Such inmates shall be detained with the assistance of the floor prowler if necessary.

COLA/LASD 07342

## 2-01/060.00  LIEUTENANTS

Division Lieutenants manage the operations of a particular shift, watch, activity, bureau, or unit, or provide staff assistance to a superior officer.  Refer to the Department Manual of Policy and Procedures, section 2-02/070.00, "Lieutenants."

Division Lieutenants are equivalent to "Supervisory Custodial Personnel," as described in the Minimum Standards for Adult Local Detention Facilities, Title 15, section 1006, "Definitions."

COLA/LASD
08442

07-13-98                                              5-50-040

G.   To maintain direct control over the floor's inmate workers .

H.   To ensure that all necessary paperwork (daily purge, discrepancy sheets, security sheets, etc.) is collected and disseminated promptly

I.   To promptly update the computer after each inmate transfer and release.

1.   Hospital Control Booths - Check the printer and CRT to ensure that they are operational, that there is a sufficient quantity of paper in the printer to last the duration of the shift, and that an accurate record of the prisoners being transferred, released, etc. is retained.

II.   Control Booth Security

A.   The floor control booths are a major link in Central Jail's security system. Consequently, inmate access to the control booth shall be kept to a minimum. Even when opening the control booth door for other floor personnel, the floor control booth officer shall be aware of the number and proximity of inmates in the immediate area. He/she shall make every effort to ensure that these inmates are not given the opportunity to force their way into the control booth.

B.   No inmate shall ever be allowed in a control booth unless there are at least TWO deputies or a deputy and a custody assistant present. As long as the inmate stays in the booth, at least two deputies or one deputy and one custody assistant shall remain.

C.   Because there is direct access to the areas outside security, there shall be a ratio of three deputies to one inmate any time there is an inmate in the 6000 Hospital Control Booth or Main Control.

D.   **BOOTH DOORS SHALL NOT BE PROPPED OPEN.**

3 of 3

COLA/LASD  07344

07-13-98                                                                  5-50-040

    3.    In anticipation of any problems which might arise and to facilitate the daily operation of the floor, the floor control booth officer shall maintain verbal contact with floor personnel via the telephone, 480 radio, pagers, and the Public Address system.

    4.    Achieve maximum familiarity with Unit Orders 3-11-000 through 3-19-013.

    5.    Oversee and coordinate all inmate movement to the attorney room, visiting, chapel, roof exercise, school, pill calls, etc.

    6.    When inmates are being released or transferred to other units, the booth officer shall check inmate's wristband against the JRC and computer pass.

B.    To promptly communicate to the floor supervisor any and all information which is pertinent to the floor operation.

C.    To disseminate information pertinent to floor personnel which is received from the floor supervisor and to be directly accountable to the supervisor for the orderly operation of the floor control booth and related functions.

D.    To coordinate the deployment of floor personnel to handle meal reliefs and emergent situations as well as escorts.

E.    To be constantly aware of the location and current workload of all floor personnel.

F.    To act as liaison between floor and Main Control personnel.

    1.    Record and make notifications regarding keys, 480 radios, pagers, and the inmate floor count.

    2.    Coordinate all floor maintenance requests in accordance with Unit Order 4-02-020.

    3.    Coordinate floor searches for miss-outs.

    4.    Coordinate floor functions during major emergencies.

COLA/LASD 07343

`5.01/013`  `rage 1 of 3`

# Los Angeles County Sheriff's Department

| CUSTODY DIVISION | Unit Order: 4-05-010 |
|---|---|
| | Effective Date: 09-15-98 |
| MEN'S CENTRAL JAIL | Revision Date: 08-13-98 |

**Subject:** Module Activity Log

**Reference:** MPP 4-08/000.00

**PURPOSE OF ORDER:**

To provide direction for the proper usage and retention of the Central Jail Uniform Daily Activity Log.

**SCOPE OF ORDER:**

This order applies to all employees at Central Jail who are assigned to housing modules or dormitories and all supervisory personnel.

