1  Sonia M. Mercado (SBN: 117060)
   **SONIA MERCADO & ASSOCIATES**
2  R. Samuel Paz (SBN: 62373)
   **LAW OFFICES OF R. SAMUEL PAZ**
3  5701 West Slauson Ave., Suite 202
   Culver City, CA 90230
4  Telephone:   (310) 410-2981
   Facsimile:    (310) 410-2957
5  E-mail: samuelpaz@msn.com
   E-mail: soniamer2002@yahoo.com
6
   Co-Counsel for Dion Starr
7
   Thomas C. Hurrell, State Bar No. 119876
8  E-Mail: thurrell@hurrellcantrall.com
   Mariam Kaloustian, State Bar No. 236702
9  **HURRELL CANTRALL LLP**
   660 South Figueroa Street, 21st Floor
10 Los Angeles, California 90017-3442
   Telephone: (213) 426-2000
11 Facsimile: (213) 426-2020

12 Attorneys for Defendant COUNTY OF LOS ANGELES, LOS ANGELES COUNTY
   SHERIFF'S DEPARTMENT and SHERIFF LEE BACA (sued and served as Sheriff
13 Leroy Baca, in his individual and official capacity)

14

15                    **UNITED STATES DISTRICT COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

17

18 DION STARR                          )   CASE NO. CV 08-00508 GW(SHx)
                                       )
19          Plaintiff,                 )   [HON. GEORGE WU]
                                       )
20      vs.                            )   **JOINT APPLICATION TO**
                                       )   **CONTINUE THE HEARING DATE**
21 COUNTY OF LOS ANGELES, LOS          )   **OF DEFENDANT'S MOTION FOR**
   ANGELES COUNTY SHERIFF'S            )   **SUMMARY JUDGMENT FROM**
22 DEPARTMENT, et al.,                 )   **OCTOBER 29, 2009 TO NOVEMBER**
                                       )   **2, 2009.**
23          Defendants.                )
   _____ )   DATE:      10/20/2009
24                                         TIME:      8:30 A.M.
25                                         CTROOM:  10

26          THE PARTIES JOINTLY APPLY, through their respective attorneys, to continue

27 the hearing date of Defendants' Motion for Summary Judgment from October 29, 2009

28 to November 2, 2009.

County defendants, County of Los Angeles, Los Angeles County Sheriff's Department, Jose Garibay, Maybet Bugarin, Sgt. Inge, Lt. Gonzalez, and Capt. John Clark, et al., are represented by Lisa Martinelli, of HURRELL & CANTRALL LLP.

Plaintiff Dion Starr is represented by Sonia Mercado and Associates and Law Offices of R. Samuel Paz.

The parties jointly stipulate that good cause exist for a short continuance of the hearing date of Defendants' Motion for Summary Judgment as follows:

Plaintiff's counsel has another matter presently pending for hearing on October 29, 2009, at the same time in another courthouse and fears that they may not timely arrive for the hearing on this matter; additionally, the Court currently has a separate motion in this matter scheduled for hearing on November 2, 2009, and both motions could be heard on the same date; a short continuance of the hearing date will not prejudice the parties, and provide Defendants further time to file a Reply.

The parties jointly request that the Court continue the hearing date of Defendants' Motion for Summary Judgment from October 29, 2009 to November 2, 2009.

IT IS SO STIPULATED.

Dated: October 20, 2009          **LAW OFFICES OF R. SAMUEL PAZ**
                                 **SONIA MERCADO & ASSOCIATES**


                                 /S/ Sonia M. Mercado
                                 _____
                                 Sonia M. Mercado, Esq., Attorneys for Plaintiff


Dated: October 20, 2009          **HURRELL CANTRALL LLP**


                                 _____
                                 Lisa Martinelli, Esq., Attorneys for All Defendants