Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:   (310) 410-2981
Facsimile:    (310) 410-2957
E-mail: samuelpaz@msn.com
E-mail: soniamer2002@yahoo.com

Co-Counsel for Dion Starr

Thomas C. Hurrell, State Bar No. 119876
E-Mail:thurrell@hurrellcantrall.com
Mariam Kaloustian, State Bar No. 236702
**HURRELL CANTRALL LLP**
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and SHERIFF LEE BACA (sued and served as Sheriff Leroy Baca, in his individual and official capacity)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR ) | CASE NO. CV 08-00508 GW(SHx) |
| Plaintiff, ) | [HON. GEORGE H. WU]] |
| vs. ) | **JOINT STIPULATION REQUESTING THAT THE COURT SHORTEN TIME OF HEARING AND ADVANCE THE HEARING DATE OF PLAINTIFF'S MOTION TO STAY AND ALTERNATE MOTION TO CONTINUE THE PRETRIAL AND TRIAL FROM NOVEMBER 19, 2009 TO NOVEMBER 16, 2009** |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, et al., ) | |
| Defendants. ) | |
| | [PROPOSED] ORDER |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective attorneys of record that Good Cause Exists for the Court to shorten time

Page 1

to be heard and to advance the hearing date of Plaintiff's Motion to Stay and alternative Motion to Continue Trial, presently scheduled for hearing on November 19, 2009, to November 16, 2009, when Defendants' Motion for Summary Judgment is presently scheduled for hearing.

Good cause exists as all parties will be attending Defendants' Motion for Summary Judgment on November 16, 2009, and advancing the hearing date of Plaintiff's Motions will avoid subsequent hearings for the Court and the Parties.  Further, the two motions to be advanced are essentially related to one of issue - whether the Court will stay this action or continue the Pretrail Conference and trail dates.  Shortening time to be heard and advancing the November 19, 2009 hearings will assist the parties and the Court as to the scheduling pretrial and trail matters.

**IT IS SO STIPULATED.**

Dated: October 30, 2009

**LAW OFFICES OF R. SAMUEL PAZ**
**SONIA MERCADO & ASSOCIATES**

/S/ Sonia M. Mercado

_____
Sonia M. Mercado, Esq., Attorneys for Plaintiff

Dated: October 30, 2009

**HURRELL CANTRALL LLP**

/S/ Lisa Martinelli

_____
Lisa Martinelli, Esq., Attorneys for All Defendants