R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
Sonia M. Mercado (SBN: 117069)
**SONIA MERCADO & ASSOCIATES**
5701 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:   (310) 410-2981
Facsimile:    (310) 410-2957
E-mail: samuelpaz@msn.com
E-mail: soniamer2002@yahoo.com)

Attorneys for Plaintiff Dion Starr

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ET AL,<br><br>　　　　　Defendants. | CASE NO. CV O8-00508 GW (SHx)<br><br>[Hon. George H. Wu]<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 2:**<br>**TO PRECLUDE EVIDENCE OR ARGUMENT USED BY COUNTY DEFENDANTS TO CREATE AN EMOTIONAL BIAS IN FAVOR OF DEPUTY SHERIFFS; MEMORANDUM OF POINTS AND AUTHORITIES**.<br><br>DATE:　　November 30, 2009<br>TIME:　　8:30 a.m.<br>CTROOM:　10D<br><br>Trial:　　December 8, 2009 |

**PLAINTIFF'S MOTION IN LIMINE NO. 2 TO PRECLUDE EVIDENCE OR ARGUMENT USED BY COUNTY DEFENDANTS TO CREATE AN EMOTIONAL BIAS IN FAVOR OF DEPUTY SHERIFFS.**

Plaintiff anticipates that defendants, their counsels, witnesses or experts will try to elicit the jury's bias and pity for Defendant "Sheriff officers," by describing how hard their jobs are, how dangerous working in jails is, how they

-1-

are trying to do their best, how they get so many calls for help, and appeal to the general dangers in the street or jail for Sheriff deputies and officers.  Indeed, there may be truth to all these comments under different circumstances and in different areas of the city.  However, none of these concerns are relevant to the issues and facts to be tried in this case.

This evidence, comments, innuendos or inferences, intended to inflame jurors, such as inflammatory hypothetical regarding "murderers" or "killers" seek to elicit the jury's pity for defendant officers and will unjustly prejudice the jury against plaintiff.  Such comments, argument or evidence are used to create an emotional bias in favor of the officers and should be excluded during this trial.

**1.  CONFUSING AND PREJUDICIAL EVIDENCE IS NOT ADMISSIBLE.**

Fed. R. Evid. 403 states in pertinent part:

> Although relevant, evidence maybe excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

Rule 403, requires the trial court to exclude evidence, even if relevant, which has a substantial danger of ... confusing the issues.  The Court should exclude evidence if its probative value is substantially outweighed by the probability that its admission will a) necessitate undue consumption of time or b) create substantial danger of undue prejudice of confusing the issues, or of misleading the jury.  In *Kinney v. Contra Costa County* (1970) 8 Cal. App.3d 761, 771, the court excluded a witness's testimony where the probative value was so tenuous that it could have been rejected as tending to confuse the issues or mislead the jury.

**2.  IT IS PREJUDICIAL TO TACITLY APPEAL TO THE JURY AS TAXPAYERS OR DEFENDANTS' "WORKING PERSON" STATUS.**

Along the same line of appealing to the jury for sympathy for the police

-2-

1  officers, Defense counsel frequently repeats that Plaintiff just want money.  These
2  comments will equally result in prejudice to the Plaintiff and prevent a fair trial.
3  Such comments are coached in innuendos, hypotheticals and elicit the jury's
4  sympathy for defendant "law enforcement" officer.

**3. CONCLUSION.**

Plaintiff request that the Court issue an order that no defendant, counsel for defendant or defense expert or witness, will allude or comment on the difficulty of being a "deputy sheriffs" or elicit sympathy for them.

Respectfully submitted,

**SONIA MERCADO & ASSOCIATES**

Dated: November 9, 2009    By: /S/Sonia M. Mercado
                               _____
                               Sonia M. Mercado

-3-