# DECLARATION OF DION STARR

I, Dion Starr, am the plaintiff in this action and if called as a witness in this matter, I would competently testify as follows:

1.  In 2000, I did not finish paying for car tires and rims and was charged with grand theft; I plead guilty and was sentenced to one year in jail.

2.  On April 15, 2005, I was arrested and charged with murder.  I was innocent and had not committed a crime and requested to go to trial and clear myself. In fact, nobody had been murdered.  However, I was never taken to trial during a period of twenty-three (23) months.

3.  On March 5, 2007, I was taken to court, and on that day the prosecution offered to release me directly from the courthouse if I just plead to an unspecific crime of penal code 182(A) (1), conspiracy to commit a crime.  I had been in jail for almost two (2) years and had suffered the incident subject of this case, and I just wanted to get out of jail and go home to my children and family.  I plead to that unspecific crime and I was released immediately that day directly from the courthouse.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 9th day of November, 2009, at Los Angeles, California.

/S/Dion Starr

By: _____

Dion Starr, Plaintiff

-1-