# DECLARATION OF SONIA M. MERCADO

I am an attorney duly licensed to practice law in the State of California and before the United States Central District Court in Los Angeles. I am co-counsel for Plaintiff with Mr. R. Samuel Paz. If called as a witness in this matter, I would competently testify as follows:

1. **NOTICE OF COMPLIANCE WITH L.R. 7-3**: Attached as Exhibit 1 is the Court's November 16, 2009, Order at issue. This motion is filed following my letters and telephone conferences pursuant to Local Rule 7-3, which took place on December 1 and 2, 2009, when I wrote and e-mailed Lisa Martinelli (attached as Exhibit 2 is a correct copy of my letter); I spoke with Mr. Hurrell by telephone and confirmed our conversation in writing (attached as Exhibit 3 is a correct copy of my letter to Mr. Hurrell); Mr. Hurrell agrees that new and further evidence was not permitted by the Court Order. I spoke with Ms. Martinelli by telephone on December 2, 2009, at about 11:45 a.m., during which conversation she advised that her office would not agree to withdraw or strike the additional exhibits and information.

2. We were not able to resolve this matter forcing the filing of this Ex Parte Application before Judge Wu.

3. At the November 16, 2009, hearing, the Court informed the parties that we could agree to mutually agreed upon different filing deadlines. Ms. Martinelli and I agreed that Defendants would file their "Amended Statement" by <u>December 1, 2009</u>, and I (Plaintiff) would file a Response by <u>December 15, 2009</u>.

4. I am scheduled to leave the state by December 16, 2009 and I am not available until the end of January 2010 - which is why the Court scheduled the further hearing on Defendants' MSJ for January 25, 2010.

5. **Urgency of Ex Parte**: before I can respond to "Defendants' Amended Proposed Statement of Uncontroverted Facts and Conclusions of Law," on or before December 15, 2009 (as mutually agreed to between the parties as

permitted by the court).  I request resolution of these issues in order not to consume, waste or delay further this matter, but also in order to Respond to Defendants "Amended Uncontroverted Statement, and Addenda of Exhibits," appropriately. This urgency has been created by Defendants' adding unauthorized new matters, which belatedly result in a <u>new motion for summary judgment</u>, and their unwillingness to resolve the issue.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and of my personal knowledge.

Dated: December 2, 2009

/S/ Sonia M. Mercado
By: _____
Sonia M. Mercado