# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV08-508-GW(SHx) | Date | November 16, 2009 |
|---|---|---|---|
| Title | *Dion Starr v. County of Los Angeles, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sonia M. Mercado | Lisa A. Martinelli |
| R. Samuel Paz | Thomas C. Hurrell |

**PROCEEDINGS:** DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION ON BEHALF OF DEFENDANTS (filed 09/15/09)

PLAINTIFF'S MOTION TO STAY TRIAL PENDING DETERMINATION OF THE PLAINTIFF'S APPEAL (filed 10/28/09)

Hearing is held. Court and counsel confer.

For reasons indicated on the record, counsel for defendants' shall file an amended statement of undisputed facts and conclusions of law by December 8, 2009. Plaintiffs' will have until December 22, 2009 to file their response.

Defendants' Motion for Summary Judgment, or Alternatively, Summary Adjudication on Behalf of Defendants, and Plaintiff's Motion to Stay Trial Pending Determination of the Plaintiff's Appeal, are continued to **January 25, 2010 at 8:30 a.m.**

Further, the Pretrial Conference set for November 3, 2009 and the Jury Trial set for December 8, 2009, are vacated and **taken off calendar.** Plaintiff's Motion to Continue the Pretrial and Trial Date, filed on October 29, 2009, is deemed **moot.**

IT IS SO ORDERED.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | JG | |