Sonia M. Mercado (SBN: 117060)
**SONIA MERCADO & ASSOCIATES**
5711 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:  (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: soniamer2002@yahoo.com

R. Samuel Paz (SBN: 62373)
**LAW OFFICES OF R. SAMUEL PAZ**
5711 West Slauson Ave., Suite 202
Culver City, CA 90230
Telephone:  (310) 410-2981
Facsimile:   (310) 410-2957
E-mail: samuelpaz@msn.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA IN HIS INDIVIDUAL CAPACITY, et al., <br><br> Defendants. | **CASE NO. CV 08-00508 GW(SHx)** <br><br> **[HON. GEORGE WU]** <br><br> **PLAINTIFF'S ADDENDA TO THE EXHIBITS NUMBERS 21, 23, 24, AND 25** <br><br> DATE:  January 25, 2010 <br> TIME:   8:30 A.M. <br> CTROOM: 10 <br><br> *[Filed in Opposition to Motion for Summary Judgement; and Response to Defendants's Amended Separate Statement]* |

Plaintiff herein files an Addenda to Exhibits 21, 22, 24, and 25, previously filed. For purpose of facilitating references to these Exhibits in Plaintiff's Response to Defendants' Amended Statement of Uncontroverted Facts, these Exhibits are inclusive of previously filed portions thereof.

Dated: December 15, 2009           Respectfully submitted,
                                   **SONIA MERCADO & ASSOCIATES**

                                   /S/ Sonia M. Mercado
                                   By:_____
                                   Sonia M. Mercado, Co-counsel for Plaintiff

-1-