UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION STARR, ) | No. CV 08-00508 |
| ) | GW(SHx) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF LOS ANGELES; LOS ANGELES ) | |
| COUNTY SHERIFF'S DEPARTMENT; SHERIFF ) | |
| LEE BACA, in his individual capacity, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DEPOSITION OF JOSE GARIBAY

AUGUST 28, 2008

LOS ANGELES, CALIFORNIA

ALVARADO COURT REPORTERS

525 S. Trona Avenue      2420 W. Carson Street, #210
West Covina, CA 91791    Torrance, CA 90501
Off:  (626) 938-0042     Off:  (310) 224-5174
Fax:  (626) 915-5148     Off:  (310) 787-1024

Natie Flores Alvarado, CSR No. 9016

08-4478 (A)

EXHIBIT 21

1   Q   Were -- You mentioned Veloz was a trustee.  How
2   long after the trustees were in Row B did the incident
3   take place?
4       A   I don't recall the time frame.
5       Q   You don't know if it was five minutes, two
6   minutes, or an hour?
7       A   I know it wouldn't be an hour.  Trustees are
8   not allowed to stay in the row that long.
9       Q   How long are they allowed to stay in a row?
10      A   Within a reasonable amount of time to clean the
11  row.
12      Q   What happens while they're cleaning the row?
13  Who is watching them?
14      A   We cannot watch trustees at every single moment
15  because we have other activities going on in the same
16  module.  So I can't say that I was supervising the
17  trustees at a given time.
18      Q   On this occasion were you in the gate cage?
19      A   Yes, I was.
20      Q   And on this occasion you were able to look down
21  the row and see what was going on?
22      A   At that immediate moment I was not looking down
23  the row at the trustees or at the row.
24      Q   At which immediate moment?
25      A   Okay, I need for you to repeat your question.

48

1   Q   Okay.  What did you mean when you said "at that
2   immediate moment I was not looking down the row"?
3   A   At the point that you indicated the trustees
4   being in the row.  In other words, I was not supervising
5   those inmates, because I was handling other activities
6   and responsibilities in the module.
7   Q   So you allowed the -- You remember on a
8   personal -- You have personal recollection today that
9   you allowed those trustees to go in; correct?
10   A   I don't recall that I allowed them to go into
11   the row.
12   Q   But you do recall that you were the person
13   monitoring the opening and closing of gates?
14   A   Correct.
15   Q   All right.  All right.  So it had to be you who
16   allowed the trustees to go into Baker row?
17   A   Correct.
18   Q   And what did you do when you first opened the
19   gates and allowed them to go into Baker row?
20   A   If I was the person that allowed them to enter
21   the row, all I had to do is just press a button, and
22   they are able to enter the row.
23   Q   Okay.  And then after they entered the row,
24   what did you do?
25   A   I don't recall the next sequential task that I

49

1  Q  Identify who it was that entered Mr. Starr's
2  cell and started stabbing him.
3  A  No.
4  Q  Okay. At any point did anybody interview you
5  regarding this incident?
6  A  I don't recall any interviews.
7  Q  Do you recall whether or not you were ever tape
8  recorded regarding this incident?
9  A  I don't believe I was ever tape recorded.
10  Q  Okay. I haven't seen any statement. I just
11  have to ask these questions; okay?
12  A  Yes, ma'am.
13  Q  All right. Did anybody ever ask you to write a
14  statement regarding this incident?
15  A  I don't recall.
16  Q  Did you ever write a statement regarding this
17  incident?
18  A  I don't recall writing one.
19  Q  And you have never, as you sit here today,
20  written any statement regarding this incident; correct?
21  A  I don't recall.
22  Q  But to the best of your recollection, you have
23  not written any statement regarding this incident?
24  A  Correct.
25  Q  If you did, you just have no memory of it

1  immediately before the incident took place; correct?
2    A   Correct.
3    Q   And they weren't there during the time the
4  incident took place; correct?
5    A   They weren't there during the time the --
6    Q   The incident took place; right?
7    A   I don't know.
8    Q   You called them, and they responded to the
9  incident; correct?
10   A   Yes.
11   Q   So the only one who really knew what happened
12 that led up to this incident was you; correct?
13     MS. MARTINELLI:  Objection.  That calls for
14 speculation.
15     THE WITNESS:  I wouldn't know what led up to the
16 incident, because where the incident took place, I was
17 not physically there.
18   Q   BY MS. MERCADO:  That's not my question.  My
19 question is in terms of a deputy or a person responsible
20 for that module, Row B, at that time, the only deputy
21 who was responsible for that module in Row B at that
22 time was you; correct?
23   A   Yes.
24   Q   You didn't have another partner standing out in
25 front of the gate looking down the freeway as you opened

1    A    Yes.

2    Q    And they would take the names of all of the
3    witnesses to that crime, wouldn't they?

4    A    Yes.

5    Q    Even if a witness doesn't want to speak,
6    investigators have a duty do obtain the identification
7    of potential witnesses to a crime of trying to kill a
8    person; right?

9    A    Yes.

10   Q    And what happened to Mr. Starr was an attempted
11   murder as defined by the Criminal Code; right?

12       MS. MARTINELLI:  I'm going to object.  That calls
13   for a legal conclusion.

14   Q    BY MS. MERCADO:  Well, let me ask.  Weren't you
15   trained on what's a murder, what's an attempted murder,
16   et cetera, so that when you go out into the streets, you
17   know what kind of crimes are taking place?

18   A    Correct.

19   Q    And so the crime of Mr. Starr being stabbed 25
20   times, that's an attempted murder; right?

21       MS. MARTINELLI:  Same objection.

22   Q    BY MS. MERCADO:  In the vernacular of police
23   work.

24   A    It would be safe to say, yes.

25   Q    Okay.  And you actually put in here "involved