1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Lisa Martinelli, State Bar No. 109562
   E-Mail: lmartinelli@hurrellcantrall.com
3  Mariam Kaloustian, State Bar No. 236702
   HURRELL CANTRALL LLP
4  660 South Figueroa Street, 21st Floor
   Los Angeles, California 90017-3442
5  Telephone: (213) 426-2000
   Facsimile: (213) 426-2020
6
   Attorneys for Defendants COUNTY OF LOS ANGELES, LOS
7  ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY
   MAYBET BUGARIN (erroneously sued as Garviay Bugarin),
8  DEPUTY JOSE GARIBAY (erroneously sued as Deputy Jose
   Garivay), SGT. MICHAEL INGE, LT. ALFRED GONZALES
9  (erroneously sued as Lt. Alfred Gonzalez) and CAPTAIN JOHN
   CLARK
10

11              **UNITED STATES DISTRICT COURT**

12       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13  DION STARR,                        | CASE NO. CV08-00508 GW (SHx)

14           Plaintiff,                | **DEFENDANTS' RESPONSE TO PLAINTIFF'S CONTROVERTING FACTS; DECLARATION OF LISA MARTINELLI; ADDENDA OF EXHIBITS**
15       v.
16  COUNTY OF LOS ANGELES, LOS
   ANGELES COUNTY SHERIFF'S
17  DEPARTMENT, SHERIFF LEROY        | Trial Date:          Vacated
   BACA, IN HIS INDIVIDUAL
18  CAPACITY, DEPUTY MAYBET          | DATE:    January 25, 2010
   BUGARIN, DOE FEMALE DEPUTY          TIME:    8:30 a.m.
19  RODRIGUEZ, DOE MALE DEPUTY          Ctrm:    "10"
   RODRIGUEZ, AND DOES 1
20  THROUGH 10, INCLUSIVE,           | [Filed Concurrently with Defendants' Objections to Plaintiff's Responses to
21           Defendants.               Defendants' Amended Statement of Uncontroverted Facts and Conclusions
22                                     of Law and Evidence in Support Thereof]
23

24  TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD HEREIN:

25        Defendants hereby submit the following response to Plaintiff's Controverting

26  Facts as contained in Plaintiff's Response to Defendants' Amended Statement of

27  Uncontroverted Facts and Conclusions of Law and Plaintiff's Controverting Facts.

28  / / /

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP.
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

1  I.  **INTRODUCTION.**

2  Plaintiff's responses and objections to defendants' Amended Statement of
3  Uncontroverted Facts were due on December 15, 2009.  Although plaintiff claims to
4  have filed both documents "concurrently," plaintiff did not file his Objections until
5  December 17, 2009.  (*See* Declaration of Lisa Martinelli).  This unfairly prejudiced
6  the defendants, whose responses are due on December 22, 2009.  Accordingly,
7  defendants respectfully request that this Court disregard plaintiff's untimely
8  objections.  While defendants are hesitant to file any additional documents with the
9  Court, defendants have carefully chosen the following three Controverting Facts to
10  respond to as plaintiff's representations of those facts are blatantly misleading.

11  II.  **DEFENDANTS' RESPONSES TO PLAINTIFF'S CONTROVERTING**
12  **FACTS.**

13  **Response to Plaintiff's Controverting Fact No. 3:**

14  (Objections filed separately).

15  The citation to the testimony of Deputy Garibay is misleading as Deputy
16  Garibay's response is premised on plaintiff's representation of the facts that plaintiff
17  was "stabbed 25 times."  It is clear from Deputy Garibay's deposition testimony that
18  Deputy Garibay was not aware of any alleged "stabbing" of plaintiff.  (See
19  Addendum to Exhibit "G," pg. 131:1-132:3).  As well, it is evident from Sgt. Inge's
20  deposition testimony that plaintiff's counsel asked Sgt. Inge to make an assumption
21  that there in fact was a stabbing, and Sgt. Inge did not at anytime testify that plaintiff
22  had been stabbed.  (See Addendum to Exhibit "T," pgs. 141:3-4, 267:19-23).

23  **Response to Plaintiff's Controverting Fact No. 14:**

24  (Objections filed separately).

25  Plaintiff's clarification is a misstatement.  Plaintiff's wounds were cleansed on
26  a number of occasions, including January 28, 2006 and January 31, 2006.  (See
27  Addendum to Exhibit "K," Los Angeles County Sheriff's Department Medical
28  Services).

1   **Response to Plaintiff's Controverting Fact No. 17:**

2   (Objections filed separately).