**ORDER:**

The Uniform Daily Activity Log reflects each module/dorm's activities for the day on a single page. This provides personnel with an uncomplicated review of a module's daily activities. All Title 15 activities shall be logged, including the time these activities take place.

Special housing modules which are required to maintain special movement logs, information logs, etc., i.e; 1700/1750, 3100, 3300 will continue to maintain those reports in conjunction with the Module Activity Log.

<u>Deputy/Custody Assistant Responsibilities:</u>

COLA/LASD 07315

## 4-11/030.00  INMATE SAFETY CHECKS

All inmates in our custody shall be visually checked at least once each hour to ensure
their safety and welfare.  The California Code of Regulations, Title 15, section 1027,
requires hourly safety checks of inmates.  Personnel conducting the safety checks shall
document their checks in the Uniform Daily Activity Log books (U.D.A.L.).

### Procedures for Conducting Safety Checks

Custody Title 15 Compliance, housing, movement, prowler, supervisory, and other
officers conducting these checks, shall look at the inmate(s) for obvious signs of
distress, (e.g., bleeding, trauma, visible injury, choking, difficulty breathing, discomfort,
etc.)  Personnel shall conduct these checks by looking into rooms/cells and by entering
the dormitories of inmate housing areas, visually inspecting each inmate and inspecting
the general area.  Should there be any doubt regarding an inmates' condition, staff shall
attempt to elicit a response from the inmate.  If unable to elicit a response from the
inmate, a supervisor and medical staff shall be requested.  The supervisor and medical
staff shall respond to the location and conduct an assessment.  Proper officer safety
practices shall be observed at all times.

### Documenting Safety Checks

Immediately after the safety check is completed, the results shall be entered into the
Uniform Daily Activity Log.  The log shall contain, but not be limited to, the first and last
name and employee number of the individual conducting the check, the location of the
check, the time the check was made, and specific comments regarding the activity of
the inmate(s).

### Supervisors' Responsibility

See Custody Division Manual Section 4-11/020.00, Uniform Daily Activity Log.

### Frequency of Safety Checks

Listed below are the specific types of housing locations and intervals for the required
safety checks.

| Housing Areas | Interval |
|---|---|
| General Population | Once per hour |
| Direct Supervision | Once per hour |
| Discipline / Administrative Segregation / Diminished Privilege environment | Twice per hour |
| Intake / Inmate Reception | Once per hour |
| Medical / Infirmary | Once per hour [o] |
| Suicidal / Mental Observation | Twice per 30 min. [o] |

COLA/LASD
08528

5.01/013

Page 3 of 3

15 requirements and that other applicable policies are being followed.

Floor sergeants shall personally report all Title 15 non-compliance to the appropriate shift watch commander and notify the Title 15 Compliance Lieutenant via memo.

Title 15 Compliance Lieutenant Responsibilities:

The Title 15 Compliance Lieutenant shall review activity logs to ensure that Title 15 requirements are being followed and to ensure that personnel comply with this unit order. The Title 15 Compliance Lieutenant shall ensure that all activity logs are properly retained.

Retention Period:

Central Jail Uniform Daily Activity Logs shall be retained for a period of five (5) years.

5/21/2004

COLA/LASD 07317

Personnel assigned to housing areas are required to complete the Uniform Daily Activity Log
for their respective shift. When dayrooms are utilized as housing areas, the module
deputy/custody assistant, shall ensure that dayroom activities are documented in the module
log. (Example 3601 dayroom activities shall be included in the 3600 module log). A separate
log shall be maintained in the 1800 control booth when that area is used as a dayroom.

All log entries shall be made in pen. If an error is made, a single line shall be drawn through
the erroneous information with the correction made above it. No "white out" or felt tip markers
shall be used.

Any unusual activity i.e; serious assaults, flooding, suicides, etc., shall be documented in the
log. Should additional space be necessary, the reverse side of the log sheet shall be utilized.

Each Uniform Daily Activity Log Book shall be exchanged on the first of each month. The
previous Activity Log shall be delivered to the Title 15 Compliance Lieutenant in the watch
commander's office for review and storage.

The Uniform Daily Activity Log is an official document and shall be completed in a neat and
professional manner.