3   Additionally, plaintiff's claim that "plaintiff did not receive medical care

4   between January 27, 2006 and February 5, 2006 is a misstatement as plaintiff

5   received medical care on January 28, 2006 and January 31, 2006. (See Addendum

6   to Exhibit "K," Inmate Medical Documentation).

7

8   DATED: December 22, 2009        HURRELL CANTRALL LLP

9

10

11  By _____

12          THOMAS C. HURRELL
            LISA MARTINELLI
13          MARIAM KALOUSTIAN
            Attorneys for Defendants COUNTY OF
14          LOS ANGELES, LOS ANGELES
            COUNTY SHERIFF'S DEPARTMENT,
15          DEPUTY MAYBET BUGARIN
            (erroneously sued as Garviay Bugarin),
16          DEPUTY JOSE GARIBAY (erroneously
            sued as Deputy Jose Garivay), SGT.
17          MICHAEL INGE, LT. ALFRED
            GONZALES (erroneously sued as Lt.
18          Alfred Gonzalez) and CAPTAIN JOHN
            CLARK
19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

-3-

## DECLARATION OF LISA MARTINELLI

I, Lisa Martinelli, declare:

1. I am an attorney duly licensed to practice before this Court and am a partner of Hurrell Cantrall LLP, attorneys of record for herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. At the November 16, 2009 hearing on the defendants' Motion for Summary Judgment, the Court informed the parties that we could mutually agree upon filing deadlines for the defendants' Amended Statement of Undisputed Facts and related dates.

3. At the time of the hearing, plaintiff's counsel Sonia Mercado and I agreed that the defendants would file their "Amended Statement" by December 1, 2009. We further agreed that plaintiff would file his Response by December 15, 2009 and that defendants may file a Response, if need be, by December 22, 2009. (See Declaration of Sonia Mercado, attached hereto as Exhibit "A"). These dates were selected to accommodate plaintiff's counsel whose son was graduating out-of-state on December 16, 2009.

4. Defendants timely filed their Amended Statement of Undisputed Facts on December 1, 2009.

5. Plaintiff filed his Response on the late evening of December 15, 2009. However, plaintiff failed to timely file his Evidentiary Objections, and did not file them until the late afternoon of December 17, 2009.

6. Attached hereto as Addendum to Exhibit "G," are true and correct copies of pgs. 131 and 132 of Deputy Garibay's deposition.

7. Attached hereto as Addendum to Exhibit "K," is a true and correct copy of the relevant portion of plaintiff's medical records from the Los Angeles County Sheriff's Department Medical Services.

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

8.    Attached hereto as Addendum to Exhibit "T," are true and correct copies of pgs. 141 and 267 of Sgt. Inge's deposition testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2009, at Los Angeles, California.

Lisa Martinelli

HURRELL CANTRALL LLP
680 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

-2-

# ADDENDUM
# TO EXHIBIT "G"

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DION STARR, | ) | No. CV 08-00508 |
| | ) | GW(SHx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF LOS ANGELES; LOS ANGELES | ) | |
| COUNTY SHERIFF'S DEPARTMENT; SHERIFF | ) | |
| LEE BACA, in his individual capacity, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEPOSITION OF JOSE GARIBAY

AUGUST 28, 2008

LOS ANGELES, CALIFORNIA

ALVARADO COURT REPORTERS

525 S. Trona Avenue          2420 W. Carson Street, #210
West Covina, CA 91791        Torrance, CA 90501
Off: (626) 938-0042          Off: (310) 224-5174
Fax: (626) 915-5148          Off: (310) 787-1024

Natie Flores Alvarado, CSR No. 9016

08-4478 (A)

1               DEPOSITION OF JOSE GARIBAY, taken on behalf of

2          the Plaintiff at 520 S. Grand Avenue, 7th Floor,

3          Los Angeles, California, commencing at 8:30 A.M.,

4          on Thursday, August 28, 2008, before Natie Flores

5          Alvarado, CSR 9016, pursuant to Notice.

6

7    APPEARANCES OF COUNSEL:

8

9    For the Plaintiff:

10               SONIA MERCADO & ASSOCIATES
                 By:  Sonia M. Mercado, Esq.
11               5701 W. Slauson Avenue, Suite 202
                 Culver City, California 90230
12               (310) 410-2981

13

14   For the Defendants:

15               HURRELL & CANTRALL
                 By:  Lisa A. Martinelli, Esq.
16               660 S. Figueroa Street, 21st Floor
                 Los Angeles, California 90017
17               (213) 426-2000