Supervising Line Deputies (SLD) Responsibilities:

If assigned to a housing area, SLD's are required to review all activity logs on their respective
floors on their shift and initial the log next to their name on the front of the page. The SLD's are
to ensure that we are in compliance with Title 15 requirements and that other applicable
policies are being followed. Each activity log shall be reviewed at least once per shift.

The SLD's shall personally report all Title 15 non-compliance to the shift floor sergeant.

Sergeant Responsibilities:

Floor sergeants are required to review all activity logs on their respective floor and shift at least
once per shift and sign their name and print their employee number on the space provided on
the back of each page. The floor sergeants are to ensure that we are in compliance with Title

COLA/LASD 07316

4-01/010.20 INMATE RIOT                                    Page 1 of 1



**4-01/025.00 INMATE ASSAULT REPORTING**

When any assault between inmate on staff, or inmate on inmate (e.g. battery, assault with a deadly weapon, etc.) occurs within Custody Division, it is the responsibility of the handling supervisor to complete an Inmate Assault Load Sheet. This form shall be completed in addition to any other required reports (see Custody Division Manual section 4-07/010.00, "Notification and Reporting of Significant Incidents"). Data from the Inmate Assault Load Sheet shall be entered into the Facilities Automated Statistical Tracking (F.A.S.T.) system. An Inmate Assault Load Sheet shall not be completed if an Inmate Disturbance Load Sheet is completed (see Custody Division Manual section 4-01/020.00, "Disturbance Reporting").

<u>Watch Commander Responsibility</u>

Following an inmate assault, the watch commander, or his designee, shall ensure that an Inmate Assault Load Sheet is completed by the handling supervisor within 48 hours of the incident. A copy of the completed load sheet shall be forwarded to the Unit Statistical Coordinator for entry into the F.A.S.T. system.

The original Inmate Assault Load Sheet shall be placed into the URN file. A second copy shall be placed in any related use of force package(s).

<u>Statistical Coordinator Responsibility</u>

Upon receipt of the Inmate Assault Load Sheet, the unit statistical coordinator shall ensure that data from the Inmate Assault Load Sheet is entered into the F.A.S.T. system within one working day.

Exhibit ___
For Identification
Netle T. Alvarado, CSQ# 9016
Date: ___
Witness ___ of ___
Page: ___ of ___

4-07/010.00 NOTIFICATION AND REPORTING OF SIGNIFICANT INCIDENTS     Page 1 of 2

Exhibit 25

For Identification
Netie F. Alvarado, C&D# 9016
Date:
Witness:
Page_____ of_____

## 4-07/010.00 NOTIFICATION AND REPORTING OF SIGNIFICANT INCIDENTS

All significant incidents shall be reported to Divisional/Departmental executives. Significant incidents of a serious/extraordinary nature shall be entered into the Custody Division Operational Log. The purpose of the log is to immediately inform the Division Chiefs and Commanders of all incidents, actions, and/or events beyond the normal scope of routine operations. Not all Division Operational Log entries will require press notifications (code 20's). The Custody Division Operational Log shall be maintained by the Inmate Reception Center watch deputy.

Reference to the "Significant Notification Matrix," may assist personnel in determining those events to be reported. Significant incidents include, but are not limited to:

- Death or serious injury of a Custody Division employee (on or off duty),
- Employee relieved of duty,
- Officer-involved shooting (on or off duty),
- In-custody inmate deaths (natural, accidental, homicide, suicide),
- Attempted suicides,
- Major disasters at Custody Division facilities,
- Riots or major inmate disturbances (minor inmate disturbances do not require a Department or Division Operations Log entry),
- Escape of prisoners or inmate workers,
- Major mechanical failure causing a serious disruption at a Custody Division facility,
- Special Weapons Team responses,
- Any significant incident (visit or arrest) involving a contract city or elected official,
- Facility inspections by other county or government agencies,
- Local court decisions affecting a Custody Division facility (housing, injunctions, suits, etc.),
- Interviews by news media,
- Any incident of significant risk management liability,
- Off duty incidents.