18

19

20

21

22

23

24

25
                                                              2

```
 1      Q    BY MS. MERCADO:  Did you, sir, as the module

 2   deputy, consider that finding those shanks was of

 3   paramount importance?

 4      A    I had no knowledge that shanks were used at the

 5   time that I was in the module.

 6      Q    When you saw Mr. Starr bleeding and you saw

 7   Veloz bleeding, what did you imagine had occurred?

 8      A    I can't assume what occurred.

 9      Q    Could you assume that their bodies were

10   bleeding?

11      A    Yes.

12      Q    Could you assume that some bodily harm had been

13   done to Mr. Starr?

14      A    Yes.

15      Q    Could you assume that something caused him

16   bodily harm?

17      A    Yes.

18      Q    It wasn't a punch, was it, that broke his skin

19   and made him bleed?

20      A    I don't know.  It's a good possibility.

21      Q    Yeah.  And did you ever document anywhere that

22   Mr. Starr's bleeding was caused by a punch?

23      A    No.

24      Q    Anything is possible; correct?

25      A    Yes.
```

1    Q    And so you have no memory, so anything is

2    possible; right?

3    A    Yes.

4    Q    All right.  However, one of the things that you

5    are also trained to do as a deputy is you must use

6    common sense; right?

7    A    Yes.

8    Q    So in using your common sense, when you saw

9    Mr. Starr bleeding, you knew that a crime had occurred;

10   right?

11   A    Yes.

12   Q    All right.  And you had a duty, even if nobody

13   else did -- Every deputy has an independent, personal

14   duty, so says the Sheriff, to comply with the law and

15   investigate crimes.  You know that; right?

16   .  A    Yes.

17   Q    Okay.  So you, even if your Sergeant Ing didn't

18   do it, and even if your training officer didn't do it,

19   you as an officer of the law had a personal duty to

20   investigate what had happened in that module that caused

21   an attempted murder, didn't you?

22   MS. MARTINELLI:  I'm going to object.  That calls

23   for speculation.  Assumes facts not in evidence.  It's

24   an incomplete hypothetical.

25        Go ahead and answer if you can.

1                    REPORTER'S CERTIFICATE

2

3

4          I, NATIE FLORES ALVARADO, Certified Shorthand

5     Reporter, License No. 9016, do hereby certify:

6          That prior to being examined, the witness named

7     in the foregoing Deposition, to wit, JOSE GARIBAY, was

8     by me first duly administered an oath to testify the

9     truth, the whole truth, and nothing but the truth;

10         That said Deposition was taken before me at the

11    time and place therein set forth and was taken down by

12    me in shorthand and thereafter reduced to computerized

13    transcription under my direction;

14         I further certify that I am neither counsel for

15    nor related to any party to said action, nor in any way

16    interested in the outcome thereof.

17

18         Dated this 16th day of September, 2008.

19

20

21    _____
                          NATIE FLORES ALVARADO
22

23

24

25

155

# ADDENDUM
# TO EXHIBIT "K"

## LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
### MEDICAL SERVICES

### DECLARATION OF CUSTODIAN
### OF MEDICAL RECORDS

### M. L. POROPAT, RHIT
(Custodian of Medical Records)

says as follows:

(a)   That the declarant is the duly authorized Custodian of the Medical Records of Los Angeles County Sheriff's Department, Medical Services and has authority to certify said records, and

(b)  That the copy of the Medical Records attached to this Declaration is a true copy of all the records described in the subpoena duces tecum unless specifically stated below, and

(c)  That the records were prepared by the personnel of the hospital, staff physicians, or persons acting under the control of either, in the ordinary course of hospital business at or near the time of the act, condition or event.

(d)  That our files have been thoroughly searched at my direction and control, and have revealed no records pertaining to: _____ as named in the attached subpoena duces tecum.  And that to the best of our knowledge, with ₋he information furnished our office, no such records exist in our ⁻iles. This does not mean that these records could not exist in our files under another spelling, another name or under another classification.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 06, 2008**

**Starr, Dion**

**Booking # 853 39 08**          **DOB:06/28/69**

_M. L. Poropat_
(Signature of Declarant)

76D26JC · SH-J-410 · PS 1-85

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## Inmate Medical Documentation