Additionally, all significant incidents shall require a memorandum to the Division Chief from a unit commander and/or a memo from the Division Chief to the Sheriff. This report shall be typed, approved by the unit watch commander, and delivered or E-mailed to the Division Chief's office without delay.

If the significant incident occurs during the evening or early-morning hours, or during a weekend/holiday period, the report/memorandum shall be delivered to the Division Chief's office prior to 0830 hours the following business day. A copy of the Significant Incident Notification Log of the incident shall accompany the memo.

The concerned unit's watch commander shall initiate the following actions:

- Prompt Custody Division Operational Log entry notification via phone to the Inmate Reception Center's watch deputy,
- Notify all Custody Unit Commanders via computer E-mail system in the event of a riot or

25-1

Unit Specific
information:                This space is provided to list unit-specific information, and to record any other optional information, not specifically requested in the official UDAL.

Supervisory Review:       Shift Sergeant and Supervising Line Deputy (Senior) signatures and employee numbers signifying that the UDAL has been correctly and completely filled out during the shift. See Supervisory Responsibility below.

Watch Commander:          Watch Commander signature and employee number signifying the watch commander's review of the UDAL. See Supervisory Responsibility below.

Inmate Complaint
Pick Up:                  Name of supervisor and the time of the pick up of the Inmate Complaints from the housing area.

Supervisors' Responsibility - Supervising Line Deputy

Each Supervising Line Deputy (Senior) shall visit each housing area(s) under their supervision not less than once per shift, to review and audit the UDAL, checking for accuracy and completeness. The Senior shall be aware of entries involving security issues, cleanliness, and compliance with Title 15 standards. The Senior shall note the time of the visit in the UDAL, and sign the log with his first and last name, and employee number.

Shift Floor Sergeant

Each Shift Floor Sergeant shall visit each housing area(s) under their supervision not less than once per shift to review the UDAL, checking for accuracy, completeness of security checks, and other required officer activities. The sergeant shall note any items in the UDAL that need corrective action, and what corrective action has been taken to resolve the problem. The sergeant will note the time of the visit in the UDAL, and sign the log with his first and last name, and employee number.

Shift Watch Commander

Each Shift Watch Commander shall, on a random basis, review the UDAL in each housing area under their command at least one time per week. The watch commander shall document this review by noting the time and signing the log with his first and last name, and employee number. In addition to signing the UDAL, the watch commander shall also document the review in the "Watch Commander's Shift Summary" log.

All supervisors/managers shall be responsible of taking positive corrective action and providing necessary training when errors or omissions occur in the UDAL.

COLA/LASD
08526

major inmate disturbance,
- Initiate E-mail to appropriate units, including the Division Chief's office,
- Telephonically notify the concerned Area Commander prior to sending the required memorandum,
- Ensure that the proper Significant Incident Log forms have been filled out completely and a copy forwarded with the appropriate memorandums.

Minor Inmate Disturbances

It is not necessary to report minor inmate disturbances for inclusion on the Department and Division Operational Logs. However, minor inmate disturbances shall be recorded in the facility log. Notification of the Area Commander and the Division Chief by memorandum is required.

Refer to the Custody Division Manual, section 7-29/000.00, Appendix for Facility Significant Incident Log, section 7-30/000.00, Inmate Significant Log, and section 7-31/000.00, Employee Significant Incident Log.

## 4-01/000.00   CRIME REPORTING PROCEDURES

Unit commanders shall establish procedures to ensure that all required reports are completed in a timely manner and distributed pursuant to the Department Manual of Policy and Procedures, Volume 4, "Case Assignment and Reporting."

When there is evidence that a crime involving an inmate may have been committed in a Custody Facility, the appropriate report(s) shall be prepared and assigned to the designated investigating unit as specified in the Department Manual of Policy and Procedures, section 4-19/050.00, "Prisoners."

Reporting Crime Information

Any custodial personnel receiving crime information from an inmate, regardless of where or when the alleged activity will occur or has occurred, shall immediately report all information to the watch commander. The watch commander shall ensure that the appropriate unit or agency is notified.