Treatment Record

01/28/06 08:00 am Performed by SARTIN RN, TIMOTHY L. / STAFF NURSE -

481089

Entered on 01/28/06 01:50 pm

**Provider/Author 2**
Provider/Author                        SARTIN RN, TIMOTHY L. / STAFF NURSE - 481089

**Dressing Changes**
Dressing Description                   Dressing Intact, Dressing soiled
Dressing location                      HEAD, RIGHT LOWER ARM, BACK, ABD AND CHEST
Dressing Interventions                 Cleansed with Normal Saline, Dressing changed,
                                       Gauze dressing, Dsg with Neosporin Ointment,
                                       Cover w/dry dressing
Dressing Note                          NO REDNESS OR SWELLING NOTED
Drainage Description                   Other: DRIED BLOOD/MINIMAL AMOUNT
Pt toleration of dressing change       Well

Treatment Record

01/31/06 08:00 am Performed by SARTIN RN, TIMOTHY L. / STAFF NURSE -

481089

Entered on 01/31/06 01:57 pm

**Provider/Author 2**
Provider/Author                        SARTIN RN, TIMOTHY L. / STAFF NURSE - 481089

**Dressing Changes**
Dressing Description                   Dry and intact
Dressing location                      HEAD, BACK, ABD, AND LEFT AXILLARY
Dressing Interventions                 Cleansed with Normal Saline, Dressing changed,
                                       Gauze dressing, Dsg with Neosporin Ointment,
                                       Cover w/dry dressing
Dressing Note                          SUTURES INTACT WITH NO S/S OF INFECTION NOTED
Drainage Description                   None
Pt toleration of dressing change       Well

Treatment Record

02/03/06 08:00 am Performed by SARTIN RN, TIMOTHY L. / STAFF NURSE -

481089

Entered on 02/03/06 03:08 pm

**Provider/Author 2**
Provider/Author                        SARTIN RN, TIMOTHY L. / STAFF NURSE - 481089

**Dressing Changes**
Dressing Note                          I/M AT CT

## Clinical Progress Notes

Clinical Progress Notes
09/28/05 07:46 am Performed by GAMBOA RN, DOLORES \STAFF NURSE - 432710
Entered on 09/28/05 07:50 am

**Provider/Author 2**
Provider/Author                        GAMBOA RN, DOLORES \STAFF NURSE - 432710

Printed By: GARCIA, MICHELLE R. / CLERK -
481922

Print Date:   05/01/08 9:33 AM

Page:     1  of 47

Inmate Name:      STARR SR, DION DRAKE
CII Number:       A08329122
Booking Number:   8533908
Booking Date:     4/15/05 2:46:00 PM
Date of Birth:    6/28/69 38 years
Housing Location:

COLA/LASD 01186

# ADDENDUM
# TO EXHIBIT "T"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

DION STARR,                          )
                                     )
            Plaintiff,               )
       vs.                           )  Case No. CV08-00508
                                     )             GW (ShX)
COUNTY OF LOS ANGELES; LOS           )
ANGELES COUNTY SHERIFF'S             )
DEPARTMENT; SHERIFF LEROY            )
BACA, IN HIS INDIVIDUAL AND          )
OFFICIAL CAPACITY; DEPUTY            )
GARIVAY BUGARIN; DOE                 )
FEMALE DEPUTY RODRIGUEZ;             )
DOE MALE DEPUTY RODRIGUEZ;           )
AND DOES 1 THROUGH 10,               )
INCLUSIVE,                           )
            Defendants.              )
_____)

DEPOSITION OF MICHAEL INGE
AUGUST 27, 2008
LOS ANGELES, CALIFORNIA

REPORTED BY:    KRISTIN VARGAS, CSR NO. 11908, RPR
OUR FILE NO:    08-4474

1           DEPOSITION OF MICHAEL INGE, taken on behalf of

2     the Plaintiff, at 520 South Grand Avenue, Seventh Floor,

3     Los Angeles, California, on Wednesday, August 27, 2008, at

4     9:51 A.M., before Kristin Vargas, CSR No. 11908, pursuant to

5     Notice.

6

7

8     APPEARANCES OF COUNSEL:

9

10    For the Plaintiff:

11            SONIA MERCADO & ASSOCIATES
              BY:   SONIA MERCADO, ATTORNEY AT LAW
12            5701 West Slauson Avenue
              Suite 202
13            Culver City, California 90230
              (310)410-2981
14

15    For the Defendants:

16            HURRELL & CANTRALL
              BY:   LISA A. MARTINELLI, ATTORNEY AT LAW
17            660 South Figueroa Street
              21st Floor
18            Los Angeles, California 90017
              (213)426-2000
19