Personnel should refrain from conducting an investigative interview of the suspect/inmate in the absence of the investigative unit having jurisdiction, unless the urgency of the information received dictates it. In all instances, there shall be a written memorandum (SH-AD-32A) reporting the information to the appropriate investigative unit or agency, or as follow-up to a personal contact.

The Jail Investigations Unit (JIU) should be contacted for major incidents such as riots or assaults where there are significant injuries. When a major incident occurs on a weekend, holiday, or after normal duty hours, refer to the on-call JIU detective schedule.

Jail Informants

When an inmate informant reports any criminal activity it shall be documented by the receiving deputy or custody assistant via memorandum (SH-AD-32A), and forwarded to the Central Jail Liaison Unit. The Central Jail Liaison Unit shall forward this information to the appropriate investigative unit. Additionally, the Central Jail liaison shall be responsible for maintaining crime information within the concerned inmate's "Special Handling" file.

Documentation shall include, but not be limited to, the circumstances under which the information (i.e., admission or confession) was obtained, the location of occurrence, verification of information if possible, and whether the informant inmate was classified as a K-9 (informant) as a result of this information.

Exhibit _24_
For Identification
Nelie P. Alvarado, CSR# 9016
Date: _____
Witness: _____
Page: _____ Of _____

COLA/LASD 01293

## 2-00/020.00  CUSTODY INVESTIGATIVE UNITS

Jail Investigations Unit

The Jail Investigations Unit investigates crimes committed by inmates within the
Department's custody facilities.  They also investigate crimes occurring in the Court
Services Division courthouse lock-ups and on transportation buses.  Their focus is on
crimes that can increase the potential sentence of an inmate or that are committed
against staff.

Operation Safe Jail

The Operation Safe Jails Unit is responsible for identifying and monitoring in-custody
street and prison gang members.  To reduce the impact that gang members have on
jail operations and other inmates, the Operation Safe Jails Unit identifies the leaders
and violent gang members, and removes them from the general population.

COLA/LASD 01294

The Inmate Disturbance Load Sheet form is available, by order, through the North the North County Correctional Facility Print Shop.

## 4-01/020.00  DISTURBANCE REPORTING

When a minor inmate disturbance (Custody Division Manual, section 4-01/010.10) or major inmate disturbance (Custody Division Manual, section 4-01/010.15) or riot (Custody Division Manual, section 4-01/010.20) occurs in any custody facility, an Inmate Disturbance Load Sheet, (SH-J-436), shall be completed in addition to any other required reports (see Custody Division Manual section 4-07/010.00, "Notification and Reporting of Significant Incidents"). Data from the Inmate Disturbance Load Sheet shall be entered into the Facilities Automated Statistical Tracking (F.A.S.T.) system. The data collected shall include, but not be limited to the following:

- Name of the facility,
- Date and time of disturbance,
- Type of disturbance,
- Duration of disturbance and any lock-down,
- Exact location,
- Amount and type of force used,
- Number of injuries,
- Outside assistance,
- Cause(s) for disturbance/riot.

#31 & 33

Required Documentation - Custody Support Services Notification:

The Unit Commander or his designee shall be responsible for ensuring that the following documentation be forwarded in a timely manner to Custody Support Services, attention: Risk Management Sergeant:

- Copy of the Inmate Disturbance Load Sheet (SH-J-436),
- Copy of the signed Chief's Memorandum from the Captain of the facility to the Chief of the Division,
- Copy of the division and/or facility operations log *when applicable*,
- Copy of the Incident Report (SH-R-49),
- Copy of all supplemental reports.

Watch Commander Responsibility

Following any minor or major disturbance or riot, the watch commander, or his designee, shall ensure that an Inmate Disturbance Load Sheet is completed within 48 hours of the incident. A copy of the completed load sheet shall be forwarded to the Unit Statistical Coordinator for entry into the F.A.S.T. system.

The original Inmate Disturbance Load Sheet shall be placed into the URN file. A second copy shall be placed in any related use of force package(s).

Statistical Coordinator Responsibility

Exhibit 27
For Identification
Nellie E. Alvarado, CSR# 9016
Date:
Witness:
Page: ____ Of ____

27-1