20

21

22

23

24

25

```
1    incident; right?

2         A    Yes, ma'am.

3         Q    You have no memory whatsoever; correct?

4         A    Not about this incident, no, ma'am.

5         Q    All right.  And so you had no involvement in

6    any part of -- if there was an investigation, you don't

7    even remember; right?

8         A    No, ma'am.

9         Q    And if you were contacted regarding this

10   incident, then you would have spoken to whoever

11   contacted you?

12        A    Yes, ma'am.

13        Q    Okay.  From time to time that you first

14   learned of this incident until today, has any

15   investigative unit ever contacted you regarding this

16   incident?

17        A    Not that I recall.

18        Q    All right.  During the last year and a half,

19   has anyone whosoever from the sheriff's department, from

20   the County, County Counsel, anyone contacted you to ask

21   you about the allegations in the complaint in this

22   case?

23        A    I don't follow you.  To ask me about --

24        Q    This is a lawsuit that's ongoing.  You

25   obviously know that.
```

141

1           Q      Okay.  You are talking about the facility

2      log?

3           A      Yes, ma'am.

4           Q      Okay.  And if the crime occurred in one

5      particular cell, then maybe they would document it and

6      maybe they would not?

7           A      That's correct.

8           Q      If the crime occurred because every

9      single -- because every single door in the row was

10     opened, then technically, you, sir, as a sergeant would

11     be concerned that an inspection be done of the entire

12     row just in case somebody threw the knives in the last

13     cell; right?

14          A      No.

15          Q      Okay.  Sir, we can't find the shanks that

16     stabbed Mr. Starr 25 times.  And he says there were

17     numerous shanks.

18          A      Yes, ma'am.

19          Q      All right.  You know that.  Assume you know

20     that.  You don't know because you don't remember

21     anything about this incident.  But assume that you know

22     somebody that has been stabbed multiple times.

23          A      Okay.

24          Q      Would you search that entire row to see if

25     you could find those shanks?

267

```
1                    DEPOSITION OFFICER'S CERTIFICATE
2                       (C.C.P. 2025 (q) (1), (r))
3    STATE OF CALIFORNIA    )
                            )    ss.
4    COUNTY OF LOS ANGELES  )
5
6              I, Kristin Vargas, Certified Shorthand
7    Reporter, Certificate No. 11908 for the State of
8    California, RPR, hereby certify:
9              I am the deposition officer that
10   stenographically recorded the testimony in the foregoing
11   deposition.
12             Prior to being examined, the deponent was by
13   me first duly sworn.
14             The foregoing transcript is a true record of
15   the testimony given.
16             The deposition officer was relieved of her
17   duty pursuant to Code of Civil Procedure, Section 2025
18   (q) (1), and therefore any changes made by the deponent,
19   or whether or not the deponent signed the transcript,
20   are not herein set forth.
21   Dated: September 10, 2008
22                                   _____
23
24
25
```

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3        At the time of service, I was over 18 years of age and **not a party to this**
**action**. I am employed in the County of Los Angeles, State of California. My
4 business address is 660 South Figueroa Street, 21st Floor, Los Angeles, California
90017-3442.

5
        On December 22, 2009, I served true copies of the following document(s)
6 described as **DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**CONTROVERTING FACTS; DECLARATION OF LISA MARTINELLI;**
7 **ADDENDA OF EXHIBITS** on the interested parties in this action as follows:

8                         **SEE ATTACHED SERVICE LIST**

9 **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the
document(s) to be sent from e-mail address eolivares@hurrellcantrall.com to the
10 persons at the e-mail addresses listed in the Service List. I did not receive, within a
reasonable time after the transmission, any electronic message or other indication
11 that the transmission was unsuccessful.

12        I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct and that I am employed in the office
13 of a member of the bar of this Court at whose direction the service was made.

14        Executed on December 22, 2009, at Los Angeles, California.

15

16                                    _____

17                                    Edilma Olivares

18

19

20

21

22

23

24

25

26

27

28

1
2

**SERVICE LIST**
**Dion Starr v. COLA, et al.**
**Case No. CV08-00508 GW (SHx)**

3
4
5
6

R. Samuel Paz, Esq.                    **Attorneys for Plaintiff**
LAW OFFICES OF R. SAMUEL PAZ
5711 W. Slauson Avenue, Suite 100
Culver City, CA 90230
Tel.: (310) 410-2981
Fax : (310) 410-2957
Soniamer2002@yahoo.com

7
8
9
10

Sonia M. Mercado, Esq.                 **Attorneys for Plaintiff**
SONIA MERCADO & ASSOCIATES
5711 W. Slauson Avenue, Suite 100
Culver City, CA 90230
Tel.: (310) 410-2981
Fax:  (310) 410-2957
Samuelpaz@msn.com

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

--